The Honorable Ricardo S. Martinez

07-CV-01620-M

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 10 2007 DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city,

Plaintiff,

v.

THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,

Defendant.

No. C07-1620RSM

**NOTE FOR HEARING – DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION; PLAINTIFF'S MOTION TO STAY ARBITRATION**

NOTE ON MOTION CALENDAR:
FRIDAY, OCTOBER 19, 2007

Defendant The Professional Basketball Club, LLC ("TPBC"), removed this matter to the U.S. District Court on October 9. On September 26, 2007, while the matter was pending in King County Superior Court, defendant TPBC filed a motion to stay the lawsuit pending an arbitration brought by TPBC. Thereafter, the City of Seattle filed a pleading combining its opposition to TPBC's motion to stay and the City's own cross-motion to stay the arbitration. Pursuant to a stipulated briefing schedule, TPBC filed its reply brief and its opposition to the City's cross-motion on October 8, 2007. Finally, the City of Seattle filed its reply to TPBC's opposition to its cross-motion on October 9, 2007. Accordingly, TPBC's motion for a stay and City of Seattle's cross-motion are fully briefed and ripe for decision.

NOTE FOR HEARING (No. C07-1620RSM) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Pursuant to CR 101(c), if a motion is pending and undecided in the state court at the time
2  of removal, it will not be considered unless and until the moving party notes the motion on the
3  court's calendar in accordance with CR 7(d).
4  CR 7(d) provides that non-dispositive motions such as the ones at issue here shall be
5  noted for consideration "no earlier than the third Friday after filing and service of the motion."
6  CR 7(d)(3). Accordingly, because TPBC's motion to stay was filed and served on Wednesday,
7  September 26, these motions, pursuant to CR 101(c) and 7(d), should be noted for hearing on
8  Friday, October 19, 2007.
9  DATED this 10th day of October, 2007.

BYRNES & KELLER LLP

By _____
Bradley S. Keller, WSBA #10665
Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email:   bkeller@byrneskeller.com
         ptaylor@byrneskeller.com
*Attorneys for Defendant*
*The Professional Basketball Club, LLC*

NOTE FOR HEARING (No. C07-1620RSM) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

On the 10th day of October, 2007, I caused a true copy of the foregoing document to be served on the following counsel of record via hand delivery:

> Thomas A. Carr
> Seattle City Attorney
> 600 Fourth Avenue, 4th Floor
> P.O. Box 94769
> Seattle, WA 98124-4769
>
> Slade Gorton
> Paul J. Lawrence
> Jeffrey Johnson
> K&L Gates
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104

DATED in Seattle, Washington this 10th day of October, 2007.

_____
Paul R. Taylor, WSBA #14851

NOTE FOR HEARING (No. C07-1620RSM) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000