City of Seattle v. Professional Basketball Club LLC
Case 2:07-cv-01620-RSM   Document 2-4   Filed 10/10/2007   Page 1 of 3
Doc. 2 Att. 3



07-CV-01620-EXH C

# TAB C

Assignment of New Judge Pending
Noted for Hearing: October 4, 2007
Without Oral Argument

**RECEIVED**

SEP 26 2007

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

CITY OF SEATTLE, a first-class charter city, )
)
          Plaintiff, )  No. 07-2-30997-7 SEA
)
v. )  [PROPOSED] ORDER GRANTING THE
)  PROFESSIONAL BASKETBALL
THE PROFESSIONAL BASKETBALL )  CLUB'S MOTION TO STAY
CLUB, LLC, an Oklahoma limited liability )
company, )
)
          Defendant. )

THIS MATTER came before the Court on defendant The Professional Basketball Club's Motion to Stay. Proper notice of said motion having been given to all counsel of record, the Court having considered the pleadings offered in support of and in opposition to the motion, and being fully advised, it is hereby

ORDERED that defendant's Motion to Stay is hereby GRANTED.

DATED this ____ day of October, 2007.

_____
JUDGE

Presented by:
BYRNES & KELLER LLP

By: _____
Bradley S. Keller, WSBA #10665
Paul R. Taylor, WSBA #14851
Attorneys for Defendant
The Professional Basketball Club, LLC

[PROPOSED] ORDER GRANTING THE PROFESSIONAL
BASKETBALL CLUB'S MOTION TO STAY - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 26th day of September, 2007, a true copy of the foregoing pleading was served upon the following individuals:

**VIA HAND DELIVERY**

Thomas A. Carr
Gregory C. Narver
Seattle City Attorney's Office
600 Fourth Avenue, 4th Floor
Seattle, WA 98124-4769

Slade Gorton
Paul J. Lawrence
Kirkpatrick & Lockhart Preston Gates & Ellis, LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104

_/s/_

[PROPOSED] ORDER GRANTING THE PROFESSIONAL
BASKETBALL CLUB'S MOTION TO STAY - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000