1

2                                                          The Honorable Ricardo S. Martinez

3

4

5

6

7                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
8                                        AT SEATTLE

9

CITY OF SEATTLE, a first-class charter
10   city,                                          No. C07-1620 RSM

11                                    Plaintiff,    NOTE FOR HEARING ON
                                                    THE CITY OF SEATTLE'S
12        v.                                        CROSS-MOTION FOR
                                                    STAY OF ARBITRATION
13   THE PROFESSIONAL BASKETBALL
     CLUB, LLC, an Oklahoma limited liability       **Note on Motion Calendar:**
14   company,                                       **Friday, October 19, 2007**

15                                   Defendant.     **Oral Argument Requested**

16

17        Defendant the Professional Basketball Club, LLC ("PBC") removed this matter to the

18   United States District Court for the Western District of Washington on October 9, 2007.  On

19   September 26, 2007, while the matter was still pending in King County Superior Court for the

20   State of Washington, PBC filed a motion to stay the litigation pending resolution of an

21   arbitration demand it had previously filed.  On October 2, 2007, plaintiff the City of Seattle

22   ("the City") filed a cross-motion for stay of arbitration and opposition to PBC's motion to stay

23   litigation, and requested oral argument on the motions.  Pursuant to the stipulated briefing

24   schedule, PBC filed its combined opposition and reply on October 8, 2007.  The City then

25   filed its reply in support of its cross-motion on October 9, 2007.  PBC's motion to stay the

26   NOTE FOR HEARING –
     CITY OF SEATTLE'S CROSS-MOTION FOR
     STAY OF ARBITRATION - 1

     Case No. C07-1620 RSM
     K:\2065932\00001\21267_SCJ\21267P203O

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   litigation and the City's cross-motion to stay arbitration are therefore fully briefed and ripe for
2   decision.
3          Pursuant to CR 101(c), "[i]f a motion is pending and undecided in the state court at the
4   time of removal, it will not be considered unless and until the moving party notes the motion
5   on this court's calendar in accordance with CR 7(d)." CR 7(d) provides that non-dispositive
6   motions, such as those the parties have filed here, shall be noted for consideration "no earlier
7   than the third Friday after filing and service of the motion." CR7(d)(3).
8          Because PBC's motion to stay the litigation was filed and served on Wednesday,
9   September 26, PBC has requested that these motions be noted for hearing on Friday, October
10  19, 2007. The City joins in that request, and respectfully asks that its cross-motion be noted
11  for hearing on October 19, 2007. The City additionally requests oral argument on these
12  motions.
13
14         DATED this 11th day of October, 2007.
15
16
17  KIRKPATRICK & LOCKHART                 THOMAS A. CARR
    PRESTON GATES & ELLIS, LLP             Seattle City Attorney
18
19  By:                                    By:
       Slade Gorton, WSBA No. 20              Gregory C. Narver, WSBA No. 18127  For
20     Paul J. Lawrence, WSBA No. 13557        Assistant City Attorney
       Jeffrey Johnson, WSBA No. 23066
21     Jonathan Harrison, WSBA No. 31390
       Michelle Jensen, WSBA No. 36611
22
    Attorneys for Plaintiff City of Seattle    Attorneys for Plaintiff City of Seattle
23
24
25
26  NOTE FOR HEARING –
    CITY OF SEATTLE'S CROSS-MOTION FOR
    STAY OF ARBITRATION - 2

    Case No. C07-1620 RSM
    K:\2065932\00001\21267_SCJ\21267P203O

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Mr. Bradley S. Keller
        Byrnes & Keller LLP
        1000 2nd Avenue
        38th Floor
        Seattle, WA 98104-1094

By  s/ Michelle Jensen
    Slade Gorton, WSBA No. 20
    Paul J. Lawrence, WSBA No. 13557
    Jeffrey Johnson, WSBA No. 23066
    Jonathan Harrison, WSBA No. 31390
    Michelle Jensen, WSBA No. 36611

Kirkpatrick & Lockhart Preston
Gates Ellis LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022 (Fax)
michelle.jensen@klgates.com

Attorneys for Plaintiff
City of Seattle

NOTE FOR HEARING –
CITY OF SEATTLE'S CROSS-MOTION FOR
STAY OF ARBITRATION – 3

Case No. C07-1620 RSM

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022