The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>            Plaintiff,<br><br>    v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>            Defendant. | No. C07-1620 RSM<br><br>JURY DEMAND |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the City of Seattle makes this jury demand for those issues, raised in the parties' pleadings in the above-entitled action, that are properly tried to a jury. The City of Seattle further elects to try those issues before a jury of twelve.

//
//
//
//
//
//

JURY DEMAND - 1
Case No. C07-1620

K:\2065932\00001\20880_MDJ\20880P20CN

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 11th day of October, 2007.

| | |
|---|---|
| KIRKPATRICK & LOCKHART<br>PRESTON GATES & ELLIS, LLP | THOMAS A. CARR<br>Seattle City Attorney |
| By: *[signature]*<br>Slade Gorton, WSBA No. 20<br>Paul J. Lawrence, WSBA No. 13557<br>Jeffrey Johnson, WSBA No. 23066<br>Jonathan Harrison, WSBA No. 31390<br>Michelle Jensen, WSBA No. 36611 | By: *[signature]* For<br>Gregory C. Narver, WSBA No. 18127<br>Assistant City Attorney |
| Attorneys for Plaintiff City of Seattle | Attorneys for Plaintiff City of Seattle |

JURY DEMAND - 2
Case No. C07-1620

K:\2065932\00001\20880_MDJ\20880P20CN

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Bradley S. Keller
Byrnes & Keller LLP
1000 2nd Avenue
38th Floor
Seattle, WA 98104-1094

By   s/ Michelle Jensen
     Slade Gorton, WSBA No. 20
     Paul J. Lawrence, WSBA No. 13557
     Jeffrey Johnson, WSBA No. 23066
     Jonathan Harrison, WSBA No. 31390
     Michelle Jensen, WSBA No. 36611

Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022 (Fax)
michelle.jensen@klgates.com

Attorneys for Plaintiff
City of Seattle

JURY DEMAND - 3
Case No. C07-1620

K:\2065932\00001\20880_MDJ\20880P20CN

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022