The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>Defendant. | No. C07-1620 MJP<br><br>STIPULATED SCHEDULING ORDER [PROPOSED] |

## **STIPULATION**

Pursuant to the Scheduling Conference held in this matter on January 29, 2008, plaintiff City of Seattle and defendant The Professional Basketball Club, by and through their counsel of record, do hereby stipulate to entry of the subjoined Order.

DATED this 7th day of February, 2008.

/ / /

STIPULATED SCHEDULING ORDER
[PROPOSED] - 1

Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20IE

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  **Stipulated to and presented by:**

2  THOMAS A. CARR
   Seattle City Attorney

3

4  By:  /s/ Gregory C. Narver
        Gregory C. Narver, WSBA No. 18127
        Assistant City Attorney
5  Attorney for Plaintiff City of Seattle

6

7  KIRKPATRICK & LOCKHART
   PRESTON GATES & ELLIS, LLP

8  By:  /s/ Michelle Jensen
        Slade Gorton, WSBA No. 20
9       Paul J. Lawrence, WSBA No. 13557
        Jeffrey Johnson, WSBA No. 23066
10      Jonathan Harrison, WSBA No. 31390
        Michelle Jensen, WSBA No. 36611
11 Attorneys for Plaintiff City of Seattle

12

13 BYRNES & KELLER LLP

14 By:  /s/ Paul R. Taylor
        Bradley S. Keller, WSBA No. 10665
        Paul R. Taylor, WSBA No. 14851
15      Steven C. Minson, WSBA No. 30974

16 Attorneys for Defendant The Professional Basketball Club, LLC

17

18 / / /

19
   / / /
20

21 / / /

22

23 / / /

24
   / / /
25

26

STIPULATED SCHEDULING ORDER
[PROPOSED] - 2

Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20IE

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**STIPULATED ORDER**
**[PROPOSED]**

The Court, being fully advised on this matter and having considered the above stipulation, HEREBY ORDERS:

(1) trial in this matter is scheduled for June 16, 2008;

(2) trial will consist of a bench trial of 6 days, with each side entitled to one half of the time "on the clock;"

(3) no dispositive motions will be filed in this matter;

(4) any discovery disputes will be brought before the Court, either telephonically or pursuant to the joint procedure set forth in Local Civil Rule CR 37(a)(2)(B);

(5) each side is allowed eleven (11) depositions, including experts, but not including records depositions of third parties in response to records subpoenas;

(6) deadline for adding additional parties is April 24, 2008;

(7) fact discovery closes on April 30, 2008;

(8) expert disclosures are due on May 9, 2008;

(9) rebuttal disclosures are due on May 23, 2008;

(10) expert discovery closes on June 6, 2008;

(11) plaintiff will serve its pretrial statement on defendant on or before May 23, 2008;

(12) defendant will serve its pretrial statement on plaintiff on or before May 29, 2008;

(13) the parties' agreed pretrial order will be lodged with the Clerk of Court on or before June 3, 2008;

(14) the Pretrial Conference is scheduled for June 6, 2008 at 1:30 p.m.; and

(15) trial briefs and proposed findings of fact and conclusions of law are due June

STIPULATED SCHEDULING ORDER
[PROPOSED] - 3

Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20IE

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  11, 2008.

2  **IT IS SO ORDERED.**

5  DATED this _____ day of February, 2008.

8  _____
JUDGE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT

STIPULATED SCHEDULING ORDER
[PROPOSED] - 4

Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20IE

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022