The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>    Plaintiff,<br><br>  v.<br><br>PROFESSIONAL BASKETBALL CLUB LLC, an Oklahoma limited liability company,<br><br>    Defendant. | No. C07-1620 MJP<br><br>[PROPOSED] ORDER ON CR 37 JOINT SUBMISSION RE: PRODUCTION OF PBC MANAGER AND COMMITTEE MEMBER EMAIL<br><br>**Note for Consideration:**<br><br>**February 13, 2008** |

THIS MATTER came before the Court on Plaintiff City of Seattle ("the City") and Defendant The Professional Basketball Club, LLC's ("the PBC's") CR 37 Joint Submission Re: Production of PBC Manager and Committee Member Email.

The Court having considered:

(1)  The parties' CR 37 Joint Submission;

(2)  The Declaration of Michelle Jensen in Support of the City's Motion in the CR 37 Joint Submission, and the exhibits attached thereto;

(3)  The Declaration of James R. Webb in Support of the PBC's Opposition in the

[PROPOSED] ORDER GRANTING THE CITY'S MOTION AND ORDERING PRODUCTION OF PBC EMAIL - 1
Case No. C07-1620 MJP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

K:\2065932\00001\20880_MDJ\20880P20J0

1       CR 37 Joint Submission, and the exhibits attached thereto; and

2    (4)   All other relevant pleadings and papers on file in this matter;

3 now, therefore, with respect to each of the City's document requests ORDERS AS

4 FOLLOWS:

16 **IT IS SO ORDERED.**

18       DATED this _____ day of _____, 2008.

21                                                                   _____

22                                                                  The Honorable Marsha J. Pechman

26 [PROPOSED] ORDER GRANTING THE
CITY'S MOTION AND ORDERING
PRODUCTION OF PBC EMAIL - 2
Case No. C07-1620 MJP

                                                 KIRKPATRICK & LOCKHART
                                                 PRESTON GATES ELLIS LLP
                                                    925 FOURTH AVENUE
                                                            SUITE 2900
                                      SEATTLE, WASHINGTON  98104-1158
                                            TELEPHONE: (206) 623-7580
                                            FACSIMILE: (206) 623-7022

K:\2065932\00001\20880_MDJ\20880P20J0

Presented by:
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By /s/ Paul J. Lawrence
    Paul J. Lawrence, WSBA # 13557
    Jeffrey C. Johnson, WSBA # 23066
    Jonathan H. Harrison, WSBA # 31390
    Michelle Jensen, WSBA # 36611
Attorneys for the City of Seattle

THOMAS A. CARR
SEATTLE CITY ATTORNEY

By /s/ Gregory Narver
    Gregory Narver, WSBA # 18127
Attorney for the City of Seattle

BYRNES & KELLER, LLP

By /s/ Paul R. Taylor
    Paul R. Taylor, WSBA # 14851
    Bradley S. Keller, WSBA # 10665
Attorneys for the Professional Basketball Club, LLC

[PROPOSED] ORDER GRANTING THE CITY'S MOTION AND ORDERING PRODUCTION OF PBC EMAIL - 3
Case No. C07-1620 MJP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

K:\2065932\00001\20880_MDJ\20880P20J0