The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>Defendant. | No. CV07-1620 MJP<br><br>AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL MATERIAL<br><br>NOTED FOR CONSIDERATION:<br>March 7, 2008 |

Plaintiff the City of Seattle ("the City"), and defendant The Professional Basketball Club, LLC ("the PBC") jointly move for entry of the attached PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL MATERIAL.

The City and the PBC anticipate that much information disclosed and many documents produced in this action will contain sensitive research, development and/or commercial information, as well as confidential and personal information pertaining to employees, staff, management and player personnel. The parties understand that, for any such information to be sealed under FRCP 26(c), the party seeking a seal bears the burden of justifying the seal and overcoming the strong presumption in favor of public access.

AGREED MOTION FOR ENTRY OF
PROTECTIVE ORDER - 1
CASE NO. CV07- 1620 MJP

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Dockets.Justia.com

1. The parties' proposed protective order is not intended to take the place of the uniform procedure set forth in Local Rule 5(g) for motions to seal, but rather to govern the production and handling of confidential information between the parties and to delineate the mechanics for the parties' filing of confidential information and corresponding motions to seal under LR 5(g).

Agreed and requested by:

KIRKPATRICK & LOCKHART
PRESTON GATES & ELLIS, LLP

By: /s/
Slade Gorton, WSBA No. 20
Paul J. Lawrence, WSBA No. 13557
Jeffrey Johnson, WSBA No. 23066
Jonathan Harrison, WSBA No. 31390
Michelle Jensen, WSBA No. 36611

Attorneys for Plaintiff City of Seattle

BYRNES & KELLER, LLP
Seattle City Attorney

By: /s/ for
Paul R. Taylor, WSBA No. 18127
Bradley S. Keller, WSBA No. 10665

Attorneys for Defendant The Professional Basketball Club, LLC

THOMAS A. CARR
Seattle City Attorney

By: /s/ for
Gregory C. Narver, WSBA No. 18127
Assistant City Attorney

Attorney for Plaintiff City of Seattle

AGREED MOTION FOR ENTRY OF
PROTECTIVE ORDER - 2
CASE NO. CV07-1620 MJP

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

KIRKPATRICK & LOCKHART
PRESTON GATES & ELLIS, LLP

By: /s/ Georgia Drake
Georgia Drake

Secretary to Michele Jensen

AGREED MOTION FOR ENTRY OF
PROTECTIVE ORDER - 3
CASE NO. CV07- 1620 MJP

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022