Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

PROFESSIONAL BASKETBALL CLUB LLC,

    Defendant.

No. C07-01620-MJP

NOTICE OF APPEARANCE

TO:    CLERK OF THE COURT

AND TO:    All Parties of Record

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Jonathan Harrison hereby joins Slade Gorton, Paul J. Lawrence, Jeffrey Johnson and Michelle Jensen of Kirkpatrick & Lockhart Preston Gates Ellis LLP, and Thomas A. Carr and Gregory Narver of Seattle City Attorney as counsel of record for plaintiff City of Seattle in the above-entitled action.

/ / /

/ / /

---

NOTICE OF APPEARANCE - 1
Case No. C07-01620-MJP

K:\2065932\00001\20625_JHH\20625P2262==NOTICE OF APPEARANCE FOR JHH.DOC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2    DATED this 18th day of March, 2008.

3
                                    KIRKPATRICK & LOCKHART
4                                   PRESTON GATES ELLIS LLP

5

6                                   By   s/ Jonathan H. Harrison
                                        Jonathan H. Harrison, WSBA # 31390
7
                                    925 Fourth Avenue, Suite 2900
8                                   Seattle, WA  98104
                                    Phone:  (206) 623-7580
9                                   Fax:  (206) 623-7022
                                    E-mail:  jonathan.harrison@klgates.com
10
                                    Attorneys for Plaintiff
11                                  City of Seattle

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
Case No. C07-01620-MJP

K:\2065932\00001\20625_JHH\20625P2262==NOTICE OF APPEARANCE FOR JHH.DOC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I hereby certify that on the 18th day of March, 2008, the foregoing document was

3  electronically filed with the Clerk of the Court using the CM/ECF system which will send

4  notification of such filing to all counsel registered with the Court to receive email notices.

5

6

7

8

9           By   s/ Jonathan H. Harrison
                Jonathan H. Harrison, WSBA # 31390
10              Attorneys for Plaintiff
                City of Seattle

11
            Kirkpatrick & Lockhart Preston
12          Gates Ellis LLP
            925 Fourth Avenue, Suite 2900
13          Seattle, WA  98104
            Phone:  (206) 623-7580
14          Fax:  (206) 623-7022
15          E-mail:  jonathan.harrison@klgates.com

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 3
Case No. C07-01620-MJP

K:\2065932\00001\20625_JHH\20625P2262==NOTICE OF APPEARANCE FOR JHH.DOC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022