1

2

3                                UNITED STATES OF AMERICA
                             WESTERN DISTRICT OF WASHINGTON
4                                       AT SEATTLE

5    CITY OF SEATTLE,

6                  Plaintiff,                              Case No. C07-1620MJP

7    v.

8    PROFESSIONAL BASKETBALL CLUB LLC,                     MINUTE ORDER

9                  Defendant.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          The Court revises the trial dates and hours as follows:

14          Monday, June 16, 2008 through Friday, June 20, 2008 at 9:00 a.m. to 4:00 p.m..

15          Thursday, June 26, 2008 at 9:00 a.m. to 4:00 p.m.

16          There will be no trial held on June 23, 2008 - June 25, 2008.

17

18          Filed and entered this 26th day of March, 2008.

19

20

21                                        BRUCE RIFKIN, Clerk

22                                  By       /S/ Eileen Scollard

23                                        Deputy Clerk

24                                        206-370-8518

25

26
     MINUTE ORDER