# United States District Court
# Western District of Washington

| City of Seattle, | Case Number | C07-1620 MJP |

Plaintiff(s)

V.

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

The Professional Basketball Club,

Defendant(s)

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, _____ James R. Webb _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The Professional Basketball Club

The particular need for my appearance and participation is:

My firm, McAfee & Taft, serves as co-counsel for the defendant and I will be assisting in litigating this matter.

I, _____ James R. Webb _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Apr 15, 2008      Signature of Applicant: s/ James R. Webb

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | James R. Webb |
| Law Firm Name: | McAfee & Taft |
| Street Address 1: | 211 N. Robinson, Suite 1000 |
| Address Line 2: | Two Leadership Square, 10th Floor |
| City: | Oklahoma City |
| State: | Oklahoma |
| Zip: | 73102 |
| Phone Number w/ Area Code  Example: 999-999-9999 | (405) 552-2246 |

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant   James R. Webb   is unable to be present upon any date assigned by the court.

Date: Apr 15, 2008          Signature of Local Counsel: s/ Paul R. Taylor

| | |
|---|---|
| Local Counsel's Name: | Paul R. Taylor |
| Law Firm Name: | Byrnes & Keller |
| Street Address 1: | 38th Floor, 1000 Second Avenue |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104 |
| Phone Number w/ Area Code  Example: 999-999-9999 | (206) 622-2000 |