The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, ) | |
| ) | |
| Plaintiff, ) | No. C07-1620MJP |
| ) | |
| v. ) | PRAECIPE |
| ) | |
| THE PROFESSIONAL BASKETBALL CLUB, ) | [Clerk's Action Required] |
| LLC, an Oklahoma limited liability company, ) | |
| ) | |
| Defendant. ) | |

TO:   Clerk of the Court and All Counsel of Record

Attached is a Corrected Redacted Version of Defendant's Motion to (i) Eliminate Attorney's Eyes Only ("AEO") Designations and Eliminate Improper Privilege Redactions; (ii) Seal Documents Pending Ruling on AEO Status, and (iii) Eliminate Ten-Day Waiting Period. It has been corrected to remove a duplicate page 1, to correct the title in the footer; and to correct one omitted redaction. Please substitute the attached for Dkt. No. 25 which was filed earlier today.

DATED this 16th day of April, 2008.

BYRNES & KELLER LLP

By: /s/ Bradley S. Keller, WSBA #10665
Bradley S. Keller, WSBA #10665
Paul R. Taylor, WSBA #14851
Steven C. Minson, WSBA #30974
Attorneys for Defendant

PRAECIPE (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas A. Carr (thomas.carr@seattle.gov)
    Gregory C. Narver (gregory.narver@seattle.gov)
    Seattle City Attorney
    600 Fourth Avenue, 4th Floor
    P.O. Box 94769
    Seattle, WA  98124-4769

    Slade Gorton (slade.gorton@klgates.com)
    Paul J. Lawrence (paul.lawrence@klgates.com)
    Jeffrey C. Johnson (jeff.johnson@klgates.com)
    Michelle Jensen (michelle.jensen@klgates.com)
    K&L Gates
    925 4th Avenue, Suite 2900
    Seattle, WA  98104

and I hereby certify that I served this document by email to the following counsel on the date above:

    J. J. Leary, Jr.
    Mike Fandel
    Graham & Dunn PC
    Pier 70
    2801 Alaskan Way ~ Suite 300
    Seattle, WA  98121-1128

    /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
    Byrnes & Keller LLP
    1000 Second Avenue, 38th Floor
    Seattle, WA  98104
    Telephone:  (206) 622-2000
    Facsimile:  (206) 622-2522
    bkeller@byrneskeller.com

PRAECIPE (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000