The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | No. CV07-1620 MJP |
| Plaintiff, | ORDER |
| vs. | |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | |
| Defendant. | |

THIS MATTER came before the Court on Third Party Matt Griffin's Motion to Re-Note Defendant's Motion to Comply with LR 7(d)(3), with a request that said motion be noted as an expedited hearing and that a telephone conference call be scheduled for today, April 18, 2008, to discuss same. Proper notice of said motion having been given to all counsel of record, the Court having considered the pleadings filed in support of and in opposition to the motion, and being fully advised, it is hereby

ORDERED that Third Party Matt Griffin's Motion is GRANTED. Defendant Professional Basketball Club LLC's Motion for Protective Order (dkt. no. 21) is hereby noted for hearing on May 2, 2008.

//

ORDER -- 1

No. CV07-1620 MJP
m38719-1029137.doc

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

DATED this _____ day of April, 2008.

_____
Honorable Marsha J. Pechman
US District Court Judge

Presented By:

GRAHAM & DUNN PC


By_____
  K. Michael Fandel
  WSBA# 16281
  Email: mfandel@grahamdunn.com
  Attorneys for Third-Party Matt Griffin

ORDER -- 2

No. CV07-1620 MJP

m38719-1029137.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599