## Fandel, K. Michael

**From:** Minson, Steven [sminson@byrneskeller.com]
**Sent:** Thursday, April 17, 2008 12:43 PM
**To:** Fandel, K. Michael
**Subject:** City v. PBC/ subpoena to Griffin

Mike:

Thank you for your call.

I believe our motion is correctly noted. Furthermore, given (i) the trial date/deposition schedule; (ii) the length to which we've already been strung along; and (iii) frivolousness of the designations and redactions, we decline to extend the noting date.

As I mentioned, it seems the proper response would be for you to "de-designate" all of the documents (with the single exception noted in our brief) and provide an unredacted set.

I would also like electronic versions of the "Sonics Challenge" powerpoint, (#00158-00199), and the "Path Forward" powerpoint (#00200-00203). The same for the xl schedule (0108-0109). Please let me know by close of business today if you are willing to provide electronic copies; if not please make sure Mr. Griffin preserves them.

Also, it appears that you produced no emails attaching these powerpoint presentations. Please produce all such emails by noon tomorrow, or confirm that none exist.

Steve

Steven C. Minson
Byrnes & Keller LLP
Tel: (206) 622-2000
Fax: (206) 622-2522
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at sminson@byrneskeller.com.