The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>    Defendant. | No. CV07-1620 MJP<br><br>CERTIFICATE OF SERVICE |

    I, Sharon L. Murphey, hereby declare, under penalty of perjury of the laws of the State of Washington, that on this day I caused to be filed the documents *Third Party Matt Griffin's Motion to Re-Note Defendant's Motion to Comply with LR 7(d)(3); and Declaration of K. Michael Fandel (with Exhibits A and B)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Slade Gorton, Esq.
Paul J. Lawrence, Esq.
Jeffrey Johnson, Esq.
Michelle Jensen, Esq.
K & L GATES
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: 206-623-7580
Fax: 206-623-7022

Email: slade.gorton@klgates.com
Email: paul.lawrence@klgates.com
Email: jeff.johnson@klgates.com
Email: michelle.jensen@klgates.com

CERTIFICATE OF SERVICE -- 1

No. CV07-1620 MJP

m38719-1029275.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | |
|---|---|
| Thomas A. Carr, Esq.<br>Gregory C. Narver, Esq.<br>SEATTLE CITY ATTORNEYS OFFICE<br>600 Fourth Avenue, 4th Floor<br>PO Box 94769<br>Seattle, WA 98124<br>Phone: 206-684-8233<br>Fax: 206-684-8284 | Email: Thomas.carr@seattle.gov<br>Email: Gregory.narver@seattle.gov |
| Bradley S. Keller, Esq.<br>BYRNES & KELLER, LLP<br>1000 - 2nd Avenue, Suite 3800<br>Seattle, WA 98104<br>Phone: 206-622-2000<br>Fax: 206-622-2522 | Email: bkeller@byrneskeller.com |

DATED this 18th day of April, 2008.

GRAHAM & DUNN PC


By   /s/   Sharon L. Murphey
     Sharon L. Murphey
     Legal Secretary to K. Michael Fandel

CERTIFICATE OF SERVICE -- 2

No. CV07-1620 MJP

m38719-1029275.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599