The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city, )
)
            Plaintiff, ) No. C07-1620MJP
)
  v. ) [PROPOSED] ORDER GRANTING
) DEFENDANT'S MOTION TO AMEND
THE PROFESSIONAL BASKETBALL CLUB,) ANSWER
LLC, an Oklahoma limited liability company, )
) NOTE ON MOTION CALENDAR:
           Defendant. ) MAY 5, 2008
)
)

    THIS MATTER came before the Court on Defendant's Motion to Amend Answer. Proper notice of said motion having been given to all counsel of record, the Court having considered the pleadings offered in support of and in opposition to the motion, and being fully advised, it is hereby

    ORDERED that Defendant's Motion to Amend Answer is hereby GRANTED. Defendant is permitted to file its Amended Answer, Affirmative Defenses and Counterclaim for Declaratory Relief in the form attached as Exhibit A to its motion.

    DATED this ___ day of May, 2008.

                                         _____
                                         Honorable Marsha J. Pechman
                                         United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
AMEND ANSWER (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Presented by:

2  BYRNES & KELLER LLP

3

4

   By: /s/ Paul R. Taylor, WSBA #14851
5      Bradley S. Keller, WSBA #10665
       Paul R. Taylor, WSBA #14851
6      Steven C. Minson, WSBA #39074
   Byrnes & Keller LLP
7  1000 Second Avenue, 38th Floor
   Seattle, WA  98104
8  Telephone:    (206) 622-2000
   Facsimile:    (206) 622-2522
9  Email: bkeller@byrneskeller.com
          ptaylor@byrneskeller.com
10        sminson@byrneskeller.com
11 Attorneys for Defendant
   The Professional Basketball Club
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
AMEND ANSWER (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA  98124-4769


Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA  98104


/s/ Paul R. Taylor, WSBA #14851
Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000