The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | No. CV07-1620 MJP |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | |
| Defendant. | |

I, Sharon L. Murphey, hereby declare, under penalty of perjury of the laws of the State of Washington, that on this day I caused to be filed the documents *Third Party Matt Griffin's Response to Defendant's Motion to Eliminate Attorneys Only (AOM) Designations and Eliminate Improper Privilege Designation; and the Declaration of K. Michael Fandel with Exhibit 1* with the Clerk of the Court using the CM/ECF system. Although the CM/ECF system will send notification of such filing to counsel, I also caused copies of same to be emailed to the following:

CERTIFICATE OF SERVICE -- 1

No. CV07-1620 MJP
M38719-1033174

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | |
|---|---|
| Slade Gorton, Esq.<br>Paul J. Lawrence, Esq.<br>Jeffrey Johnson, Esq.<br>Michelle Jensen, Esq.<br>K & L GATES<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: 206-623-7580<br>Fax: 206-623-7022 | Email: slade.gorton@klgates.com<br>Email: paul.lawrence@klgates.com<br>Email: jeff.johnson@klgates.com<br>Email: michelle.jensen@klgates.com |
| Thomas A. Carr, Esq.<br>Gregory C. Narver, Esq.<br>SEATTLE CITY ATTORNEYS OFFICE<br>600 Fourth Avenue, 4th Floor<br>PO Box 94769<br>Seattle, WA 98124<br>Phone: 206-684-8233<br>Fax: 206-684-8284 | Email: Thomas.carr@seattle.gov<br>Email: Gregory.narver@seattle.gov |
| Bradley S. Keller, Esq.<br>BYRNES & KELLER, LLP<br>1000 - 2nd Avenue, Suite 3800<br>Seattle, WA 98104<br>Phone: 206-622-2000<br>Fax: 206-622-2522 | Email: bkeller@byrneskeller.com |

DATED this 28th day of April, 2008.

GRAHAM & DUNN PC


By  /s/  Sharon L. Murphey
   Sharon L. Murphey
   Legal Secretary to K. Michael Fandel

CERTIFICATE OF SERVICE -- 2

No. CV07-1620 MJP
M38719-1033174

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599