The Honorable Marsha J. Pechman

07-CV-01620-RESP

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 29 2008 LK

CLERK AT SEATTLE
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | No. C07-1620 MJP |
| Plaintiff, | |
| v. | McKINSEY & COMPANY, INC.'S RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S SUBPOENA IN A CIVIL CASE |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, | |
| Defendant. | |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, McKinsey & Company, Inc. ("McKinsey") by and through its undersigned counsel hereby responds and objects to the April 21, 2008 Subpoena of the City of Seattle ("Plaintiff") in a Civil Case (the "Subpoena"), as follows:

## I. INTRODUCTORY STATEMENT

The Subpoena, which was served on McKinsey on April 21, 2008, provided a return date of April 29, 2008, only six business days later. That unreasonably short space of time has not permitted McKinsey or its undersigned counsel to prepare fully to respond. McKinsey will respond to the Subpoena on the basis of the best information available to it at

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 1
DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

the time of gathering documents for its response, within the limitations and subject to the objections described below.

## II. GENERAL RESPONSES

1. The responses herein reflect only the present state of McKinsey's knowledge or information regarding the documents that the Plaintiff has requested. Except as otherwise stated below, an objection to a specific request does not imply that documents responsive to that request exist. McKinsey further expressly reserves the right to supplement its response to any of the aforementioned requests.

2. McKinsey expressly reserves, and this response to the Subpoena shall not constitute a waiver of, McKinsey's right (a) to object on any ground to the use of the documents that are produced in any step or proceeding in this action, (b) to object on any ground to other discovery requests that involve or relate to the subject matter of this Subpoena, and (c) to revise, correct, supplement, or clarify any of the responses set forth herein at a later date. McKinsey does not admit, adopt or acquiesce in any factual or legal contention, assertion, or characterization that is contained in the Subpoena (or any particular request therein).

## III. GENERAL OBJECTIONS

1. McKinsey objects to the Subpoena to the extent that it seeks the production of any document protected from disclosure by the attorney-client privilege, the attorney work product doctrine or any other privilege or protection available under federal or state statutory, constitutional, or common law, including but not limited to any privilege or protection that

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 2
DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

McKinsey's client in this engagement, the NBA, may assert as to materials in McKinsey's possession.

2. McKinsey objects to the Subpoena to the extent that it seeks information that is neither relevant to any claim or defense of any party to the underlying litigation nor to the subject matter involved in the litigation.

3. McKinsey objects to the Subpoena insofar as it seeks sensitive, highly confidential business, financial and/or personal information.

4. McKinsey objects to the Subpoena, which was received by McKinsey on April 21, 2008, insofar as it seeks the production of documents by April 29, 2008, which is not a reasonable amount of time to comply with the Subpoena.

5. McKinsey objects to the Instructions and the Definitions of the Subpoena to the extent that they seek to impose obligations on McKinsey beyond those imposed by the Federal Rules of Civil Procedure.

6. These General Responses and Objections apply to each of the Specific Responses below whether or not referred to in any Specific Response provided, and the Specific Responses set forth are not a waiver, in whole or in part, of any of these objections.

## IV. SPECIFIC RESPONSES AND OBJECTIONS

McKinsey incorporates its General Responses and Objections into its Specific Responses and Objections to each and every request for documents and things contained in the Subpoena. Subject to and without waiving any of its General Responses and Objections, McKinsey specifically responds and objects to the requests contained in the Subpoena as follows:

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 3
DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

REQUEST NO. 1.

All documents regarding and/or reflecting any work done by McKinsey for the NBA's relocation committee relating to the potential relocation of the Sonics to Oklahoma City, Oklahoma.

RESPONSE TO REQUEST NO. 1

McKinsey objects to this Request to the extent that it: (a) seeks the production of documents protected from disclosure by the attorney-client privilege, the attorney work product doctrine or any other privilege available under federal or state statutory, constitutional, or common law, including but not limited to any such privilege or protection that McKinsey's client the NBA may assert as to materials in McKinsey's possession; (b) seeks information that is neither relevant to any claim or defense of any party to the underlying litigation nor to the subject matter involved in the litigation; (c) seeks sensitive, highly confidential business, financial and/or personal information; or (d) is so overbroad as to be unduly burdensome and harassing.

Subject to the foregoing and the General Responses and Objections, and without waiving any applicable privilege or protection, McKinsey will produce copies of the March 18, 2008 "Oklahoma City vs. Seattle Market Comparison Report" and the March 18, 2009 "New Orleans/Oklahoma City Hornets Review," which constitute the sole reports prepared by McKinsey in connection with the proposed relocation of the Sonics to Oklahoma City.

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 4

DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

REQUEST NO. 2.

All documents regarding and/or reflecting any statistical analysis, including but not limited to demographic, economic and business analysis, performed by McKinsey for the NBA relocation committee, comparing Seattle, Washington to Oklahoma City, Oklahoma.

RESPONSE TO REQUEST NO. 2

McKinsey objects to this Request to the extent that it: (a) seeks the production of documents protected from disclosure by the attorney-client privilege, the attorney work product doctrine or any other privilege available under federal or state statutory, constitutional, or common law, including but not limited to any such privilege or protection that McKinsey's client the NBA may assert as to materials in McKinsey's possession; (b) seeks information that is neither relevant to any claim or defense of any party to the underlying litigation nor to the subject matter involved in the litigation; (c) seeks sensitive, highly confidential business, financial and/or personal information; or (d) is so overbroad as to be unduly burdensome and harassing.

Subject to the foregoing and the General Responses and Objections, and without waiving any applicable privilege or protection, McKinsey will produce copies of the March 18, 2008 "Oklahoma City vs. Seattle Market Comparison Report" and the March 18, 2009 "New Orleans/Oklahoma City Hornets Review," which constitute the sole reports prepared by McKinsey in connection with the proposed relocation of the Sonics to Oklahoma City.

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 5

DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 29th day of April, 2008.

Davis Wright Tremaine LLP
Attorneys for Non-Party McKinsey &
Company, Inc.

By /s/ Marvin L. Gray, Jr.
Marvin L. Gray, Jr.
WSBA #05161
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 757-8054
Fax: (206) 757-7700
E-mail: montygray@dwt.com

RESPONSES AND OBJECTIONS TO THE CITY OF SEATTLE'S
SUBPOENA IN A CIVIL CASE (C07-1620 MJP) – 6

DWT 11004939v1 0083148-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

On the 29th day of April, 2008, a true and correct copy of the document to which this is attached was served by ABC Legal Messenger on:

Paul J. Lawrence
K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, WA 98104


Brad Keller
Paul Taylor
Byrnes & Keller
1000 Second Avenue, Suite 3800
Seattle, WA 98104


Greg Narver
City Attorney's Office
600 Fourth Avenue, 4th Floor
Seattle, WA 98104



ROBIN HAFEY

PROOF OF SERVICE - 7
DWT 11005622v1 0000099-010073

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700