The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>Defendant. | No. C07-1620MJP<br><br>**NOTICE OF FILING PAPERS OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK OF THE COURT** |

PLEASE TAKE NOTICE that on the 2nd day of May, a CD of video excerpts of the deposition of Matt Griffin (Ex. 3 to the Declaration of Steven C. Minson in Support of Defendant's Reply Regarding Motion to (i) Eliminate Attorney's Eyes Only Designations, etc.) was delivered to the Clerk of the Court for filing **UNDER SEAL** and served on all counsel by hand delivery under seal.

DATED this 2nd day of May, 2008.

BYRNES & KELLER LLP

By: /s/ Paul R. Taylor, WSBA #14851
Bradley S. Keller, WSBA #10665
Paul R. Taylor, WSBA #14851
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000

NOTICE OF FILING PAPERS OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK OF THE COURT (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

| | |
|---|---|
| 1 | Facsimile: (206) 622-2522 |
| 2 | Email: bkeller@byrneskeller.com |
| 3 | ptaylor@byrneskeller.com |
|   | sminson@byrneskeller.com |
| 4 | Attorneys for Defendant |
|   | The Professional Basketball Club, LLC |

NOTICE OF FILING PAPERS OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK OF THE COURT (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

K. Michael Fandel (mfandel@grahamdunn.com)
Graham & Dunn PC
Pier 70
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121-1128


/s/ Paul R. Taylor
Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

NOTICE OF FILING PAPERS OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK OF THE COURT (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000