The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, <br><br> Plaintiff, <br><br> v. <br><br> THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, <br><br> Defendant. | No. C07-1620MJP <br><br> DECLARATION OF STEVEN C. MINSON IN SUPPORT OF REPLY REGARDING MOTION TO (i) ELIMINATE ATTORNEY'S EYES ONLY ("AEO") DESIGNATIONS AND ELIMINATE IMPROPER PRIVILEGE REDACTIONS; (ii) SEAL DOCUMENTS PENDING RULING ON AEO STATUS, AND (iii) ELIMINATE TEN-DAY WAITING PERIOD <br><br> NOTE ON MOTION CALENDAR: MAY 2, 2008 <br><br> **[REDACTED VERSION]** |

Steven C. Minson declares as follows:

I am one of the attorneys of record for defendant The Professional Basketball Club, LLC in this action. The following is true and correct and based upon my own personal knowledge:

1. Attached hereto as Exhibit 1 is a true and correct copy of an email dated March 30, 2008.

2. Attached hereto as Exhibit 2 are excerpts of the deposition of Matt Griffin, taken on April 29, 2008.

DECLARATION OF STEVEN C. MINSON IN SUPPORT OF
REPLY REGARDING MOTION TO (i) ELIMINATE
ATTORNEY'S EYES ONLY ("AEO") DESIGNATIONS, ET AL.
[REDACTED VERSION] (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

3. Exhibit 3 is a CD of video excerpts of the deposition of Matt Griffin, taken on April 29, 2008, which will be hand delivered to both the Clerk of the Court and opposing counsel under seal.

4. Attached hereto as Exhibit 4 is a true and correct copy of an email chain ending December 19, 2007, an email chain dated January 29, 2008, and an email dated March 27, 2008.

5. Attached hereto as Exhibit 5 is a true and correct copy of a document dated December 17, 2007.

6. Attached hereto as Exhibit 6 is a true and correct copy of an email chain ending December 19, 2007.

7. Attached hereto as Exhibit 7 is a true and correct copy of an email dated December 17, 2007, an email chain dated February 21, 2008, an email chain dated March 4, 2008, an email chain dated March 7, 2008, an email dated March 8, 2008, and an email dated March 10, 2008.

8. Attached hereto as Exhibit 8 is a true and correct copy of an email dated November 11, 2007.

9. Attached hereto as Exhibit 9 is a true and correct copy of an email dated December 2, 2007.

10. Attached hereto as Exhibit 10 is a true and correct copy of an email dated October 16, 2007.

11. Attached hereto as Exhibit 11 is a true and correct copy of an email dated January 5, 2008.

12. Attached hereto as Exhibit 12 is a true and correct copy of an email chain dated November 6, 2007, an email chain dated March 5, 2008, and an email chain dated April 11, 2008.

DECLARATION OF STEVEN C. MINSON IN SUPPORT OF
REPLY REGARDING MOTION TO (i) ELIMINATE
ATTORNEY'S EYES ONLY ("AEO") DESIGNATIONS, ET AL.
[REDACTED VERSION] (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

13. Attached hereto as Exhibit 13 is a true and correct copy of an email chain beginning October 7, 2007, and ending October 16, 2007, an email dated November 2, 2007, an email dated December 22, 2007, and an email dated January 7, 2008.

14. Attached hereto as Exhibit 14 is a true and correct copy of a document dated December 27, 2007, an email dated February 16, 2008, and an email chain dated February 21, 2008.

15. Attached hereto as Exhibit 15 is a true and correct copy of a document dated March 1, 2008.

I declare under penalty of perjury under the laws of the State of Washington that this declaration is true and correct.

DATED in Seattle, Washington, this 2nd day of May, 2008.

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974

DECLARATION OF STEVEN C. MINSON IN SUPPORT OF
REPLY REGARDING MOTION TO (i) ELIMINATE
ATTORNEY'S EYES ONLY ("AEO") DESIGNATIONS, ET AL.
[REDACTED VERSION] (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas A. Carr (thomas.carr@seattle.gov)
    Gregory C. Narver (gregory.narver@seattle.gov)
    Seattle City Attorney
    600 Fourth Avenue, 4th Floor
    P.O. Box 94769
    Seattle, WA 98124-4769

    Slade Gorton (slade.gorton@klgates.com)
    Paul J. Lawrence (paul.lawrence@klgates.com)
    Jeffrey C. Johnson (jeff.johnson@klgates.com)
    Michelle Jensen (michelle.jensen@klgates.com)
    K&L Gates
    925 4th Avenue, Suite 2900
    Seattle, WA 98104

    K. Michael Fandel (mfandel@grahamdunn.com)
    Graham & Dunn PC
    Pier 70
    2801 Alaskan Way ~ Suite 300
    Seattle, WA 98121-1128

    /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    Byrnes & Keller LLP
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    ptaylor@byrneskeller.com

DECLARATION OF STEVEN C. MINSON IN SUPPORT OF
REPLY REGARDING MOTION TO (i) ELIMINATE
ATTORNEY'S EYES ONLY ("AEO") DESIGNATIONS, ET AL.
[REDACTED VERSION] (C07-1620MJP) - 4

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

EXHIBITS 1-15
FILED UNDER SEAL
PURSUANT TO
PROTECTIVE ORDER
DATED 3/13/08