The Honorable Marsha J. Pechman

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | ) No. C07-1620MJP |
| Plaintiff, | ) |
| | ) DECLARATION OF BRADLEY S. |
| v. | ) KELLER IN SUPPORT OF THE |
| | ) PROFESSIONAL BASKETBALL CLUB'S |
| THE PROFESSIONAL BASKETBALL CLUB, | ) REPLY REGARDING MOTION TO |
| LLC, an Oklahoma limited liability company, | ) AMEND ANSWER |
| | ) |
| Defendant. | ) NOTE ON MOTION CALENDAR: |
| | ) MAY 5, 2008 |
| | ) |
| | ) |
| | ) |

Bradley S. Keller declares as follows:

1.      I am one of the attorneys of record for defendant The Professional Basketball Club, LLC in this action.  The following is true and correct and based upon my own personal knowledge:

2.      Attached hereto are true and correct copies of the following:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from the April 2, 2008, deposition of Gregory James Nickels. |
| 2 | March 26, 2008, Notice of Videotaped 30(b)(6) Deposition of the Professional Basketball Club |

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF
PBC'S REPLY REGARDING MOTION TO AMEND ANSWER
(C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| Exhibit No. | Description |
|---|---|
| 3 | Plaintiff City of Seattle's Fed. R. Civ. P. 26(a) Disclosure Statement |
| 4 | Chart: Preliminary Estimates Based on Currently Available Data (Dep. Ex. 327) |
| 5 | April 1, 2008, Greg Nickels email to Regina LaBelle |

DATED in Seattle, Washington, this 5th day of May, 2008.


/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF
PBC'S REPLY REGARDING MOTION TO AMEND ANSWER
(C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF
PBC'S REPLY REGARDING MOTION TO AMEND ANSWER
(C07-1620MJP) - 3

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. C07-1620MJP ) |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | ) ) ) ) |
| Defendant. | ) |

Videotaped Deposition Upon Oral Examination

of

GREGORY JAMES NICKELS

Taken at 600 Fourth Avenue, 7th Floor
Seattle, Washington

DATE:   April 2, 2008

REPORTED BY:   Brigid M. Donovan, RPR, CCR
      CCR NO.:   2070

STARKOVICH REPORTING SERVICES
(206) 323-0919

f930c0f7-bf7b-4624-a9de-cd7b7b21b96e

City of Seattle vs. The Professional Basketball Club  Gregory James Nickels                    April 2, 2008

Page 87

1     A     It was very consistent with the proposals

2  we've had all along.

3     Q     And the proposal -- strike that.

4           So you'd like to see the team sold to local

5  owners and you've been working to try and make that

6  happen, right?

7     A     Yes.

8     Q     Do you believe the prospects of the sale of

9  the team to local ownership is more likely if the

10  Bennett group faces having to play out their lease term

11  until 2010?

12     A     Absolutely.

13     Q     Is that one of the reasons, one of the reasons

14  why the city is wanting the Sonics to play out the last

15  two years because you think that that will help create

16  the environment where the sale of the team will happen

17  to local owners?

18           MR. NARVER:  Object to form.

19     A     Absolutely.

20     Q     Is that one of the motives why you are trying

21  to specifically enforce the lease?

22           MR. NARVER:  Object to form.

23     A     We are seeking to enforce the lease because it

24  is the basis upon which the people of Seattle invested

25  $74 million in upgrading Key Arena.  I believe that the

City of Seattle vs. The Professional Basketball Club  Gregory James Nickels                    April 2, 2008

Page 88

1    longer a team is here, the more likely it is we'll be

2    able to work out a solution long-term for Key Arena to

3    be a competitive facility through an additional lease

4    term.

5         Q    Now see if you can answer my question.  Is

6    trying to create the environment where a sale to local

7    ownership will happen if the current ownership faces

8    having to play out its lease --

9                   MR. NARVER:  Object to the form and move

10   to strike the preface.

11        Q    -- is that part of the motive for why you are

12   seeking specific performance?

13                  MR. NARVER:  Object to the form.

14        A    I believe the longer the team is here, the

15   more likely it is we will be able to find a long-term

16   answer to keep them here.

17        Q    Is part of the reason why you are seeking

18   specific performance is that you know the current

19   ownership is losing money, and if they face losses you

20   believe they will be more inclined to sell to local

21   owners?

22                  MR. NARVER:  Object to form.

23        A    I believe that the longer the team is here,

24   the more likely it is we will find an answer long-term.

25   I've experienced that with baseball.  I've experienced

f930c0f7-bf7b-4624-a9de-cd7b7b21b96e

City of Seattle vs. The Professional Basketball Club  Gregory James Nickels                    April 2, 2008

Page 89

1  it with football.  And I think it's true of basketball

2  as well.

3      Q    So depositions are a little different than a

4  press conference.  I get to ask follow-ups and ask for

5  an answer to my question.  So I am going to try one more

6  time.

7      A    Sure.

8      Q    Is part of the reason why the city is seeking

9  specific performance because it knows that the current

10  owners are losing money, and that faced with losing

11  money you believe it will create an environment where

12  they would be more likely to sell to a local group?

13             MR. NARVER:  Objection.  Asked and

14  answered and move to strike the observations of counsel.

15      A    I believe the longer the team is here, the

16  better the chances are that we will find a long-term

17  solution, one of those parts being local ownership.

18      Q    And is one of the reasons why you believe that

19  to be the case is because you know that the current

20  ownership is facing operating losses here, and that if

21  they have to have those -- incur those operating losses

22  for another two years, they would be more than likely to

23  sell?

24             MR. NARVER:  Objection to the form.

25  Asked and answered.

f930c0f7-bf7b-4624-a9de-cd7b7b21b96e

City of Seattle vs. The Professional Basketball Club  Gregory James Nickels          April 2, 2008

Page 90

1      A      I believe that the chances get better over

2  time.

3      Q      You are not answering my questions.  Is one of

4  the reasons why you believe the chances get better over

5  time because you know they are losing money and if they

6  are losing a lot of money they ought to be more

7  motivated to sell?

8                  MR. NARVER:  Object to the form.

9      A      I would hope that the longer the team is here

10  the better our chances are, and that's one of the

11  reasons that I am pushing for the team to fulfill its

12  obligations under the lease.

13                  MR. KELLER:  Move to strike as

14  nonresponsive.  I've asked it three times.  We'll wait

15  to ask it another time in another form.

16                  MR. NARVER:  Move to strike the comments.

17      Q      Do you agree that the city of Seattle doesn't

18  own the Sonics team?

19      A      That's -- I think that's an interesting

20  question, what the city's ownership is of an asset like

21  a professional basketball team.  The ownership of the

22  companies and the financials certainly is Mr. Bennett

23  and his group.  There is a certain type of ownership, a

24  civic ownership of the Sonics as an institution that's

25  been part of our city for 41 years.  But the ownership

**EXHIBIT 2**

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE, a first-class charter city,

                                Plaintiff,

        v.

THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,

                                Defendant.

No. C07-1620 MJP

NOTICE OF VIDEO TAPED 30(b)(6) DEPOSITION OF THE PROFESSIONAL BASKETBALL CLUB

**TO ALL PARTIES AND YOUR ATTORNEY OF RECORD:**

        **YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE** that testimony of

the designated FRCP 30(b)(6) most qualified person or persons of the Professional Basketball

Club, upon oral examination before a Notary Public at The Law Office of Kirkpatrick &

Lockhart, Preston, Gates Ellis, LLP, located at 925 Fourth Avenue, Suite 2900, Seattle,

Washington 98104-1158 (206) 623-7580, as referenced in "Exhibit A" attached hereto, will

be taken on April 23, 2008, commencing at the hour of 9:00 a.m. Such deposition shall be

subject to continuance or adjournment from time to time, and may be set at an alternative

NOTICE OF VIDEO TAPED
30(b)(6) DEPOSITION OF THE
PROFESSIONAL BASKETBALL CLUB - 1

Case No. C07-1620 MJP

K:\2065932\0000\121575_DMT\21575P21UL

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  location to be negotiated, until completed, and shall be taken on the ground that the witness

2  will provide testimony material to plaintiff's case. Furthermore, the deposition may be

3  recorded by sound, sound-and-visual, or stenographic means.

4      The Professional Basketball Club is also hereby instructed to identify the witness or

5  witnesses they will designate by April 9th, 2008.

6      DATED this 26th day of March, 2008.

7

8  KIRKPATRICK & LOCKHART                    THOMAS A. CARR
   PRESTON GATES & ELLIS, LLP                Seattle City Attorney

9

10 By: _____              By: _____ For

11     Slade Gorton, WSBA No. 20                 Gregory C. Narver, WSBA No. 18127
       Paul J. Lawrence, WSBA No. 13557          Assistant City Attorney
12     Jeffrey Johnson, WSBA No. 23066
       Jonathan Harrison, WSBA No. 31390     Attorneys for Plaintiff City of Seattle
13     Michelle Jensen, WSBA No. 36611

14 Attorneys for Plaintiff City of Seattle

15

16

17

18

19

20

21

22

23

24

25

26 NOTICE OF VIDEO TAPED
   30(b)(6) DEPOSITION OF THE
   PROFESSIONAL BASKETBALL CLUB - 2

   Case No. C07-1620 MJP                          KIRKPATRICK & LOCKHART
                                                  PRESTON GATES ELLIS LLP
   K:\2005932\0000\21575_DMT\21575P21UL           925 FOURTH AVENUE
                                                  SUITE 2900
                                                  SEATTLE, WASHINGTON 98104-1158
                                                  TELEPHONE: (206) 623-7580
                                                  FACSIMILE: (206) 623-7022

NOTICE OF VIDEO TAPED 30(b)(6) DEPOSITION OF THE PROFESSIONAL BASKETBALL CLUB

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I served a copy of the foregoing:

**NOTICE OF VIDEO TAPED 30(b)(6) DEPOSITION
OF THE PROFESSIONAL BASKETBALL CLUB**

by US Mail and electronic mail to the following counsel of record:

Bradley S. Keller, Esq.  bkeller@byrneskeller.com
Paul R. Taylor, Esq.  ptaylor@byrneskeller.com
Cathy Coleman ccoleman@byrneskeller.com
BYRNES & KELLER LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104


_____
Dennis M. Tessier

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

## SUBJECT MATTER FOR THE DEPOSITION

1. The Professional Basketball Club's ("the PBC's") purchase of the Seattle SuperSonics (the "Sonics"), including but not limited to the purchase agreement, the due diligence process, and the valuation and financial performance of the Sonics.

2. The Premises Use and Occupancy Agreement (the "Lease") entered into between the City of Seattle and SSI Sports, Inc., and subsequently assumed by the Basketball Club of Seattle and the PBC, including but not limited to PBC's obligations under the Lease, and communications between the PBC and any third party regarding the Lease.

3. Communications between the PBC and any former owner of the Sonics regarding (a) the Lease, (b) the suitability of Key Arena as a professional basketball facility, (c) commitments to make efforts to keep the Sonics in Washington State, (d) the possibility of moving the Sonics to Oklahoma City, and (e) the financial performance of the Sonics either in the past or projected in the future.

4. The financial performance of the Sonics, under past and current ownership, including but not limited to profit and loss statements, financial projections and pro formas, and financial statements submitted to the NBA by both present and former owners.

5. Projected attendance at Sonics home games during the 2007-08 season, including but not limited to the effect on attendance resulting from: the departure of former Sonics Ray Allen and/or Rashard Lewis; public awareness of a possible relocation of the Sonics; and, marketing campaigns to promote attendance.

6. Efforts to secure financing for a new arena in Washington State, including lobbying efforts by the PBC and/or its representatives.

7. The possible relocation of the Sonics from KeyArena and/or the City of Seattle, including but not limited to the assessment of alternative venues in Renton, Washington, Bellevue, Washington and Oklahoma City, and communications with representatives of Oklahoma City, the Ford Center or the NBA regarding such a relocation.

8. The formation of the PBC, including communications with investors and the development of organizational documents.

9. Economic and noneconomic benefits derived by Oklahoma City as a result of the New Orleans Hornets playing home games in Oklahoma City.

10. Economic and noneconomic benefits derived by the City of Seattle as a result of the Sonics playing home games in Seattle.

11. Projected benefits, economic and noneconomic, that would be derived by Oklahoma City as a result of the relocation of the Sonics to Oklahoma City.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  12. Tax benefits accruing to the principals of the PBC as a result of their ownership
       interest in the Sonics.

2
   13. Volunteer, community and charitable contributions by the Sonics, its employees,
3      representatives and/or players, to the greater Seattle, Washington community.

4  14. The PBC's calculation of rental payments and admissions taxes due to the City under
       the remaining two years of the Lease, as reflected in ¶ 6(a) of the PBC's February 15,
5      2008 Offer of Judgment.

6  15. The PBC's request to the NBA for approval to relocate the Sonics franchise to
       Oklahoma City, including any communications of any kind with any representative of
7      the NBA or other NBA franchise owners.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 NOTICE OF VIDEO TAPED
   30(b)(6) DEPOSITION OF THE
   PROFESSIONAL BASKETBALL CLUB - 5

   Case No. C07-1620 MJP

   K:\2065932\0000\21575_DMT\21575P21\UL

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**EXHIBIT 3**

RECEIVED

2008 JAN -9 P 4: 01

BYRNES & KELLER LLP

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>                              Defendant. | No. C07-1620 MJP<br><br>PLAINTIFF CITY OF SEATTLE'S FED. R. CIV. P. 26(a) DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)-(D), plaintiff the City of Seattle ("the City"),

states as follows:

## GENERAL RESPONSE

1.      The City expressly reserves its right to supplement or amend this disclosure at

a future date.

2.      In making the disclosure contained below, the City does not waive, but instead

expressly reserves, any and all objections, including but not limited to the attorney-client

privilege, the work-product doctrine, relevance, materiality and overbreadth, to the

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

ORIGINAL

1  discoverability of information defendant The Professional Basketball Club ("PBC") may seek

2  in this action.

3  ### FED. R. CIV. P. 26(A) RESPONSES

4  **A.   FED. R. CIV. P. 26(A)(1)(A):  "THE NAME AND, IF KNOWN, THE ADDRESS
       AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE
5      DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS
       ALLEGED WITH PARTICULARITY IN THE PLEADINGS, IDENTIFYING
6      THE SUBJECTS OF THE INFORMATION."**

7  **The City's Response:**

8      To the extent known to the City at this time, the following are the names and last

9  known addresses of the individuals, other than the City's litigation counsel (and their agents),

10 who may have information that bears on the disputed facts alleged with particularity in the

11 pleadings:

12         1.      Bill Ackerley
13                 [Contact information unknown at this time]

14                 Knowledge of negotiation of Lease.

15         2.      Virginia Anderson
                   President, Safeco Insurance Foundation
16                 1001 Fourth Avenue, Suite 1400
                   Seattle, WA  98185
17                 (206) 473-5890

18                 Former Director of Seattle Center.  Knowledge of negotiation of Lease, and of
                   finances relating to SuperSonics, KeyArena and City of Seattle.
19

20         3.      Clayton I. Bennett
                   Seattle SuperSonics
21                 1201 Third Avenue, Suite 1000
                   Seattle, WA  98101
22                 (206) 281-5800

23                 Knowledge of allegations in Arbitration Demand, and of claims and defenses
                   asserted herein.
24         4.      William B. Beyers
25                 Department of Geography
                   Smith Hall
26                 University of Washington

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 2
Case No. C07-1620 MJP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Seattle, WA 98195
(206) 543-5871

Conducted KeyArena Economic Impact Assessment. Knowledge of research on impact on City of Seattle and community of presence of SuperSonics franchise.

5.  Bob Blackburn
    12134 SE 16th Place
    Bellevue, WA 98005
    (425) 746-2434

    Former SuperSonics broadcaster. Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

6.  Tim Ceis
    Deputy Mayor
    City Hall
    600 Fourth Avenue, 7th Floor
    P.O. Box 94749
    Seattle, WA 98124-4749
    (206) 684-8106

    Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle.

7.  Cheryl Chow
    Seattle Public Schools
    2445 3rd Avenue South
    Seattle, WA 98134
    (206) 252-0000

    Former member of City Council. Knowledge of negotiation of Lease, related legislation, and budget issues.

8.  Diane Clausen
    Seattle Public Utilities
    700 Fifth Avenue, Suite 4900
    Seattle, WA 98124
    (206) 684-8151

    Knowledge of negotiation of Lease, related legislation, and budget issues.

9.  John Coney
    3227 13th Ave. W.
    Seattle, WA 98119
    (206) 283-2049

    Member of KeyArena Subcommittee. Knowledge of work and conclusions of Subcommittee.

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 3
Case No. C07-1620 MJP

K:\20659932\00001\20880_MDJ\20880P20G4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

10. Jill Crary
    Senior Project Manager
    Seattle Center
    305 Harrison Street
    Suite 100
    Seattle, WA 98109
    (206) 684-7107

    Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle, and of work and conclusions of KeyArena Subcommittee.

11. Dwight Dively
    Director, City of Seattle Department of Finance
    City Hall
    600 Fouth Avenue, 6th Floor
    P.O. Box 94747
    Seattle, WA 98124-4747
    (206) 684-5212

    Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle.

12. James Donaldson
    2843 34th Ave. W.
    Seattle, WA 98199
    (206) 709-4000

    Former SuperSonics player. Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

13. Sue Donaldson
    Executive Director
    Washington Appleseed
    1900 N. Northlake Way, #215
    Seattle, WA 98103
    (206) 632-7197

    Former member of City Council. Knowledge of negotiation of Lease, related legislation, and budget issues.

14. Edward Dunn
    Capital Budget Manager
    Seattle Center
    305 Harrison Street
    Suite 200
    Seattle, WA 98109
    (206) 684-7212

    Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle, and of work and conclusions of KeyArena Subcommittee.

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 4
Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20G4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

15. Jim Hill
    Kemper Development Company
    575 Bellevue Square
    Bellevue, WA 98004
    (425) 460-5792

    Member of KeyArena Subcommittee. Knowledge of work and conclusions of Subcommittee.

16. Thomas Israel
    Director of Finance and Administration
    Seattle Center
    305 Harrison Street
    Suite 215
    Seattle, WA 98109
    (206) 684-7298

    Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle, and of work and conclusions of KeyArena Subcommittee.

17. Martha Lester
    Seattle City Council Central Staff
    City Hall
    600 Fourth Avenue, 2nd Floor
    P.O. Box 34025
    Seattle, WA 98124-4025
    (206) 684-8149

    Knowledge of negotiation of Lease, related legislation, and budget issues.

18. Terry McLaughlin
    Seattle SuperSonics
    1201 Third Avenue, Suite 1000
    Seattle, WA 98101
    (206) 281-5800

    Knowledge of negotiation of Lease.

19. Louise Miller
    17005 191st Avenue NE
    Woodinville, WA 98072-9175
    (425) 788-3404

    Member of KeyArena Subcommittee. Knowledge of work and conclusions of Subcommittee.

20. Robert Nellams
    Director, Seattle Center
    305 Harrison Street
    Suite 215
    Seattle, WA 98109

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 5
Case No. C07-1620 MJP

K:\2065932\00001\20880_MDJ\20880P20G4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  (206) 684-7334

2  Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle.

3  21.  Greg Nickels
     Mayor
4     City Hall
     600 Fourth Avenue, 7th Floor
5     P.O. Box 94749
     Seattle, WA 98124-4749
6     (206) 684-4000

7  Knowledge of impact on City of Seattle and community of presence of
   SuperSonics franchise.
8
   22.  The Professional Basketball Club, LLC (members):
9
          Aubrey K. McClendon
10         Jeffrey Records
          Tom L. Ward
11         William M. Cameron
          Bob Howard
12         Everett R. Dobson
          Domer "Jay" Scaramucci, Jr.
13
   Knowledge of allegations in Arbitration Demand, and of claims and defenses
14   asserted herein.

15  23.  Steve Pyeatt
     14700 114th Avenue NE
16     Kirkland, WA 98034
     (206) 276-6708
17
   Co-founder of Save Our Sonics. Knowledge of impact on City of Seattle and
18   community of presence of SuperSonics franchise.

19  24.  Bill Rhoda
     CSL International
20     1907 East Wayzata Blvd., Suite 250
     Wayzata, MN 55391-2017
21     (952) 476-5900

22  Consultant to KeyArena Subcommittee. Knowledge of work and conclusions
   of Subcommittee.
23
   25.  Norman Rice
24     Daniel J. Evans School of Public Affairs
     Parrington Hall
25     University of Washington
     Seattle, WA 98195
26

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 6
Case No. C07-1620 MJP
K:\206592\00001\20880_MDJ\20880P20G4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

(206) 221-3892

Former Mayor of Seattle. Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

26. Brian Robinson
2622 NW Market Street, Suite A
Seattle, WA 98107
(206) 349-6447

Co-founder of Save Our Sonics. Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

27. Charles Royer
Urban Health Initiative
316 Occidental Avenue S., Suite 300
Seattle, WA 98104
(206) 812-1193

Former Mayor of Seattle. Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

28. Bryce Seidl
President and CEO, Pacific Science Center
200 Second Avenue North
Seattle, WA 98109
(206) 443-2889

Member of KeyArena Subcommittee. Knowledge of work and conclusions of Subcommittee.

29. Matthew Wade
Athlete Foundations, LLC
551 N. 170th Place
Shoreline, WA 98133
(206) 227-9387

Knowledge of impact on City of Seattle and community of presence of SuperSonics franchise.

30. Bob Watt
1301 Spring Street
Unit 11A
Seattle, WA 98104

Former Deputy Mayor of Seattle. Knowledge of negotiation of Lease, related legislation, and budget issues.

31. Tom Weeks
(206) 937-4516

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Former member of City Council. Knowledge of negotiation of Lease, related legislation, and budget issues.

32.  Carl Weinstein
6515 106th Ave. NE
Kirkland, WA 98033
(206) 853-4833

Former Director of Marketing and Business Development for Seattle Center. Knowledge of relationship between SuperSonics and Seattle Center, and of finances relating to SuperSonics, KeyArena and the City of Seattle.

33.  Shelly Yapp
Chief Financial Officer
Seattle Housing Authority
120 Sixth Avenue North
P.O. Box 19028
Seattle, WA 98109-1028
(206) 615-3300

Former Director of Redevelopment, Seattle Center. Knowledge of finances relating to SuperSonics, KeyArena and City of Seattle, and of work and conclusions of KeyArena Subcommittee.

34.  Other Current or Former Sonics Employees and Employees of Community Organizations the Sonics Have Supported
[Contact information unknown at this time]

Knowledge of impact of presence of SuperSonics franchise on City of Seattle and community.

35.  Representatives of the National Basketball Association
[Contact information unknown at this time]

Knowledge of allegations in Arbitration Demand, and of claims and defenses asserted herein.

**B.**   **RULE 26(A)(1)(B):** **"A COPY** OF, OR A DESCRIPTION BY CATEGORY AND LOCATION OF, ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THE PARTY THAT ARE RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS."

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**The City's Response:**

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, the City states that it has: copies of the Premises and Use Agreement ("the Lease") entered into between the City of Seattle and SSI Sports, Inc. ("SSI"), and subsequently assumed by The Basketball Club of Seattle and PBC; drafts of the Lease generated during negotiations between the City and SSI; correspondence between the City and SSI during Lease negotiations; copies of subsequent amendments to the Lease; financial documents related to the SuperSonics, KeyArena and the City of Seattle, and studies and other documents relating to the impact of SuperSonics-related activities on KeyArena and the City of Seattle. The City has already produced numerous relevant documents in its possession in response to a Public Records Act ("PRA") Request filed by PBC. The City produced all documents responsive to PBC's PRA request on November 19, November 30 and December 3, 2007.

The City will make appropriate claims of privilege or similar reasons for non-production with its response to any further requests for production. These disclosures are based on the current status of the City's investigation. The City specifically reserves the right to supplement these disclosures as its investigation warrants.

**C.** **RULE 27(A)(1)(C): "A COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY, MAKING AVAILABLE FOR INSPECTING AND COPYING AS UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIALS, NOT PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH SUCH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED."**

**The City's Response:**

This is a suit for declaratory relief. As such, the City does not presently claim damages against PBC in this action. The City, however, expressly reserves the right to pursue claims for affirmative relief against PBC in the future as appropriate.

CITY OF SEATTLE'S RULE 26(a)
DISCLOSURE STATEMENT - 9
Case No. C07-1620 MJP
K:\2065932\00001\20880_MDJ\20880P20G4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**D.** **RULE 26(A)(1)(D): "FOR INSPECTION AND COPYING AS UNDER RULE 34 ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT."**

**The City's Response:**

The City has no knowledge that any insurance agreement is presently implicated in this dispute.

DATED this 9th day of January, 2008.

KIRKPATRICK & LOCKHART
PRESTON GATES & ELLIS, LLP

By: ~~Michelle Jensen~~

Slade Gorton, WSBA No. 20
Paul J. Lawrence, WSBA No. 13557
Jeffrey Johnson, WSBA No. 23066
Jonathan Harrison, WSBA No. 31390
Michelle Jensen, WSBA No. 36611

Attorneys for Plaintiff City of Seattle

THOMAS A. CARR
Seattle City Attorney

By: ~~Michelle Jensen For~~

Gregory C. Narver, WSBA No. 18127
Assistant City Attorney

Attorneys for Plaintiff City of Seattle

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**EXHIBIT 4**

ATTORNEY'S EYES ONLY

## PBC Financial Obligation 2008-2010

| NON OPERATIONAL FEE PAYMENTS | 07/08 Actual/Est. Sonics only | | Estimated 08-09 Sonics Only | % From 07-08 | Estimated 09-10 Sonics Only | % From 08-09 |
|---|---|---|---|---|---|---|
| Suite Rentals | $605,762 | A | $424,033 | -30% | $436,754.10 | 3% |
| Leased Suites | $1,289,116 | B | $709,014 | -45% | $730,284.08 | 3% |
| Club Seats | $456,335 | B | $310,308 | -32% | $319,617.31 | 3% |
| Admissions Taxes | $1,292,690 | C | $924,273 | -29% | $952,001.55 | 3% |
| Title Sponsorship | $884,646 | D | $905,032 | 2% | $932,182.46 | 3% |
| Parking | $20,925 | E | $14,961 | -29% | $20,925.00 | 3% |
| **Total Payments Non Operational Fees** | **$4,549,473** | | **$3,287,621** | **-27.7%** | **$3,391,764** | **3%** |
| **OPERATIONAL FEES** | | | | | | |
| Sonics Preseason Rent | $65,021 | F | $39,012 | -40% | $40,182.75 | 3% |
| Quarterly Rent | $1,170,641 | G | $1,205,760 | 3% | $1,241,933.22 | 3% |
| **Total Payments Operational Fees** | **$1,235,662** | | **$1,244,773** | **0.7%** | **$1,282,116** | **3%** |
| **Total Due Seattle Center** | **$5,785,135** | | **$4,532,394** | **-21.7%** | **$4,673,880** | **3%** |

**NOTES:**

A= Actual Suite Rentals through April 2008 and estimated $25K for remainder of the year.
B= Based on actual contractual suite obligations and club seat ticket revenues for 2008.
C= Based on actual admission tax payments through March 2008 and Estimate for April 2008.
D= Based on amounts provide by Seattle Center for Title Sponsorship
E= Based on prior year parking cost. Majority of parking costs have yet to be billed to Sonics as of April 2008.
F= Based on actual rent at 8.5% of gross proceeds for preseason games
G= Based on Seattle Center quarterly invoice for 2008 rent.

| Suites | 2007-08 | 2008-09 | 2009-010 |
|---|---|---|---|
| Total Contractual Suite Payments | $2,148,526 | $653,812 | $578,508 |
| Seattle Center Share | 60% | 60% | 60% |
| Seattle Center Revenue from Contractual Obligations | $1,289,116 | $392,287 | $347,105 |


EXHIBIT 327

# EXHIBIT 5

I think I sent this one to you before -- I was cc'ed on it.

>>> Dwight Dively 3/10/2008 10:36:39 AM >>>
Mr. Rossi,

Mayor Nickels asked me to send you some information about the possible tax revenue benefits of Sonics games to the State. I do not have access to the State's tax databases but have done some estimates based on information available to the City of Seattle or provided by the team two years ago. Matt Griffin asked me for similar information over the weekend in response to a question from Senator Hewitt, and I sent him the following estimates of annual State revenues earlier today:

Sales and B&O on concessions: $643,000. This is based on about $15 per person per game.

Team B&O: $1,100,000. This is an extrapolation of what the team pays the City. I do not know if the State has made any special tax agreement with the team that would change this figure.

Sales and B&O on Sonics-related parking: $25,000

Miscellaneous sales and B&O: $279,000. This is based on an extrapolation of the City's tax revenues from visiting teams and game-related retail activity. It is probably a low estimate.

Overall, these figures suggest the State collects at least $2 million annually in Sonics-related taxes. The previous ownership's "benefits" study included a higher figure, but I can't verify that. State staff could prepare a more detailed analysis.

As has already been discussed, a $300 million renovation of Key Arena would generate $19.5 million in State sales tax revenue. B&O taxes would also be paid by contractors, subcontractors, and materials suppliers, and the City's experience is that the compounding effect typically results in something around 1.5 times the tax rate. This means that the renovation project would generate at least $2 million in State B&O tax revenue.

I hope this information is useful. Please let me know if you have other questions.

4/2/2008

Dwight Dively
Director of Finance
City of Seattle

4/2/2008

KALD_02000895