The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>                Defendant. | No. C07-1620MJP<br><br>DEFENDANT THE PROFESSIONAL BASKETBALL CLUB'S MOTION TO SEAL SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF REPLY RE MOTION TO AMEND ANSWER<br><br>NOTE ON MOTION CALENDAR: MAY 14, 2008 |

Pursuant to Paragraph 13 of the Protective Order, a party filing "Confidential Materials" must move to seal the filing. Accordingly, Defendant Professional Basketball Club hereby moves to seal the "Supplemental Declaration of Bradley S. Keller." The materials submitted here do not qualify for confidential treatment. Nevertheless, because they have been so marked, the PBC is required to move to seal them.

DATED this 5th day of May, 2008.

                BYRNES & KELLER LLP

                By: /s/ Bradley S. Keller, WSBA #10665
                     Bradley S. Keller, WSBA #10665
                     Paul R. Taylor, WSBA #14851

DEFENDANT THE PROFESSIONAL BASKETBALL CLUB'S MOTION TO SEAL SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF REPLY RE MOTION TO AMEND ANSWER (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

| | |
|---|---|
| 1 | Steven C. Minson, WSBA #30974 |
| 2 | Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor |
| 3 | Seattle, WA 98104<br>Telephone:(206) 622-2000 |
| 4 | Facsimile: (206) 622-2522<br>Email:   bkeller@byrneskeller.com |
| 5 | ptaylor@byrneskeller.com<br>sminson@byrneskeller.com |
| 6 | Attorneys for Defendant<br>The Professional Basketball Club, LLC |

DEFENDANT THE PROFESSIONAL BASKETBALL CLUB'S
MOTION TO SEAL SUPPLEMENTAL DECLARATION OF
BRADLEY S. KELLER IN SUPPORT OF REPLY RE MOTION TO
AMEND ANSWER (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

DEFENDANT THE PROFESSIONAL BASKETBALL CLUB'S MOTION TO SEAL SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF REPLY RE MOTION TO AMEND ANSWER (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000