The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city,

Plaintiff,

v.

THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,

Defendant.

No. C07-1620MJP

SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF THE PROFESSIONAL BASKETBALL CLUB'S REPLY REGARDING MOTION TO AMEND ANSWER

NOTE ON MOTION CALENDAR: MAY 14, 2008

**[FILED UNDER SEAL]**

Bradley S. Keller declares as follows:

1. I am one of the attorneys of record for defendant The Professional Basketball Club, LLC in this action. The following is true and correct and based upon my own personal knowledge:

2. Attached hereto is a true and correct copy of the following:

| Exhibit No. | Description |
| --- | --- |
| 1 | March 18, 2008, John Stanton email to Matt Griffin. |

SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF PBC'S REPLY REGARDING MOTION TO AMEND ANSWER (C07-1620MJP) [FILED UNDER SEAL] - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED in Seattle, Washington, this 5th day of May, 2008.

/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665

SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN
SUPPORT OF PBC'S REPLY REGARDING MOTION TO AMEND
ANSWER (C07-1620MJP) [FILED UNDER SEAL] - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Thomas A. Carr (thomas.carr@seattle.gov)
        Gregory C. Narver (gregory.narver@seattle.gov)
        Seattle City Attorney
        600 Fourth Avenue, 4th Floor
        P.O. Box 94769
        Seattle, WA 98124-4769

        Slade Gorton (slade.gorton@klgates.com)
        Paul J. Lawrence (paul.lawrence@klgates.com)
        Jeffrey C. Johnson (jeff.johnson@klgates.com)
        Michelle Jensen (michelle.jensen@klgates.com)
        K&L Gates
        925 4th Avenue, Suite 2900
        Seattle, WA 98104

        /s/ Bradley S. Keller
        Bradley S. Keller, WSBA #10665
        Byrnes & Keller LLP
        1000 Second Avenue, 38th Floor
        Seattle, WA 98104
        Telephone: (206) 622-2000
        Facsimile: (206) 622-2522
        bkeller@byrneskeller.com

SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF PBC'S REPLY REGARDING MOTION TO AMEND ANSWER (C07-1620MJP) [FILED UNDER SEAL] - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**EXHIBIT 1**

| From: | John Stanton <john.stanton@trilogypartnership.com> |
|---|---|
| Sent: | Tuesday, March 18, 2008 3:19 PM |
| To: | Matt Griffin <matt@pinest.com> |
| Subject: | FW: WA Voters and the Key Arena |
| Attach: | TOPLINE WA Voters, Key Arena, Mar. 08.doc |

Not the answer we were looking for

John Stanton | Trilogy Partners| (425) 586-8383 (office) | john.stanton@trilogypartnership.com

**From:** Nicole Kennedy [mailto:NicoleK@moore-info.com]
**Sent:** Tuesday, March 18, 2008 3:18 PM
**To:** John Stanton
**Cc:** Bob Moore
**Subject:** WA Voters and the Key Arena

Good afternoon John,

Attached are the topline results (questionnaire with percentages) for the Key Arena question on our Washington statewide voter survey. We are working on analysis for this and will send you a PowerPoint presentation on Thursday.

Best,
Nicole Kennedy

**Nicole Kennedy** • Senior Project Manager
503-221-3100 • nicolek@moore-info.com
www.moore-info.com


MOORE INFORMATION

No virus found in this incoming message.
Checked by AVG
Version: 7.5.519 / Virus Database: 269.21.7/1333 - Release Date: 3/18/2008 8:10 AM

CONFIDENTIAL

GRIFF_00001979



**MOORE INFORMATION**
OPINION RESEARCH • STRATEGIC ANALYSIS

**WASHINGTON VOTERS (N=500)**
**March 16-17, 2008**

Can I speak to (FROM LIST)? IF NA: SCHEDULE CALL BACK
PLEASE ONLY SPEAK TO THE LISTED PERSON

Hello, this is (FIRST AND LAST NAME). We are conducting a survey among voters regarding issues in your part of the state and would like to include your views in our study. I assure you we are only seeking opinions and there will be no attempt to sell you anything or solicit a donation.

1. A plan has been proposed by four local businessmen to invest $150 million dollars to upgrade the Key Arena and keep the Sonics basketball team in Seattle. Their plan requires that the state authorize the county and city to spend an additional $150 million dollars for improvements to the Key Arena paid for by taxes on restaurants and rental cars in King County. Would you support or oppose such a plan? IF SUPPORT/OPPOSE: Is that strongly support/oppose or somewhat support/oppose?

   | | |
   |---|---|
   | strongly support | 13% |
   | somewhat support | 17% |
   | **Total support** | **31%** |
   | don't know | 10% |
   | **Total oppose** | **59%** |
   | somewhat oppose | 12% |
   | strongly oppose | 47% |

Now a few questions for statistical purposes.

2. What is your approximate age, please?

   | | |
   |---|---|
   | 18-34 | 16% |
   | 35-44 | 14% |
   | 45-54 | 23% |
   | 55-59 | 15% |
   | 60-64 | 10% |
   | 65+ | 22% |

CONFIDENTIAL                                               GRIFF_00001980

3. Which one of the following best describes how you usually vote?
   (READ 1-2, 4-5, 5-4, 2-1)

   | | |
   |---|---|
   | mostly or only for Republicans | 24% |
   | a few more Republicans then Democrats | 13% |
   | **Total Republican** | **37%** |
   | the person/Independent | 13% |
   | **Total Democrat** | **44%** |
   | a few more Democrats than Republicans | 12% |
   | mostly or only for Democrats | 33% |
   | don't know | 5% |

4. On political issues, do you consider yourself to be Conservative, Moderate, or Liberal? IF CONSERVATIVE: Are you very Conservative or somewhat Conservative?

   | | |
   |---|---|
   | very Conservative | 17% |
   | somewhat Conservative | 17% |
   | **Total Conservative** | **34%** |
   | Moderate | 39% |
   | Liberal | 23% |
   | don't know | 4% |

5. County (FROM LIST)

   6. IF KING COUNTY: Do you live inside or outside the city of Seattle?

      | | |
      |---|---|
      | inside | 33% |
      | outside | 67% |

7. Gender (BY OBSERVATION)

   | | |
   |---|---|
   | male | 47% |
   | female | 53% |

8. Vote history (FROM LIST)

*Washington Voters*  
*Moore Information*  
6

CONFIDENTIAL

GRIFF_00001981