The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>                  Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>                  Defendant. | No. C07-1620MJP<br><br>STIPULATION AND [PROPOSED] ORDER UNSEALING SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER FILED IN SUPPORT OF REPLY RE MOTION TO AMEND ANSWER |

The undersigned counsel, on behalf of their respective clients, hereby stipulate as follows. The producing party, Matt Griffin, has withdrawn the "Confidential" designation regarding Exhibit 1 to the Supplemental Designation of Bradley S. Keller in Support of Reply Re Motion to Amend Answer filed under seal on May 5, 2008 (Dkt. 50). Accordingly, the Supplemental Declaration may now be unsealed.

DATED this 7th day of May, 2008.

BYRNES & KELLER LLP

By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
   Paul R. Taylor, WSBA #14851
   Steven C. Minson, WSBA #30974
Attorneys for Defendant The Professional Basketball Club

GRAHAM & DUNN PC

By _____
   K. Michael Fandel, WSBA #16281
Attorneys for Matt Griffin

STIPULATION AND [PROPOSED] ORDER UNSEALING
SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN
SUPPORT OF REPLY RE MOTION TO AMEND ANSWER
(C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## ORDER

Pursuant to the above stipulation, it is hereby ORDERED that the Supplemental Declaration of Bradley S. Keller in Support of Reply Re Motion to Amend Answer shall be unsealed.

DATED this 7th day of May, 2008.

_____
Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

BYRNES & KELLER LLP

By /s/ Bradley S. Keller
  Bradley S. Keller, WSBA #10665
  Paul R. Taylor, WSBA #14851
  Steven C. Minson, WSBA #30974
Attorneys for Defendant The Professional Basketball Club

Approved as to Form:

GRAHAM & DUNN PC

By _____
  K. Michael Fandel, WSBA #16281
Attorneys for Matt Griffin

STIPULATION AND [PROPOSED] ORDER UNSEALING
SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN
SUPPORT OF REPLY RE MOTION TO AMEND ANSWER
(C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769


Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104


/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

STIPULATION AND [PROPOSED] ORDER UNSEALING
SUPPLEMENTAL DECLARATION OF BRADLEY S. KELLER IN
SUPPORT OF REPLY RE MOTION TO AMEND ANSWER
(C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000