The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | |
| Plaintiff, | No. C07-1620MJP |
| v. | ACCEPTANCE OF SERVICE |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | |
| Defendant. | |

The undersigned attorney hereby acknowledges receipt, as of April 28, 2008, of the Subpoena to Steve Ballmer in the above-entitled action, and is authorized to and hereby accepts service of process thereof by and on behalf of Steve Ballmer.

DATED this 28th day of April, 2008.

HELSELL FETTERMAN LLP

By _____
Llewelyn G. Pritchard, WSBA #14
Attorneys for Steve Ballmer

ACCEPTANCE OF SERVICE (C07-1620MJP)

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

APR 28 2008