1
2
3            UNITED STATES OF AMERICA
4         WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE

5   CITY OF SEATTLE,

6              Plaintiff,                    Case No. C07-1620MJP

7   v.

8   PROFESSIONAL BASKETBALL CLUB, LLC,       MINUTE ORDER

9              Defendant.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          The Motions in Limine date was inadvertently left out of the scheduling order. (Dkt. 12)

14

15          **All motions in limine must be filed by May 27, 2008 and noted on the motion calendar
     no later than the second Friday thereafter, i.e. June 6, 2008.**

16

17

18          Filed and entered this 21st day of May, 2008.

19

20                                          BRUCE RIFKIN, Clerk

21                                    By      /S/Eileen Scollard

22                                          Deputy Clerk

23

24

25

26

MINUTE ORDER