Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>　　　　　　　　　　Defendant. | No. 07-1620<br><br>PRAECIPE<br><br>[CLERK'S ACTION REQUIRED] |

TO:　　　　CLERK OF THE COURT;

AND TO:　　ALL PARTIES OF RECORD.

YOU ARE HEREBY REQUESTED to substitute the attached Exhibit T to the Declaration of Jonathan Harrison in Support of the City of Seattle's Motions in Limine ("Exhibit T") for the original that was filed on May 27, 2008.

The only change is that Exhibit T should have been filed under seal. The substitution contains no substantive revisions. This correction is not intended to state, nor

PRAECIPE - 1
Case No. 07-1620

K:\2065932\00001\21032_PJL\21032P22HT

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

City of Seattle v. Professional Basketball Club LLC　　　Doc. 71
Dockets.Justia.com

does it state, any new or additional argument or legal authority.

DATED this 28th day of May, 2008.

                        KIRKPATRICK & LOCKHART
                        PRESTON GATES ELLIS LLP


                        By /s/ Paul J. Lawrence
                           Slade Gorton, WSBA # 20
                           Paul J. Lawrence, WSBA # 13557
                           Attorneys for Plaintiff
                        City of Seattle

PRAECIPE - 2
Case No. 07-1620

K:\2065932\00001\21032_PJL\21032P22HT

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Bradley S. Keller
Mr. Paul R. Taylor
Byrnes & Keller LLP
1000 2nd Avenue
38th Floor
Seattle, WA 98104-1094

_____
Dawn M. Taylor, Legal Assistant

CERTIFICATE OF SERVICE - 1
Case No. C07-01620-MJP

K:\2065932\00001\21032_PJL\21032P22HS

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

EXHIBIT T
FILED UNDER SEAL