UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | No. 07-1620 |
| Plaintiff, | PRAECIPE |
| v. | [CLERK'S ACTION REQUIRED] |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | |
| Defendant. | |

TO:          CLERK OF THE COURT;

AND TO:      ALL PARTIES OF RECORD.

YOU ARE HEREBY REQUESTED to substitute the attached Declaration of Michelle Jensen in Support of the City of Seattle's Replies to Motions in Limine ("Declaration") for the original that was filed on June 4, 2008.

The only change is that the Declaration should have been filed with an actual signature rather than an electronic signature. The substitution contains no substantive revisions. This correction is not intended to state, nor does it state, any new or additional argument or legal authority.

PRAECIPE - 1
Case No. 07-1620

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2

DATED this 5th day of June, 2008.

3
4
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

5
6
By /s/  Paul J. Lawrence

7
Slade Gorton, WSBA # 20
Paul J. Lawrence, WSBA # 13557

8
Attorneys for Plaintiff
City of Seattle

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
## CERTIFICATE OF SERVICE
3
4
    I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk
5
of the Court using the CM/ECF system which will send notification of such filing to the
6
7
following:
8
Mr. Bradley S. Keller
Mr. Paul R. Taylor
9
Byrnes & Keller LLP
1000 2nd Avenue
10
38th Floor
Seattle, WA 98104-1094
11
12
13
                                             Dawn M. Taylor, Legal Assistant
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE - 1
Case No. C07-01620-MJP

K:\2065932\00001\21032_PJL\21032P22I5

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | No. C07-1620 MJP |
| Plaintiff, | DECLARATION OF MICHELLE JENSEN IN SUPPORT OF THE CITY OF SEATTLE'S REPLIES TO MOTIONS IN LIMINE |
| v. | |
| PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | **Note on Motion Calendar:** |
| Defendant. | **June 6, 2008** |

I, Michelle Jensen, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct. I am over the age of 18, have personal knowledge of the matters stated below, and, if called to testify, could and would so testify.

1.   I am an attorney at Kirkpatrick & Lockhart Preston Gates Ellis, LLP, and am licensed to practice law in the State of Washington. I represent the City of Seattle ("City") in the above-captioned matter.

2.   Attached hereto as **Exhibit A** is a true and correct copy of the Professional Basketball Club, LLC's ("PBC's") Demand for Arbitration, filed September 19, 2007.

3.   Attached hereto as **Exhibit B** is a true and correct copy of a memorandum from Clayton Bennett to PBC investors, dated September 12, 2006, which PBC produced to

DECLARATION OF MICHELLE JENSEN IN
SUPPORT OF THE CITY OF SEATTLE'S
REPLIES TO MOTIONS IN LIMINE - 1
Case No. C07-01620-MJP
K:\2065932\00001\20880_MDJ\20880P20Q2

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the City during discovery in this case.

4.  Attached hereto as **Exhibit C** is a true and correct copy of an Executive Summary prepared by Moag & Company on behalf of the National Basketball Association prior to PBC's acquisition of the Sonics.

5.  Attached hereto as **Exhibit D** is a true and correct copy of an email thread dated April 17, 2007, involving Brent Gooden, Clayton Bennett and Jim Kneeland.

6.  Attached as **Exhibit E** is a true and correct excerpt from a true and correct transcription of the parties' Pretrial Conference with the Court on January 29, 2008.

7.  Clayton Bennett of PBC was deposed on April 23, 2008. Attached as **Exhibit F** are true and correct excerpts from a true and correct transcription of Mr. Bennett's April 2008 deposition ("Bennett Dep.").

8.  Attached as **Exhibit G** is a true and correct copy of a page of Clayton Bennett's itinerary for April 24-26, 2007.

9.  Daniel Barth, interim President and CEO of PBC, was deposed on April 25, 2008. Attached as **Exhibit H** are true and correct excerpts of a true and correct transcription of Mr. Barth's April 2008 deposition ("Barth Dep.").

10. Attached as **Exhibit I** is a true and correct copy of PBC's YTD Detail by AP Name FYE 09.30.07, which PBC produced to the City during discovery in this case.

11. Joel Litvin, President of League and Basketball Operations for the NBA, was deposed on April 30, 2008. Attached as **Exhibit J** are true and correct excerpts from a true and correct transcription of Mr. Litvin's April 2008 deposition ("Litvin Dep.").

12. Wally Walker was deposed on May 9, 2008. Attached as **Exhibit K** are true and correct excerpts of Mr. Walker's May 2008 deposition ("Walker Dep.").

13. Tim Ceis, Deputy Mayor for the City of Seattle, was deposed on April 28, 2008. Attached as **Exhibit L** are true and correct excerpts from a true and correct transcription of Mr. Ceis' April 2008 deposition ("Ceis Dep.").

DECLARATION OF MICHELLE JENSEN IN
SUPPORT OF THE CITY OF SEATTLE'S
REPLIES TO MOTIONS IN LIMINE - 2
Case No. C07-01620-MJP
K:\2065932\00001\20880_MDJ\20880P20Q2

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

14.     Attached as **Exhibit M** is a true and correct copy of an excerpt of a document
2
produced by the NBA, Bates-labeled NBA 03790-94.
3

4     I declare under penalty of perjury that the foregoing is true and correct:

5     EXECUTED this 27th day of June, 2008 at Seattle, Washington.

6

7

8     Michelle Jensen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MICHELLE JENSEN IN
SUPPORT OF THE CITY OF SEATTLE'S
REPLIES TO MOTIONS IN LIMINE - 3
Case No. C07-01620-MJP
K:\2065932\00001\20880_MDJ\20880P20Q2

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022