The Honorable Marsha J. Pechman

FILED
LODGED
ENTERED
RECEIVED

JUN 6 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | No. C07-1620 MJP |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING FILING CONFIDENTIAL DOCUMENTS UNDER SEAL FOR USE IN MOTIONS IN LIMINE |
| v. | |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | |
| Defendant. | 07-CV-01620-ORD |

## STIPULATION

Plaintiff City of Seattle ("the City") and Defendant The Professional Basketball Club, LLC ("the PBC"), by and through their counsel of record, do hereby stipulate and agree the City and PBC can file certain documents and excerpts of deposition testimony in support of their respective motions *in limine* under seal. PBC and a third party designated documents and portions of the deposition of Clayton Bennett and Tim Ceis as either "Confidential Material" or "Attorneys Only Material" pursuant to the Protective Order Regarding Handling of Confidential and Attorneys Only Material (the "Protective Order") in this matter, which the

STIPULATION REGARDING FILING
CONFIDENTIAL DOCUMENTS UNDER
SEAL FOR USE IN MOTIONS IN LIMINE- 1

Case No. C07-1620 MJP
K:\2065932\00001\20616_HAH\20516P228M

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Court approved on March 13, 2008. The City and PBC agree to respect these initial

2  designations of "Confidential" and "Attorneys Only Material," for the purposes of their

3  respective motions *in limine* only, and reserve their rights to object to or defend those

4  designations in the future.

5

6          DATED this 27th day of May, 2008.

7  **Stipulated to and presented by:**

8  THOMAS A. CARR
   Seattle City Attorney

9
   By:   /s/
10     Gregory C. Narver, WSBA No. 18127
       Assistant City Attorney
11  Attorney for Plaintiff City of Seattle

12

   KIRKPATRICK & LOCKHART
13  PRESTON GATES & ELLIS, LLP

14  By:   /s/
       Paul J. Lawrence, WSBA No. 13557
15     Jeffrey Johnson, WSBA No. 23066
       Jonathan Harrison, WSBA No. 31390
16     Michelle Jensen, WSBA No. 36611
   Attorneys for Plaintiff City of Seattle

17

18  BYRNES & KELLER LLP

19  By:   /s/
       Bradley S. Keller, WSBA No. 10665
20     Paul R. Taylor, WSBA No. 14851
       Steven C. Minson, WSBA No. 30974
21  Attorneys for Defendant The Professional Basketball Club, LLC

22

23

24

25

26  STIPULATION REGARDING FILING
    CONFIDENTIAL DOCUMENTS UNDER
    SEAL FOR USE IN MOTIONS IN LIMINE- 2

    Case No. C07-1620 MJP
    K:\2065932\00001\20516_HAH\20516P226M

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## STIPULATED ORDER
## [PROPOSED]

The Court, being fully advised on this matter and having considered the above stipulation, HEREBY ORDERS:

(1)     Based on the parties' stipulation and agreement, the parties can file the following documents and excerpts of deposition testimony under seal:

| Deposition | Page & Line |
|---|---|
| Clay Bennett | Page 334/Lines 18-25 |
| Clay Bennett | Page 339/Line 22 through |
| Clay Bennett | Page 340/Line 10 |
| Clay Bennett | Page 100/Lines 2-7 |
| Clay Bennett | Page 98/Lines 5-15 |
| Clay Bennett | Page 115/Lines 16 through |
| Clay Bennett | Page 152/Line 22 |
| Clay Bennett | Page 150/Line 11 through |
| Clay Bennett | Page 151/Line 5 |
| Clay Bennett | Page 152/Lines 2-22 |
| Clay Bennett | Page 154/Line 15 through |
| Clay Bennett | Page 155/Line 9 |
| Clay Bennett | Page 157/Line 24 through |
| Clay Bennett | Page 158/Line 20 |
| Clay Bennett | Page 100/Lines 2-7 |
| Clay Bennett | Page 129/Lines 1-8 |
| Clay Bennett | Page 136/Line 24 through |
| Clay Bennett | Page 137/Line 7 |
| Clay Bennett | Page 118/Line 1 through |
| Clay Bennett | Page 119/Line 1 |
| Clay Bennett | Page 118/Lines 20-24 |
| Clay Bennett | Page 127/Lines 14 through |
| Clay Bennett | Page 128/Line 6 |
| Clay Bennett | Page 127/Lines 14-25 |
| Clay Bennett | Page 298/Lines 12-23 |
| Tim Ceis | Page 38 |

STIPULATION REGARDING FILING
CONFIDENTIAL DOCUMENTS UNDER
SEAL FOR USE IN MOTIONS IN LIMINE- 3

Case No. C07-1620 MJP

K:\206593\00001\20516_HAH\20516P226M

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2          (2)      Good cause exists under LR 5(g) and FRCP 26(c)(1)(G) to seal these

3    documents from public view because the parties seek to respect the initial designations of

4    documents and testimony designated as "Confidential" or "Attorneys Only Material."

5          (3)      The City shall have the right to object or defend those designations in the

6    future in the manner prescribed by the Protective Order and, if necessary, to seek relief from

7    the Court to address any unresolved objections.

8          (4)      PBC shall have the right to object or defend those designations in the future in

9    the manner prescribed by the Protective Order and, if necessary, to seek relief from the Court

10   to address any unresolved objections.

11   **IT IS SO ORDERED.**

12

13

14        DATED this _5_ day of ~~May~~ June, 2008.

15

16

17        JUDGE MARSHA J. PECHMAN
          UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26   STIPULATION REGARDING FILING
     CONFIDENTIAL DOCUMENTS UNDER
     SEAL FOR USE IN MOTIONS IN LIMINE- 4

     Case No. C07-1620 MJP

     K:\206593\00001\20516_HAH\20516P226M

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
3
## CERTIFICATE OF SERVICE
4
5
    I hereby certify that on May 27, 2008, I electronically filed the foregoing with the
6
Clerk of the Court using the CM/ECF system which will send notification of such filing to the
7
following:
8
Mr. Bradley S. Keller
Mr. Paul R. Taylor
9
Byrnes & Keller LLP
1000 2nd Avenue
10
38th Floor
Seattle, WA 98104-1094
11
12
13
                                        Dawn M. Taylor, Legal Assistant
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE - 1
Case No. C07-01620-MJP
K:\20659\32\00001\21032_PUL\21032P22HO

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022