The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city,

Plaintiff,

v.

THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,

Defendant.

No. C07-1620MJP

DEFENDANT'S MOTION TO SEAL TRIAL BRIEF

NOTE ON MOTION CALENDAR: JUNE 20, 2008

Pursuant to Paragraph 13 of the Protective Order, a party filing "Confidential Materials" must move to seal the filing. Accordingly, defendant hereby moves to seal its Trial Brief.

DATED this 11th day of June, 2008.

BYRNES & KELLER LLP

By: /s/ Paul R. Taylor
Bradley S. Keller, WSBA #10665
Paul R. Taylor, WSBA #14851
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone:(206) 622-2000

DEFENDANT'S MOTION TO SEAL TRIAL BRIEF (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

| | |
|---|---|
| 1 | Facsimile: (206) 622-2522 |
| 2 | Email: bkeller@byrneskeller.com |
| | ptaylor@byrneskeller.com |
| 3 | sminson@byrneskeller.com |
| 4 | Attorneys for Defendant |
| | The Professional Basketball Club, LLC |

DEFENDANT'S MOTION TO SEAL TRIAL BRIEF (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas A. Carr (thomas.carr@seattle.gov)
>Gregory C. Narver (gregory.narver@seattle.gov)
>Seattle City Attorney
>600 Fourth Avenue, 4th Floor
>P.O. Box 94769
>Seattle, WA 98124-4769

>Slade Gorton (slade.gorton@klgates.com)
>Paul J. Lawrence (paul.lawrence@klgates.com)
>Jeffrey C. Johnson (jeff.johnson@klgates.com)
>Michelle Jensen (michelle.jensen@klgates.com)
>K&L Gates
>925 4th Avenue, Suite 2900
>Seattle, WA 98104

>/s/ Paul R. Taylor
>Paul R. Taylor, WSBA #14851
>Byrnes & Keller LLP
>1000 Second Avenue, 38th Floor
>Seattle, WA 98104
>Telephone: (206) 622-2000
>Facsimile: (206) 622-2522
>ptaylor@byrneskeller.com

DEFENDANT'S MOTION TO SEAL TRIAL BRIEF (C07-1620MJP) - 3

Byrnes & Keller LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000