UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

          Plaintiff(s),

    v.

PROFESSIONAL BASKETBALL CLUB LLC,

          Defendant(s).

NO. C07-1620MJP

ORDER ON MEDIA COVERAGE

     The above-entitled Court, in the interest of providing the parties a fair trial, preserving the dignity of the judicial process and allowing the media reasonable access to proceedings in the above-entitled matter, enters the following orders (which shall apply to all future proceedings in this case):

1.    The Court has created a "Media Information Packet" which contains all relevant information regarding the logistics, procedures and guidelines for media coverage of the trial in this matter. Each member of the media who receives a Press Pass shall provide a written acknowledgement of receipt of a copy of the Media Information Packet. The Court's rules of conduct, both within the trial courtroom and within the Courthouse, are contained in the Media Information Packet and all members of the media covering the trial within the Courthouse will be expected to abide by those rules.

2.    The U.S. Judicial Conference, the governing body of federal courts, has issued a policy which forbids the broadcasting, televising, recording or photographing of civil or criminal proceedings for the purposes of public dissemination. This policy is set forth in The Guide, Vol. 1, Chapter 3, Part E (Cameras in the Courtroom). In accordance with that policy, there will be no cameras (including cell phone cameras), recording

**ORDER ON**
**MEDIA COVERAGE  - 1**

devices, or broadcast devices of any kind permitted within the trial courtroom during the course of the trial in this matter.

3. Furthermore, there will be no activated electronic device of any kind permitted within the courtroom while trial is in session. All electronic equipment of spectators and members of the media (including laptop computers, cell phones, Blackberries, radios, and pagers) must be turned off or deactivated while inside the trial courtroom. Any activated electronic device (whether in use or not) interferes with the audio and video systems within the courtroom. Persons in violation of this requirement will be subject to removal from the courtroom and possible monetary sanctions.

4. The designated Media Contact for this trial is Larry Campbell of the Associated Press [(206) 682-1812/lcampbell@ap.org]. The Media Contact person will be responsible for media credentialing, for the equitable distribution of media seating for each session of the trial and for insuring that both the Seattle and Oklahoma media are guaranteed a certain minimum number of seats at each session of the trial.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: June _12__, 2008

Marsha J. Pechman
U.S. District Judge