The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | ) |
| | ) |
| Plaintiff, | ) No. C07-1620MJP |
| | ) |
| v. | ) DECLARATION OF RUSS SIMONS |
| | ) |
| THE PROFESSIONAL BASKETBALL CLUB, | ) |
| LLC, an Oklahoma limited liability company, | ) |
| | ) |
| Defendant. | ) |

Russ Simons declares as follows:

1.      I am Russ Simons of HOK Sport, Inc., of Nashville, Tennessee, where I am a Senior Principal.  I have personal knowledge of and am competent to testify to the matters stated herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of HOK's KeyArena Comparative Analysis, dated February 20, 2007 ("KeyArena Comparative Analysis").

3.      HOK Sport is in the business of providing sports architecture services and regularly provides written reports of its analyses of the comparative merits of sports facility venues.

4.      As part of its business, and in the ordinary course of its business, I helped prepare the KeyArena Comparative Analysis for the Professional Basketball Club, LLC. I spent

DECLARATION OF RUSS SIMONS (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1   approximately 102 hours preparing it, and I regularly prepare these types of analyses in my work

2   for HOK Sport, and have over 25 years of experience in the design, construction, marketing,

3   opening and operating of public assembly facilities.

4         5.     The KeyArena Comparative Analysis reflects HOK Sports analysis of KeyArena

5   as an NBA venue in comparison to other new, major market NBA arenas as of February 2007,

6   and was prepared in February 2007.

7         6.     The copy attached hereto is a true and correct copy of the KeyArena Comparative

8   Analysis maintained by HOK Sport in its business records as part of its normal record keeping

9   procedures.

10        I declare under penalty of perjury that the foregoing is true and correct.

11        DATED at _Nashville_____, this _11_ day of June, 2008.

13        _Russell A Simons_

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

DECLARATION OF RUSS SIMONS (C07-1620MJP) - 3

**EXHIBIT 1**

# KeyArena Comparative Analysis

February 20, 2007







DEFENDANT'S
EXHIBIT

CASE NO. C07-1620MJP

EXHIBIT NO. 549



Facility Operations, Evaluation and Analysis Group



# Table of Contents

I.     Introduction

II.     Comparison of Fan Amenities

III.     Comparison of Premium Areas

IV.     Comparison of Footprints

V.     Comparison of Event Production Spaces

VI.     Comparison of Team Spaces

# I

# Introduction

HOK

Facility Operations, Evaluation and Analysis Group




## INTRODUCTION

KeyArena, part of Seattle Center in Seattle, Washington, opened in 1995 at a cost of approximately $110 million. It is the result of a "renovation through rebuilding" that began in June of 1994 which took 16 months of construction. The previous arena, Seattle Center Coliseum, opened in 1962 as part of the World's Fair. The roof trusses of the Seattle Center Coliseum as well as some of the original concrete was kept intact, but everything else about KeyArena was new when the building opened in 1995. As part of the "renovation" the floor was lowered 35 feet, which not only added more seats, but also improved sightlines and made it possible to add more concourses. In addition to the improved sightlines that the 17,000-seat KeyArena now boasts, it also contains 58 luxury suites, as well as 1,100 club seats. KeyArena was the first facility to undergo a "renovation" of this magnitude, which resulted in a savings of approximately $30 million.

Now, eleven years after opening, KeyArena is facing many of the same problems that led to the current facility being built in 1995. Not only is KeyArena about half the size of arenas that have opened in the past few years, but it does not provide the proper amount of space in its event production and team areas, and its premium areas are not near the quality of those found in newer major market arenas. It also lacks the size, organization, and convenience that media spaces in newer facilities provide.

This document looks at fan amenities, premium areas, event production spaces, and team spaces of KeyArena and compares those with spaces found at Charlotte Bobcats Arena (2005), FedEx Forum (2004), Toyota Center (2003), and the AT&T Center (2002). As it relates to event production spaces, other public assembly facilities are compared as well, including some that do not have a professional sports franchise but still have spaces superior to those found at KeyArena. The size of the team spaces at

KeyArena is also compared to the NBA Facility Standards guide released in 2007 that provides guidelines for new and renovated NBA arenas. Although these standards do not apply to KeyArena, it is meant to show what new NBA facilities are expected to include.

When comparing KeyArena to newer major market arenas, the following spaces were evaluated as it relates to event production:

- Loading dock
- Number of loading dock bays
- Marshalling space
- Production offices
- Star dressing rooms
- Auxiliary locker rooms
- Crew catering
- Media work room
- Media dining room
- Press conference room

In regard to team spaces, the following areas were assessed:

- Home locker room
- Visiting locker room
- Players' lounge
- Family lounge
- Coaches' offices and locker room
- Home training room
- Weight room
- Hydrotherapy area

Key Arena sits within a very tight footprint and has severe limitations compared to other major market arenas. The arena has difficulty in consistently and effectively meeting current touring industries' needs. Even at its best, the venue falls short in providing the back-of-house






amenities that a tour would enjoy at other newer arenas. The prerequisite in meeting these needs is adequate space for operation storage, sufficient numbers of loading docks and equipment marshalling, isolating tour production from building operation and other building functions, media accommodations, back-of-house catering, and major tenant accommodations. An overall lack of concourse space is also a major issue. The ability to move patrons along quickly from the seating area to restrooms and concession stands and back is essential to a positive guest experience. KeyArena, because it only has three complete concourses compared to at least five in newer major market arenas fails to provide guests ease of movement due to overcrowded concourses and long lines at the restrooms and concession stands.

The KeyArena operation staff does as good a job as they can, but because of space limitations the facility will never be able to fully meet the needs of today's concert touring and convention/meeting industry. The newer generation of arenas is designed with flexibility and adaptability in mind. These arenas offer more versatile and flexible spaces that appeal to convention and meeting planners and that is cost effective for the promoter and more aesthetically appealing to patrons and artists.

Currently, KeyArena has 370,000 square feet. Most every major market arena that has been built in the past 10 years has exceeded 700,000 sq ft, with some over 800,000 sq ft. This is the amount of floor area needed to present a positive guest experience and provide the type of back of house amenities that are required in today's entertainment world.

There are many factors that affect the guest experience that are directly attributed to the size and layout of public spaces. Ease of entry into the facility, unobstructed movement on public concourses, vertical transportation, ease of entry to restrooms, and access to concession and

merchandise stands. Guest amenities that are now standard in major market arenas include kid zones / interactive areas, clubs, and restaurants.

On all counts the KeyArena is not comparable to newer major market arenas in providing a consistent and positive guest experience. Newer major market facilities designed to accommodate crowds greater than 17,000 have multiple concourses to spread the crowd flow and reduce the chance of overcrowding restrooms and concession stands. Currently the overcrowding of the concourse results in problems accessing concession and merchandise stands and problems accessing restrooms and ATM's.

The conclusion is that KeyArena simply does not have enough space within the footprint of the facility to accommodate today's requirements for sports and entertainment events and a fan experience that is on par with that of newer major market arenas.



COMPARISON SPREADSHEET

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|---|
| Overall Square Footage | 368000 sq ft | 780000 sq ft | 750000 sq ft | 805850 sq ft | 750000 sq ft |
| ***Fan Amenities*** | | | | | |
| Number of concourses | 3 360°, 2 mezzanines | 4 | 4 | 5 | 4 |
| Avg Width of Main Concourse | 30 ft | 36 ft | 30 ft | 26 ft | 24 ft |
| Number of Points of Sale | 180 | 97 | 31 | 105 | 187 |
| Number of Permanent Conc. Stands | 24 | 21 | 31 | | 29 |
| Number of Retail Stands/Portables | 8 | | 12 | 13 | 7 |
| Number of Restrooms | 12 male, 21 female | 26 male, 26 female | 25 male, 25 female | | 20 male, 20 female |
| Number of Public Elevators | 2 | 6 | 4 | 5 | 7 |
| ***Premium Areas*** | | | | | |
| Restaurants / Club Spaces | 1300 sq ft | 4200 sq ft | 13500 sq ft | 6000 sq ft | 11400 sq ft |
| Number of Restaurants | 2 | 2 | 1 | 3 | 2 |
| Number of Suites | 58 | 54 | 80 | 60 | 60 |
| ***Arena Capacities*** | | | | | |
| End Stage - 180° | 11547 | 14200 | 12604 | 12592 | 13000 |
| End Stage - 240° | 12297 | 15700 | | 14122 | 14000 |
| End Stage - 270° | 13104 | 16200 | 13754 | 14584 | 14800 |
| End Stage - 360° | 13463 | | 17440 | 16414 | 16750 |
| Center Stage (In the Round) | 16151 | 17500 | 17736 | 17441 | 17500 |
| Basketball | 17072 | 19000 | 18300 | 18300 | 18500 |



COMPARISON SPREADSHEET (continued)

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|---|
| **Event Production Spaces** | | | | | | |
| Number of Loading Dock Bays | 2 | 4 | 7 | 9 | 7 | |
| Loading Dock | 5750 sq ft | 30000 sq ft | 40000 sq ft | 36000 sq ft | 21000 sq ft | |
| Marshalling Space | 3500 sq ft | 11000 sq ft | 5000 sq ft | 12000 sq ft | 3000 sq ft | |
| | | | | | | |
| Star Dressing Rooms (avg) | 140 sq ft | 270 sq ft | 170 sq ft | 250 sq ft | 225 sq ft | |
| Auxiliary Locker Rooms (avg) | 575 sq ft | 1250 sq ft | 500 sq ft | 1300 sq ft | 200 sq ft | 450-500 sq ft |
| Production Offices (avg) | 110 sq ft | 90 sq ft | | 190 sq ft | 160 sq ft | |
| | | | | | | |
| Media Work Room | 330 sq ft | 1000 sq ft | 900 sq ft | 740 sq ft | 720 sq ft | 800 sq ft |
| Media Dining Room | 660 sq ft | 1680 sq ft | 1250 sq ft | 1460 sq ft | 1000 sq ft | 1200 sq ft |
| Press Conference Room | N/A* | 1150 sq ft | 780 sq ft | 820 sq ft | 840 sq ft | 1300-1500 sq ft |
| Crew Catering | N/A* | 1680 sq ft** | 1250 sq ft** | 1460 sq ft** | 1000 sq ft** | |
| | | | | | | |
| **Team Spaces** | | | | | | |
| Home Locker Room | 550 sq ft | 740 sq ft | 1100 sq ft | 1040 sq ft | 970 sq ft | 900 sq ft |
| Visiting Locker Room | 610 sq ft | 2840 sq ft | 420 sq ft | 1765 sq ft | 600 sq ft | 750-900 sq ft |
| | | | | | | |
| Coaches Offices | 250 sq ft | 200 sq ft each | | 1930 sq ft (8 rooms) | 1150 sq ft | 550-700 sq ft |
| Home Training Room | 600 sq ft | 580 sq ft | 1740 sq ft | 960 sq ft | 780 sq ft | 400-450 sq ft |
| Weight Room | 400 sq ft | 1700 sq ft | 560 sq ft | 3050 sq ft | 740 sq ft | 700-1000 sq ft |
| Hydrotherapy Area | 200 sq ft | 1060 sq ft | 1640 sq ft | 810 sq ft | 440 sq ft | |
| Family Lounge | 230 sq ft | 1030 sq ft | | | 300 sq ft | 250 sq ft |

\* KeyArena has no dedicated room to support these functions. In both instances, an area on the event level is set up using pipe and drape.

\*\* The Crew Catering at these arenas takes place in the same room as Media Dining.

# II

# Comparison of Fan Amenities

HOK



## CONCOURSES

Modern major market areas are designed with multiple concourses and lobbies. Multiple concourses assist in dispersing patrons throughout the facility quickly and assist in reducing congestions at restrooms, concession and merchandise areas. Concourses in major market arenas are typically designed with space for themed clubs and bars, and interactive areas. KeyArena does not possess concourses of comparable width as that of newer major market arenas, especially on the upper concourse, and therefore cannot adequately move people through the public areas resulting in congestion at concession stands and restrooms. A lack of consistent traffic flow results in significant crowding around bathrooms and concession stands adversely affecting the guest experience.

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|---|
| Number of concourses | 3 360°, 2 mezzanines | 4 | 4 | 5 | 4 |
| Avg Width of Main Concourse | 30 ft | 36 ft | 30 ft | 26 ft | 24 ft |

### KeyArena

The entry plazas at KeyArena are not much wider than the rest of the concourse and do not offer any unique characteristics to set apart these spaces.



Narrow concourse tends to cause lines to queue all the way across the concourse and block patrons from easily navigating the concourse.



Upper concourse at KeyArena is also smaller than those found at newer major market arenas.



CONCOURSES (continued)

Other Arenas

Entry plaza at the Pepsi Center is large with plenty of room for fans to maneuver.



Main concourse at the Bobcats Arena has ample space for concession and retail lines to queue while simultaneously providing enough space for patrons to traverse the concourse.



The main concourse at the Gaylord Entertainment Center also has a sufficient amount of space on the concourse.



Entry plaza at the Bobcats Arena not only has a significant amount of space, but also note the large artwork on the wall that immediately greets the fans when entering the arena.







## CONCESSION STANDS

Concession stands in current major market arenas are designed for the greatest chance for a positive experience. Permanent stands are spread throughout multiple concourses and allow for faster transaction times which contribute to a positive fan experience. Although KeyArena compares favorably in its number of Points of Sale to the newer generation of large arenas, their stands are massed mainly on two concourses increasing the possibility of longer lines, increased transaction times and a potential for lost revenue. Newer facilities are also designed with multiple televisions (typically flat screen technology) for viewing while in line. KeyArena's televisions are small by today's industry standards and placed away from the customer resulting in the patron becoming disconnected from the game.

### KeyArena

The concession stands at KeyArena all share a similar design and menu board scheme which makes it difficult to for stands to stand out.



| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|---|
| Number of Points of Sale | 180 | 97 | 31 | 105 | 187 |
| Number of Permanent Conc. Stands | 24 | 21 | 31 | | 29 |







CONCESSION STANDS (continued)

Other Arenas

Examples of concession stands at the Bobcats Arena. Note the colorful design and flat screen TVs that make these stands aesthetically pleasing.







The Toyota Center and other new major market arenas contain food courts where fans can go to one place and have a wide variety of food options. These are becoming increasingly popular in today's facilities.

RETAIL STANDS

Modern major market arenas have one main retail store located inside the arena that is accessible from inside the arena during games, but also from outside the facility on non game days. KeyArena does have a primary retail store, but it is located in a building separate form the arena; although there is a long corridor connecting the retail store to KeyArena, it is not as convenient as you would find in newer major market arenas.

The stands and kiosks located throughout the concourses of KeyArena are fewer in number, lack the amount of display space, and are not as visually appealing as those in newer arenas either.

KeyArena

A retail stand at KeyArena; it lacks any color or creativity to help it stand out and grab patrons' attention. This is also the largest stand found in the facility, which is much smaller than ones at newer major market arenas.



| Space | KeyArena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|
| Number of Retail Stands/Portables | 8 | 12 | 13 | 7 |

Merchandise kiosks on the concourse are also small and lack any creativity.



The Sonics do have a good-sized retail store with a significant amount of product, but it is located outside KeyArena in a separate building.







RETAIL STANDS (continued)

Other Arenas

Retail store at the Toyota Center is extremely large and contains a wide variety of product on display.



Retail store at the AT&T Center also offers a wide selection of items in a large store located off the concourse.





Merchandise kiosk at the Charlotte Bobcats Arena is colorful and allows for display under the counter, as well as hanging on the back wall of the stand.

**INTERACTIVE AREAS / KIDS' ZONES**

Interactive fan areas have become a standard in modern major arenas and are a way to enhance the guest experience and build brand loyalty. These areas include fan participation games and team history kiosks that identify with the facility's sports tenant. KeyArena does not have the space for the modern interactive areas that exist in facilities such as the Toyota Center, AT&T Center and the Charlotte Bobcats Arena.

**Other Arenas**

Bobcats Arena has multiple games for kids to become engaged in, including this "Hot Shots" game.



A small replica court at the Toyota Center is available for children to play on.



Interactive areas such as this one at the Toyota Center is a common attraction located at newer major market arenas.



Multiple games are offered to ensure kids have a good time while at the arena.



The interactive / kids' area at the AT&T Center, located on the upper concourse, offers a wide array of games to keep fans active.







RESTROOMS
The ratio of total fixtures (water closets and urinals) for men and women at KeyArena does not compare favorably to the programmed standard found in newer major market arenas.

The following ratios are what is programmed into a new major market arena compared to the ratios currently found at KeyArena:

**Women**
**Standard - 1:60;** 1 water closet for every 60 patrons
**KeyArena - 1:85;** 1 water closet for every 85 patrons

**Men**
**Standard - 1:90;** 1 urinal for every 90 patrons
**Standard - 1:250;** 1 water closet for every 250 patrons
When applying these ratios to KeyArena, the ratio of total fixtures (water closets and urinals) for men is **1:66**, or 1 fixture for every 66 patrons.
**KeyArena - 1:89;** 1 fixture for every 89 patrons

Looking at these ratios, one can see that the amount of water closets and urinals at KeyArena is below what is found in newer major market arenas. Using these standards, KeyArena would need 75 more water closets for women and 60 more fixtures for men to meet current standards. This lack of fixtures results in longer lines for patrons which leads to a diminished guest experience for the fans.

Example of a KeyArena restroom:



# III

# Comparison of Premium Areas

HOK

## PREMIUM AREAS

The premium areas at KeyArena were also evaluated and compared to those at newer major market arenas. While KeyArena does offer multiple club/restaurant settings, the size and quality of these spaces are not consistent with those found at newer major market arenas.

## KEYARENA

The FSN HD Lounge is the nicest club at KeyArena, with a maximum capacity of 236 people. The furnishings and finishes in the Lounge are the highest quality found at the arena.




## OTHER ARENAS

This premium space at Toyota Center is characterized by its upscale finishes that help define its exclusiveness.



The following picture is of the Lexus Lounge at FedEx Forum. This space is similar to the previous one mentioned in that it, too, contains high-priced finishes. These higher level clubs are of a superior quality to the one at KeyArena.



| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|---|
| Restaurants / Club Spaces (avg) | 1300 sq ft | 4200 sq ft | 13500 sq ft | 6000 sq ft | 11400 sq ft |
| Number of Suites | 58 | 54 | 80 | 60 | 60 |
| Number of Restaurants | 2 | 2 | 1 | 3 | 2 |

HOK



KEYARENA

The DiGiorno Club tends to be a popular place because it is one of the few spaces that has a number tables for patrons to actually sit and eat.









OTHER ARENAS

The following two clubs at FedEx Forum are not only spacious and seat a large number of people, but they overlook the court as well. This club is approximately 11,500 sq. ft.





KEYARENA

The Three Point Club is a small bar/lounge area open to all patrons. It contains only a few cocktail tables and chairs and sells hard liquor which cannot be taken out of the club.





OTHER ARENAS

Charlotte Bobcats Arena club space is very large with tall ceilings.





The bar in this club space at Charlotte Bobcats Arena has multiple flat screen TVs and has an LED display wrapped around the center.



The Jack Daniel's club at FedEx Forum is also characterized by its tall ceilings and nice décor.



# IV

# Comparison of Footprints

HOK

KeyArena Comparative Analysis
February 20, 2007



## KeyArena



COMPARISON OF FOOTPRINTS

The following diagrams depict the footprint of KeyArena placed "on top" of the footprints of the four comparable major market arenas. The diagrams not only demonstrate the drastic difference in the footprint between KeyArena and these newer facilities, but they also illustrate the amount of finished, or usable, space that the newer arenas contain. These finished areas include all team areas including locker rooms and lounge areas, as well as other spaces such as production offices, dressing rooms, and storage. The consequence of the small footprint is the lack of options in terms of flexible space such as meeting rooms for conference users; inadequate event production storage and offices that live entertainment producers come to expect from modern arenas; and a poor fan experience due to a lack of restrooms, long lines, and narrow concourse width.

Square Footages of Comparable Major Market Arenas

| KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|----------|---------------|---------------|-------------|-------------|
| 368,000  | 780,000       | 750,000       | 805,850     | 750,000     |

Refer to the following key for the diagrams:

 Finished or usable spaces at newer major market arenas

Areas such as marshalling space and hallways at newer arenas

 Finished or usable spaces at KeyArena

Areas such as marshalling space and hallways at KeyArena

## Charlotte Bobcats Arena



Finished or Usable Space

Footprint Overlay

Facility Operations, Evaluation and Analysis Group

## Toyota Center

Finished or Usable Space

Footprint Overlay







KeyArena Comparative Analysis
February 20, 2007

**FedEx Forum**

Footprint Overlay



Finished or Usable Space







# AT&T Center

Finished or Usable Space

Footprint Overlay





# V

# Comparison of Event Production Spaces

HOK



LOADING DOCK

KeyArena

The loading dock at KeyArena is approximately 1,550 sq. ft. and has room for two trucks to unload simultaneously. It is not a typical dock that is backed-up to with dock levelers, at this dock the entire truck is lowered on a lift for loading and unloading. KeyArena does, however, also have a food and beverage dock that is 4,200 sq. ft. Modern major market arenas have a minimum of 4 to 6 loading docks that allows for loading and unloading on a level surface. Key Arena's lack of adequate number of loading docks increases load in and load out time for event users resulting in increased labor costs for the event producer.





Other Arenas

The Arena at Gwinnett Center contains four elevated show docks and one food and beverage dock.





Jacksonville Veterans Memorial Arena has five loading docks, all of which are securely sealed off.

## MARSHALLING SPACE

### KeyArena

The amount of marshalling space at KeyArena is severely lacking, especially when compared to ones at other facilities. KeyArena simply does have the amount of square footage found at newer major market arenas. The current standard in the newer generation of major arenas is 12,500 to 15,000 square feet of storage space on the service level. This amount of space allows for the proper and efficient storage of equipment and for the storage of road cases and staging for event producers. Organized and open storage space achieves two purposes: ease of load in and load out, and efficient and less costly labor for the building and event producers.





### Other Arenas

The Gaylord Entertainment Center has plenty of room for storage in its 10,000 sq. ft. of marshalling space.



Everything is stacked and organized neatly, all while providing ample room to maneuver the event level effectively.



HOK

MEDIA WORK ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|-------|----------|---------------|---------------|-------------|-------------|------------------------|
| Media Work Room | 330 sq ft | 1000 sq ft | 900 sq ft | 740 sq ft | 720 sq ft | 800 sq ft |

KeyArena

Pictures of KeyArena's media work room show a cluttered space that is just 330 sq. ft. NBA Facility Standards state that this space should be at least 800 sq. ft. In some places the data lines come down from the ceiling, and a pile of data lines is visible in one corner. Large and comfortable media works areas are now the standard for newer and more modern arena. These spaces are utilized as flex space or expanded office spaces for conference and meeting planners. Large media areas have become the expectation of collegiate basketball tournament organizers as well.





Other Arenas

Toyota Center's media work room has divided work stations and is organized neatly. It is approximately 900 sq. ft.





The same is true for the media work room at Charlotte Bobcats Arena, which is 1,000 sq. ft.








MEDIA DINING ROOM / CREW CATERING

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|---|
| Media Dining Room | 660 sq ft | 1680 sq ft | 1250 sq ft | 1460 sq ft | 1000 sq ft | 1200 sq ft |

**KeyArena**

In all four of the comparable arenas, the media dining room is also used for crew catering for concerts and conventions. At KeyArena, however, a 750 sq. ft. area on the event level is blocked off by pipe and drape, and this space is used for crew catering. Blocking space off for crew catering is not the standard in today's modern arenas. Space sufficient to feed 120 people is considered the standard in today's modern arenas. This space is typically used as flex space for family shows and college basket tournaments and other special events. Kitchen facilities allowing for food preparation and storage are also standard. Lack of space adversely affects event producers, especially concert promoters and artists. Their expectation is to have a roomy and inviting space to feed employees. This space often sets the tone of the day as it is typically the first finished space visited by artists and working crews.

The media dining room at KeyArena is 660 sq. ft. New NBA facilities are expected to have a room almost twice this size for media dining.



**Other Arenas**

Toyota Center's media dining / crew catering room is around 1,250 sq. ft. and seats a large number of media members.



The media dining / crew catering room at Charlotte Bobcats Arena is organized neatly and seats a large number of press. It is approximately 1,680 sq. ft.





PRESS CONFERENCE ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA guidelines |
|---|---|---|---|---|---|---|
| Press Conference Room | N/A | 1150 sq ft | 780 sq ft | 820 sq ft | 840 sq ft | 1300-1500 sq ft |

**KeyArena**

KeyArena has no specific room utilized for press conference interviews. Instead, an area is set up in a hallway on the event level using pipe and drape. Large space for interview areas is considered standard in today's modern arenas. This space almost always is utilized as flex space by promoters and meeting planners. These spaces often times are used as places to hold meet and greets during concerts or as large scale production offices by convention producers.

**Other Arenas**

The AT&T Center interview room is large and has room for multiple members of the media. It is approximately 840 sq. ft.





The same is true for the interview room at the Charlotte Bobcats Arena, which is 1,150 sq. ft.

# VI

# Comparison of Team Spaces

HOK

HOME LOCKER ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|---|
| Home Locker Room | 550 sq ft | 740 sq ft | 1100 sq ft | 1040 sq ft | 970 sq ft | 900 sq ft |

KeyArena

The Sonics locker room is approximately 550 sq. ft., while the current standard for new or renovated NBA arenas is 900 sq. ft. In addition, the equipment and furnishings are not what you would find in a newer facility, such as nicer lockers, more comfortable chairs, and an improved multimedia center.







Other Arenas

The Spurs locker room at the AT&T Center contains nicer lockers and better chairs for the players. It is approximately 970 sq. ft.



The Grizzlies locker room at FedEx Forum has a large dry-erase board, flat screen TV and a projection screen.





WEIGHT ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|---|
| Weight Room | 400 sq ft | 1700 sq ft | 560 sq ft | 3050 sq ft | 740 sq ft | 700-1000 sq ft |

KeyArena

The Sonics weight room is approximately 400 sq. ft. which is about half the size recommended for new NBA arenas.



Other Arenas

The Grizzlies weight room at FedEx Forum is extremely large (3,050 sq. ft.) and has a wide array of workout equipment.








HOME TRAINING ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|---|
| Home Training Room | 600 sq ft | 580 sq ft | 1740 sq ft | 960 sq ft | 780 sq ft | 400-450 sq ft |

KeyArena

The Sonics training room is approximately 600 sq. ft., which is a good size for an NBA team.



Other Arenas

The Grizzlies training room is large (960 sq. ft.) with comfortable furnishings and multiple televisions.







HYDROTHERAPY AREA

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT&T Center |
|---|---|---|---|---|---|
| Hydrotherapy Area | 200 sq ft | 1060 sq ft | 1640 sq ft | 810 sq ft | 440 sq ft |

KeyArena

This is the Sonics Jacuzzi tub located by the restroom. It only has one tub so it does not have the flexibility of hydrotherapy areas in newer arenas.



Other Arenas

The Toyota Center hydrotherapy area has multiple tubs, including one with an underwater treadmill.



The hydrotherapy area for the Grizzlies is extremely large and also includes a number of tubs.





COACHES' OFFICES AND LOCKER ROOM

| Space | KeyArena | Bobcats Arena | FedEx Forum | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|---|
| Coaches Offices | 250 sq ft | 200 sq ft each | 1930 sq ft (8 rooms) | 1150 sq ft | 550-700 sq ft |

KeyArena

Sonics coaches' office/locker room area is small. Newer facilities have separate rooms for these functions.



Other Arenas

The Grizzlies coaches have nice lockers that are located right next to the showers.



The Grizzlies coaches' conference room has a large table with comfortable chairs and a nice television.











FAMILY LOUNGE

| Space | KeyArena | Bobcats Arena | AT&T Center | Current NBA Guidelines |
|---|---|---|---|---|
| Family Lounge | 230 sq ft | 1030 sq ft | 300 sq ft | 250 sq ft |

KeyArena

The family lounge is located by the courtside entrance to KeyArena. It is approximately 230 sq. ft., which is just under what is recommended for new arenas.

Other Arenas

At FedEx Forum, the Grizzlies family lounge is extremely large and contains separate areas for adults, kids, and babies. Below is the adult lounge.









Kids lounge area.

Baby room at FedEx Forum.

VISITING LOCKER ROOM

| Space | KeyArena | Bobcats Arena | Toyota Center | FedEx Forum | AT & T Center | Current NBA guidelines |
|---|---|---|---|---|---|---|
| Visiting Locker Room | 610 sq ft | 2840 sq ft | 420 sq ft | 1000 sq ft | 600 sq ft | 750-900 sq ft |

KeyArena

The visiting locker room is approximately 610 sq. ft. and does not provide the comfort one would see in a newer facility, such as nice chairs and lockers. NBA guidelines suggest this space be 750-900 sq. ft. in newer facilities.





Other Arenas

This Toyota Center auxiliary locker room contains nice carpet and lockable lockers for the players. The actual lockers themselves are also made of a nicer material.








PLAYERS' LOUNGE

KeyArena

The Sonics players' lounge area located just off the locker room does not include some of the nicer finishes and furniture that newer facilities contain, such as comfortable chairs and couches and a multimedia center.





Other Arenas

The players' lounge at FedEx Forum has multiple televisions, a kitchen area, nice couches, and a pool table. It is approximately 860 sq. ft.







VIDEO ROOM

KeyArena

The Sonics video room is small and cramped with all the equipment packed in it. It is approximately 80 sq. ft. The NBA Facility Standards guide recommends 200-250 square feet for this room in a new facility.



Other Arenas

At FedEx Forum, the Grizzlies have a large room for video storage, as well as a nice area for watching video. These two rooms combined are just over 500 sq. ft.



