The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | )<br>)<br>) |
| Plaintiff, | ) No. C07-1620MJP<br>) |
| v. | ) DECLARATION OF THOMAS WILSON<br>) |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | )<br>)<br>) |
| Defendant. | )<br>) |

Thomas Wilson declares as follows:

1. I am a brokerage salesperson with Cushman & Wakefield of Washington, Inc., of Bellevue, Washington. I have personal knowledge of and am competent to testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Cushman & Wakefield's Selected Property Tour, dated November 1, 2006 ("Selected Property Tour").

3. Attached hereto as Exhibit 2 is a true and correct copy of Cushman & Wakefield's King County Preliminary Arena Site Selection Survey, dated November 10, 2006 ("Site Selection Survey").

DECLARATION OF THOMAS WILSON (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

4. Cushman & Wakefield is in the business of providing real estate services, including real estate consulting services, and regularly makes such written reports, including data compilations.

5. As a part of its business, and during the course of its business, I helped Cushman & Wakefield prepare the Selected Property Tour, and Site Selection Survey documents for the Professional Basketball Club, LLC.

6. These documents reflect Cushman & Wakefield's identification of potential sites for a multipurpose arena in the Puget Sound area in October and November 2006, and were prepared during that time.

7. The copies attached hereto are true and correct copies of documents maintained by Cushman & Wakefield in its business records as part of its normal record keeping procedures.

I declare under penalty of perjury under the laws of the state of Washington that this declaration is true and correct.

Executed at Bellevue, Washington, this 12th day of June, 2008.

_____
Thomas Wilson

DECLARATION OF THOMAS WILSON (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Steve C. Minson
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

DECLARATION OF THOMAS WILSON (C07-1620MJP) - 3