The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city, | )<br>) |
| Plaintiff, | )  No. C07-1620MJP<br>) |
| v. | )  DECLARATION OF ARTHUR M. AARON<br>) |
| THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company, | )<br>) |
| Defendant. | )<br>) |

Arthur M. Aaron declares as follows:

1.      I am the Chief Operating Officer of ICON Venue Group, LLC of Greenwood Village, Colorado.  I have personal knowledge of and am competent to testify to the matters stated herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of ICON's Financial Projections for Sonics Relocation to Ford Center Presented to the Professional Basketball Club, LLC on February 29, 2008, as Supplemented March 17, 2008.

3.      Attached hereto as Exhibit 2 is a true and correct copy of ICON's Seattle Supersonics Arena Project Key Facts and Messages, dated January 3, 2007.

4.      Attached hereto as Exhibit 3 is a true and correct copy of ICON's report for private arena, dated April 2007.

DECLARATION OF ARTHUR M. AARON (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1     5.     ICON Venue Group is in the business of providing consulting services relating to

2  the development of professional sports facilities, and regularly provides its clients with written

3  reports containing ICON's analyses relating to the development of such venues.

4     6.     As part of ICON's business, and in the regular course of ICON's business, I

5  assisted in the preparation by ICON personnel of the attached documents for the Professional

6  Basketball Club, LLC ("PBC"), and these documents reflect ICON's financial projections and

7  related analyses pertaining to the PBC's operating at a new arena in the Puget Sound region, or at

8  the Ford Center in Oklahoma.

9     7.     The copies attached hereto are true and correct copies of documents maintained

10  by ICON in its business records as part of its normal record keeping procedures.

11     I declare under penalty of perjury that the foregoing is true and correct.

12     Executed at Greenwood Village, Colorado, this 12th day of June, 2008.

13

14

           Arthur M. Aaron

15

16

17

18

19

20

21

22

23

24

25

26

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

DECLARATION OF ARTHUR M. AARON (C07-1620MJP) - 3

# EXHIBIT 1

DEFENDANT'S
EXHIBIT

CASE C'07-1620MJP
NO.

EXHIBIT 586
NO.

PBC107628





# FINANCIAL PROJECTIONS FOR
## SONICS RELOCATION TO FORD CENTER
### PRESENTED TO THE PROFESSIONAL BASKETBALL CLUB, LLC
### FEBRUARY 29, 2008, AS SUPPLEMENTED MARCH 17, 2008

## OVER W

The following report outlines the financial projections prepared by ICON Venue Group for the SuperSonics ("Team") for a five year period beginning with the 2008-2009 season at a renovated Ford Center in Oklahoma City, Oklahoma. The renovations for Ford Center are assumed to be started in the summer of 2008, with significant renovations associated with increased revenue opportunities to be completed prior to the start of the 2009-2010 season and all renovations to be completed for the start of the 2010-2011 season.

Assumptions used to develop the financial projections for the Team at the Ford Center are based on the recently completed market feasibility study done by Conventions Sports & Leisure ("CSL"), the proposed renovation plan for the Ford Center, date of planned Team move and ICON's analysis.

Key assumptions used in the projections include, but are not limited to the following:

- The arena will contain approximately 18,500 seats for basketball games and comprise over 740,000 square feet.
- The renovated arena will contain 7 Courtside suites, 40 Luxury suites, 48 Loge Boxes and roughly 2,800 club seats.
- The building will be owned by the City of Oklahoma City.
- Professional and experienced facility management will manage the facility.
- The Team will practice at a new standalone facility.
- Team business operations will office at Ford Center.
- Projections reflect terms of the proposed letter of intent dated March 14, 2008 between the City of Oklahoma City and the Team.

The presentation of the financial projections is divided into the following components:

- Operating Statement
- Operating Revenues
- Operating Expenses

CONFIDENTIAL

PBC107629

# OPERATING STATEMENT

OKLAHOMA CITY
Operating Statement

| Pro Forma Financials (Dollars in Millions) | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| **Operating Revenue** | | | | | |
| Premium Revenues | $10.9 | $16.7 | $17.1 | $17.4 | $17.5 |
| Team Ticket Revenues | $31.6 | $31.1 | $32.7 | $33.6 | $34.7 |
| Local Media | $9.0 | $9.3 | $9.6 | $9.9 | $10.2 |
| NBA Revenues | $35.8 | $37.0 | $37.9 | $38.9 | $40.1 |
| Preseason Revenues | $0.9 | $0.9 | $1.0 | $1.0 | $1.0 |
| Sponsorship Revenues | $7.5 | $7.8 | $8.1 | $8.4 | $8.7 |
| Concessions (Net) | $2.1 | $2.2 | $2.3 | $2.4 | $2.4 |
| Merchandise (Net) | $0.7 | $0.7 | $0.7 | $0.7 | $0.8 |
| Restaurant & Bar (Net) | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |
| Parking | $ - | $ - | $ - | $ - | $ - |
| Ticket Surcharge | $ - | $ - | $ - | $ - | $ - |
| Arena Naming Rights | $2.0 | $3.0 | $3.5 | $3.6 | $3.7 |
| Practice Facility/Naming Rights | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 |
| Founding Sponsors | $2.1 | $2.1 | $2.1 | $2.2 | $2.3 |
| State Economic Incentives | $4.0 | $4.2 | $4.5 | $4.7 | $4.9 |
| Miscellaneous Revenue (Production, Rebates, etc.) | $1.1 | $1.2 | $1.2 | $1.3 | $1.3 |
| Total Operating Revenue | $108.1 | $116.5 | $121.1 | $124.5 | $128.0 |
| *Operating Revenue Growth* | | 8% | 4% | 3% | 3% |
| | | | | | |
| **Operating Expense** | | | | | |
| Staff Salary and Payroll | $7.1 | $7.3 | $7.4 | $7.6 | $7.7 |
| Team Management Salaries | $8.6 | $8.8 | $8.9 | $9.1 | $9.3 |
| Player Salaries | $58.2 | $61.1 | $64.8 | $68.7 | $72.8 |
| Benefits | $9.4 | $10.1 | $11.0 | $11.9 | $12.9 |
| Team Operations | $5.3 | $5.4 | $5.6 | $5.7 | $5.8 |
| NBA Gate Fee | $2.3 | $2.3 | $2.4 | $2.5 | $2.5 |
| General and Administrative | $5.1 | $5.2 | $5.3 | $5.4 | $5.5 |
| Practice Facility | $ - | $ - | $0.2 | $0.2 | $0.2 |
| Insurance | $0.4 | $0.4 | $0.4 | $0.4 | $0.4 |
| Selling and Promotional Expenses | $1.8 | $1.8 | $1.9 | $1.9 | $2.0 |
| Arena Rent | $1.8 | $1.8 | $1.8 | $1.8 | $1.8 |
| Other City Payments | $0.5 | $0.5 | $0.5 | $0.5 | $0.5 |
| Parking | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |
| Total Operating Expense | $100.8 | $105.0 | $110.5 | $116.0 | $121.7 |
| *Operating Expense Growth* | | 4% | 5% | 5% | 5% |
| | | | | | |
| EBITDA | $7.3 | $11.5 | $10.6 | $8.5 | $6.3 |

CONFIDENTIAL



ARENA SEATING CAPACITY

## OKLAHOMA CITY — Arena Seating Capacity

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| **Inventory** | | | | | |
| Suites | 880 | 696 | 696 | 696 | 696 |
| Loge Boxes | 0 | 240 | 240 | 240 | 240 |
| Club Seats | 3,372 | 2,853 | 2,853 | 2,853 | 2,853 |
| Floor | 452 | 396 | 396 | 396 | 396 |
| Lower Bowl | 6,730 | 6,730 | 6,730 | 6,730 | 6,730 |
| Upper Bowl | 7,631 | 7,631 | 7,631 | 7,631 | 7,631 |
| Total | 19,065 | 18,546 | 18,546 | 18,546 | 18,546 |
| **Average Sold** | | | | | |
| Suites | 880 | 696 | 696 | 696 | 696 |
| Loge Boxes | 0 | 220 | 220 | 220 | 220 |
| Club Seats | 2,137 | 1,857 | 1,857 | 1,756 | 1,756 |
| Floor | 452 | 396 | 396 | 396 | 396 |
| Lower Bowl | 5,600 | 5,600 | 5,600 | 5,600 | 5,600 |
| Upper Bowl | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| Total | 14,569 | 14,269 | 14,269 | 14,168 | 14,168 |
| **% Seats Sold** | | | | | |
| Suites | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Loge Boxes | 0.0% | 91.7% | 91.7% | 91.7% | 91.7% |
| Club Seats | 63.4% | 65.1% | 65.1% | 61.6% | 61.6% |
| Floor | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Lower Bowl | 83.2% | 83.2% | 83.2% | 83.2% | 83.2% |
| Upper Bowl | 72.1% | 72.1% | 72.1% | 72.1% | 72.1% |
| Total | 76.4% | 76.9% | 76.9% | 76.4% | 76.4% |

CONFIDENTIAL

PBC107631

# OPERATING AVENUES

A brief description of the major revenue sources provided in the projections is outlined below.

**Premium Revenues:**

A renovated Ford Center is envisioned to have 7 Courtside suites, 40 luxury suites and 48 Loge Boxes. The proposed renovation plan is expected to have approximately 2,800 club seats. Ford Center currently has 56 Suites and nearly 3,400 club seats. Suite and Club Seat revenue assumptions are based on the results of market surveys and comparison of premium seat offerings at comparable arenas by CSL. Under the terms of the proposed arena lease agreement, the Team would retain 100% of all suite revenues. Suite holders would receive tickets to all Team events and other arena events.

Table 1 presents a summary of the estimated Suite and Club premium revenue that is forecasted to be generated by the Team at the renovated Ford Center. Tables 2, 3, and 4 outline the assumptions used to project premium revenues.

TABLE 1

| OKLAHOMA CITY | | | | | |
|---|---|---|---|---|---|
| Premium Seating Sold | | | | | |
| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
| Revenues | | | | | |
| Suites | $6,286,500 | $10,114,700 | $10,189,500 | $10,754,500 | $10,833,900 |
| Premiere Club Seating | $0 | $2,343,330 | $2,343,330 | $2,277,856 | $2,277,856 |
| Club Seating | $4,617,282 | $4,199,457 | $4,528,575 | $4,413,911 | $4,413,911 |
| Total | $10,903,782 | $16,657,487 | $17,061,405 | $17,446,267 | $17,525,667 |
| Seats | | | | | |
| Suites | 880 | 917 | 917 | 917 | 917 |
| Premiere Club Seating | 0 | 446 | 446 | 421 | 421 |
| Club Seating | 2,137 | 1,411 | 1,411 | 1,335 | 1,335 |
| Total | 3,017 | 2,774 | 2,774 | 2,673 | 2,673 |

CONFIDENTIAL

PBC107632

TABLE 2

| OKLAHOMA CITY | | Suites Sold | | | | |
|---|---|---|---|---|---|---|
| **Season:** | | **2008-2009** | **2009-2010** | **2010-2011** | **2011-2012** | **2012-2013** |
| **Suite Revenue Summary** | | | | | | |
| | Courtside Suites | $0 | $2,450,000 | $2,450,000 | $2,450,000 | $2,450,000 |
| | Luxury Suites | $6,286,500 | $5,172,000 | $5,172,000 | $5,660,000 | $5,660,000 |
| | Loge Boxes | $0 | $2,492,691 | $2,567,471 | $2,644,495 | $2,723,830 |
| | Total | $6,286,500 | $10,114,691 | $10,189,471 | $10,754,495 | $10,833,830 |
| **Courtside Suites** | Seats | 0 | 8 | 8 | 8 | 8 |
| | Number | 0 | 7 | 7 | 7 | 7 |
| | Utilization | 100% | 100% | 100% | 100% | 100% |
| | Premium/Suite | $0 | $350,000 | $350,000 | $350,000 | $350,000 |
| | Revenue | $0 | $2,450,000 | $2,450,000 | $2,450,000 | $2,450,000 |
| **Luxury Suites: Concourse Level** | Seats | 16 | 16 | 16 | 16 | 16 |
| | Number | 0 | 4 | 4 | 4 | 4 |
| | Utilization | 100% | 100% | 100% | 100% | 100% |
| | Premium/Suite | $0 | $150,000 | $150,000 | $164,000 | $164,000 |
| | Revenue | $0 | $600,000 | $600,000 | $656,000 | $656,000 |
| **Luxury Suites: Mid-Level** | Seats | 16 | 16 | 16 | 16 | 16 |
| | Number | 55 | 36 | 36 | 36 | 36 |
| | Utilization | 100% | 100% | 100% | 100% | 100% |
| | Premium/Suite | $114,300 | $127,000 | $127,000 | $139,000 | $139,000 |
| | Revenue | $6,286,500 | $4,572,000 | $4,572,000 | $5,004,000 | $5,004,000 |
| **Loge Boxes** | Seats (Total) | 0 | 240 | 240 | 240 | 240 |
| | Number | 0 | 48 | 48 | 48 | 48 |
| | Utilization | 0% | 92% | 92% | 92% | 92% |
| | Premium/Suite | $0 | $56,650 | $58,350 | $60,100 | $61,903 |
| | Revenue | $0 | $2,492,691 | $2,567,471 | $2,644,495 | $2,723,830 |

CONFIDENTIAL

PBC107633

TABLE 3

## OKLAHOMA CITY

| % Sold | | Club Seats Sold | | | | | |
|---|---|---|---|---|---|---|---|
| Season | | | 95.0% | 95.0% | 95.0% | 90.0% | 90.0% |
| | | | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
| FSE: | Capacity | | | | | | |
| Court | 710 | | 675 | 675 | 675 | 639 | 639 |
| Baselines | 526 | | 500 | 500 | 500 | 473 | 473 |
| Corners | 248 | | 236 | 236 | 236 | 223 | 223 |
| Future Loge/Cambria | 1,014 | | 507 | 0 | 0 | 0 | 0 |
| Behind baskets | 874 | | 219 | 0 | 0 | 0 | 0 |
| Total | 3,372 | | 2,137 | 1,411 | 1,411 | 1,335 | 1,335 |
| | | | | | | | |
| GAME DAY: | | | | | | | |
| Court | | | 0 | 0 | 0 | 0 | 0 |
| Baselines | | | 0 | 0 | 0 | 0 | 0 |
| Corners | | | 0 | 0 | 0 | 0 | 0 |
| Future Loge/Premiere Club | | | 0 | 0 | 0 | 0 | 0 |
| Behind baskets | | | 0 | 0 | 0 | 0 | 0 |
| Total | | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Season Price | | | | | | | |
| FSE: | | | | | | | |
| Escalator | | | | 15.00% | 3.00% | 3.00% | 3.00% |
| Court | | | $3,229 | $3,714 | $3,825.00 | $3,939.75 | $3,939.75 |
| Baselines | | | $2,382 | $2,739 | $3,150.00 | $3,244.50 | $3,244.50 |
| Corners | | | $1,191 | $1,370 | $1,575.00 | $1,622.25 | $1,622.25 |
| Future Loge/Premiere Club | | | $1,330 | | | | |
| Behind baskets | | | $1,330 | $1,370 | $1,575.00 | $1,622.25 | $1,622.25 |
| | | | | | | | |
| GAME DAY: | | | | | | | |
| Escalator | | | | 15.00% | 3.00% | 3.00% | 3.00% |
| Court | | | $79 | $91 | $93.29 | $96.09 | $98.97 |
| Baselines | | | $58 | $67 | $68.81 | $70.88 | $73.00 |
| Corners | | | $29 | $33 | $34.41 | $35.44 | $36.50 |
| Future Loge/Premiere Club | | | $32 | $0.00 | $0.00 | $0.00 | $0.00 |
| Behind baskets | | | $32 | $33 | $34.41 | $35.44 | $36.50 |
| | | | | | | | |
| Club Revenues | | | $4,617,282 | $4,199,457 | $4,528,575 | $4,413,911 | $4,413,911 |

CONFIDENTIAL

PBC107634

TABLE 4

## OKLAHOMA CITY

Premiere Club Seats Sold

| % Sold | | 0.0% | 90.0% | 90.0% | 85.0% | 85.0% |
|---|---|---|---|---|---|---|
| **Season** | Capacity | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
| **FSE:** | | | | | | |
| Terrace Club | 165 | 0 | 149 | 149 | 140 | 140 |
| Cambria Style | 330 | 0 | 297 | 297 | 281 | 281 |
| Total | 495 | 0 | 446 | 446 | 421 | 421 |
| **GAME DAY:** | | | | | | |
| Terrace Club | | 0 | 0 | 0 | 0 | 0 |
| Cambria Style | | 0 | 0 | 0 | 0 | 0 |
| Total | | 0 | 0 | 0 | 0 | 0 |
| **Season Price** | | | | | | |
| **FSE:** | | | | | | |
| Escalator | | 0.00% | 0.00% | 0.00% | 3.00% | 0.00% |
| Terrace Club | | $7,380.00 | $7,380.00 | $7,380.00 | $7,601.40 | $7,601.40 |
| Cambria Style | | $4,000.00 | $4,000.00 | $4,000.00 | $4,120.00 | $4,120.00 |
| **GAME DAY:** | | | | | | |
| Escalator | | | 0.00% | 0.00% | 3.00% | 0.00% |
| Terrace Club | | $200 | $200.00 | $200.00 | $200.00 | $200.00 |
| Cambria Style | | $95 | $95.00 | $95.00 | $95.00 | $95.00 |
| **Premiere Club Revenues** | | $0 | $2,343,330 | $2,343,330 | $2,277,856 | $2,277,856 |

CONFIDENTIAL

PBC107635



**Team Ticket Revenues:**

The estimated ticket revenues for the Team are a function of several assumptions including tickets sold, ticket prices and ticket mix. Tables 5 through 8 provide a breakdown in the key assumptions for floor, lower bowl and upper bowl ticket sales.

TABLE 5

## OKLAHOMA CITY

### Ticket Sales

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| **Revenues:** | | | | | |
| Floor Seating (Incl. Privileges) | $9,421,800 | $7,723,170 | $8,109,329 | $8,352,608 | $8,603,187 |
| Lower Bowl Seating | $15,652,058 | $16,475,850 | $17,343,000 | $17,863,290 | $18,399,189 |
| Upper Bowl Seating | $6,512,440 | $6,855,200 | $7,216,000 | $7,432,480 | $7,655,454 |
| | | | | | |
| Total | $31,586,298 | $31,054,220 | $32,668,329 | $33,648,378 | $34,657,830 |
| | | | | | |
| **Tickets Sold:** | | | | | |
| Floor Seating | 452 | 396 | 396 | 396 | 396 |
| Lower Bowl Seating | 5,600 | 5,600 | 5,600 | 5,600 | 5,600 |
| Upper Bowl Seating | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| | | | | | |
| Total | 11,552 | 11,496 | 11,496 | 11,496 | 11,496 |
| Average Ticket Price (Excluding Floor) | $48.70 | $51.27 | $53.96 | $55.58 | $57.25 |

CONFIDENTIAL

PBC107636

TABLE 6

## OKLAHOMA CITY

### Floor Seats Sold

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| Floor Seats: | | | | | |
| 1st Row | 126 | 126 | 126 | 126 | 126 |
| -Bunker Suite Allocation | 0 | -56 | -56 | -56 | -56 |
| 2nd Row-Team | 16 | 16 | 16 | 16 | 16 |
| 2nd Row | 106 | 106 | 106 | 106 | 106 |
| 3rd Row | 204 | 204 | 204 | 204 | 204 |
| Total | 452 | 396 | 396 | 396 | 396 |
| | | | | | |
| Pricing | | | | | |
| Escalator | | 5% | 5% | 3% | 3% |
| 1st Row | $900 | $945 | $992 | $1,022 | $1,053 |
| -Bunker Suite Allocation | $900 | $945 | $992 | $1,022 | $1,053 |
| 2nd Row-Team | $800 | $840 | $882 | $908 | $936 |
| 2nd Row | $400 | $420 | $441 | $454 | $468 |
| 3rd Row | $300 | $315 | $331 | $341 | $351 |
| Weighted Average | $508.41 | $475.68 | $499.47 | $514.45 | $529.88 |

CONFIDENTIAL

PBC107637

TABLE 7

Lower Bowl Seats Sold

## OKLAHOMA CITY

| Season: | Capacity | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|---|
| **Seats Sold** | | | | | | |
| **FSE:** | | | | | | |
| Mid-court | 1,330 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Baselines | 1,481 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| Corners | 2,260 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Behind baskets | 1,659 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Total | 6,730 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| | | | | | | |
| **GAME DAY:** | | | | | | |
| Mid-court | | 100 | 100 | 100 | 100 | 100 |
| Baselines | | 250 | 250 | 250 | 250 | 250 |
| Corners | | 500 | 500 | 500 | 500 | 500 |
| Behind baskets | | 250 | 250 | 250 | 250 | 250 |
| Total | | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| | | | | | | |
| **Ticket Price** | | | | | | |
| **FSE:** | | | | | | |
| Escalator | | | 5.26% | 5.26% | 3.00% | 3.00% |
| Mid-court | | $90.25 | $95.00 | $100.00 | $103.00 | $106.09 |
| Baselines | | $76.71 | $80.75 | $85.00 | $87.55 | $90.18 |
| Corners | | $58.66 | $61.75 | $65.00 | $66.95 | $68.96 |
| Behind baskets | | $40.61 | $42.75 | $45.00 | $46.35 | $47.74 |
| | | | | | | |
| **GAME DAY:** | | | | | | |
| Escalator | | | 5.26% | 5.26% | 3.00% | 3.00% |
| Mid-court | | $103.79 | $109.25 | $115.00 | $118.45 | $122.00 |
| Baselines | | $85.74 | $90.25 | $95.00 | $97.85 | $100.79 |
| Corners | | $67.69 | $71.25 | $75.00 | $77.25 | $79.57 |
| Behind baskets | | $49.64 | $52.25 | $55.00 | $56.65 | $58.35 |

CONFIDENTIAL

PBC107638



TABLE 8

## Upper Bowl Seats Sold

### OKLAHOMA CITY

| Season | Capacity | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|---|
| **FSE:** | | | | | | |
| Mid-court | 918 | 600 | 600 | 600 | 600 | 600 |
| Baselines | 945 | 200 | 200 | 200 | 200 | 200 |
| Corners | 3,698 | 500 | 500 | 500 | 500 | 500 |
| Behind baskets | 2,070 | 500 | 500 | 500 | 500 | 500 |
| Total | 7,631 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 |
| | | | | | | |
| **GAME DAY:** | | | | | | |
| Mid-court | | 200 | 200 | 200 | 200 | 200 |
| Baselines | | 200 | 200 | 200 | 200 | 200 |
| Corners | | 2500 | 2500 | 2500 | 2500 | 2500 |
| Behind baskets | | 800 | 800 | 800 | 800 | 800 |
| Total | | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 |
| | | | | | | |
| **Ticket Price** | | | | | | |
| **FSE:** | | | | | | |
| Escalator | | | 5.26% | 5.26% | 3.00% | 3.00% |
| Mid-court | | $40.61 | $42.75 | $45.00 | $46.35 | $47.74 |
| Baselines | | $36.10 | $38.00 | $40.00 | $41.20 | $42.44 |
| Corners | | $27.08 | $28.50 | $30.00 | $30.90 | $31.83 |
| Behind baskets | | $13.54 | $14.25 | $15.00 | $15.45 | $15.91 |
| | | | | | | |
| **GAME DAY:** | | | | | | |
| Escalator | | | 5.26% | 5.26% | 3.00% | 3.00% |
| Mid-court | | $45.13 | $47.50 | $50.00 | $51.50 | $53.05 |
| Baselines | | $40.61 | $42.75 | $45.00 | $46.35 | $47.74 |
| Corners | | $31.59 | $33.25 | $35.00 | $36.05 | $37.13 |
| Behind baskets | | $13.54 | $14.25 | $15.00 | $15.45 | $15.91 |

CONFIDENTIAL

PBC107639





**Local Media Revenues:**

These revenues include local radio, local cable television and local over the air television revenues. Inputs for the projections are based on CSL estimates.

**NBA Revenues:**

NBA revenues are comprised of broadcast, properties, media ventures, playoff distributions and luxury tax distributions. Table 9 details the projected NBA revenues.

TABLE 9

NBA Revenues

| OKLAHOMA CITY | | | | | |
|---|---|---|---|---|---|
| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
| National Broadcasting | $28,300,000 | $29,100,000 | $29,900,000 | $30,700,000 | $31,600,000 |
| NBA Luxury Tax | $2,300,000 | $2,500,000 | $2,500,000 | $2,575,000 | $2,652,250 |
| NBA Revenue Assistance * | $0 | $0 | $0 | $0 | $0 |
| NBA Properties | $690,000 | $710,000 | $730,000 | $751,900 | $774,457 |
| NBA Media Ventures | $3,800,000 | $3,914,000 | $4,031,420 | $4,152,363 | $4,276,933 |
| NBA Playoff Distributions | $725,000 | $730,000 | $740,000 | $762,200 | $785,066 |
| TOTAL | $35,815,000 | $36,954,000 | $37,901,420 | $38,941,463 | $40,088,706 |

\* Assumes no Revenue Assistance

CONFIDENTIAL

PBC107640

CONFIDENTIAL

PBC107641

**Naming Rights:**

Under the terms of the proposed arena lease between the City and the Team, the Team will control the naming rights for Ford Center. The naming rights agreement is expected to have an initial term of a minimum of fifteen years, and is projected to generate $2.0 million in revenue for the Team's first year in Oklahoma City and increasing by $1.0 million in the second year and $.5 million the third year and then increasing three percent per year through the remainder of the agreement.

**Concessions (net):**

Concession revenues consist of sales of various food and beverage items at concession stands throughout the arena as well as catering offered in premium seating areas within the arena. Revenue assumptions are based on estimated turnstile attendance and average concession spending per attendee. Tables 10 and 11 summarize estimated average game attendance and spending.

For purposes of this analysis, it was assumed that the Team would receive between 40% and 42% of the net general concession revenue, 12.5% of Club Seat and 25-30% of Suite catering revenues for all Team events.

PBC107642

CONFIDENTIAL



## TABLE 10

### OKLAHOMA CITY — Attendance

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| Number of Events | 41 | 41 | 41 | 41 | 41 |
| Per Game Sold (Lower/Upper) | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 |
| Per Game Sold (Courtside Suites) | - | 56 | 56 | 56 | 56 |
| Per Game Sold (Luxury Suites) | 880 | 640 | 640 | 640 | 640 |
| Per Game Sold (Loge Boxes) | - | 220 | 220 | 220 | 220 |
| Per Game Sold (Courtside Seats) | 452 | 396 | 396 | 396 | 396 |
| Per Game Sold (Club) | 2,137 | 1,857 | 1,857 | 1,857 | 1,756 |
| Total Paid Attendance | 14,569 | 14,269 | 14,269 | 14,168 | 14,168 |
| Per Game Comp Distributed | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Total | 17,069 | 16,769 | 16,769 | 16,668 | 16,668 |
| | | | | | |
| Show percentage (General) | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% |
| Show percentage (Courtside Suites) | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Show percentage (Luxury Suites) | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Show percentage (Loge Suites) | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Show percentage (Courtside Seats) | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% |
| Show percentage (Club) | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Show percentage Game Comp | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| | | | | | |
| Per Game Attendance (General) | 9,435 | 9,435 | 9,435 | 9,435 | 9,435 |
| Per Game Attendance (Courtside Suites) | 792 | 50 | 50 | 50 | 50 |
| Per Game Attendance (Luxury Suites) | 0 | 576 | 576 | 576 | 576 |
| Per Game Attendance (Loge Suites) | 443 | 198 | 198 | 198 | 198 |
| Per Game Attendance (Courtside Seats) | | 388 | 388 | 388 | 388 |
| Per Game Attendance (Club) | 1,710 | 1,485 | 1,485 | 1,405 | 1,405 |
| Per Game Attendance Comp. | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| | | | | | |
| Total Game Attendance | 13,630 | 13,382 | 13,382 | 13,302 | 13,302 |

## TABLE 11

### OKLAHOMA CITY — Per Caps

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| Price Escalator: | | 3.00% | 3.00% | 3.00% | 3.00% |
| Luxury Suites Mid-level: | | 0.00% | 0.00% | 0.00% | 0.00% |
| Per Game (General) | $7.75 | $8.75 | $9.00 | $9.20 | $9.40 |
| Per Game (Courtside Suites) | $61.27 | $63.11 | $65.00 | $66.90 | $68.90 |
| Per Game (Luxury Suites) | $61.27 | $63.11 | $65.00 | $66.90 | $68.90 |
| Per Game (Loge Suites) | $28.28 | $29.13 | $30.00 | $30.90 | $31.80 |
| Per Game (Courtside Seats) | $14.14 | $14.56 | $15.00 | $15.40 | $15.80 |
| Per Game (Club) | $10.00 | $14.56 | $15.00 | $15.40 | $15.80 |
| Per Game Comp. | $7.75 | $7.90 | $8.10 | $8.30 | $8.50 |



**Sponsorships and Founding Sponsors Revenues:**

Sponsorship and advertising revenues are derived from the sale of all fixed building signage and basketball game day inventory related to scoreboards, scorer's table, all concourses, interior and exterior fascia, courtside, vomitories, outdoor marquee displays, clubs, restaurants and bars. First year Sponsorships are estimated at $9.5 million and are assumed to increase 3% a year thereafter.

**State Economic Incentive Revenues:**

State Economic Inventive revenues are payments to the Team by reason of the creation of new jobs in Oklahoma.

## OPERATING EXPENSES

A brief description of each major source of operating expense for the Team is provided below.

**Salaries, Wages and Benefits:**

Salary and wage estimates are based on current staffing levels and local wage characteristics. Estimated salaries and wages account for full- and part-time management and operating staff. Team management salaries reflect current Team costs and are escalated 3% per year. Player Salaries reflect current levels and are inflated 5-6% per year. Benefits have been escalated by an additional 4% over the increase in base salaries.

Table 12 provides a summary of projected staff, team and Player expenses.

CONFIDENTIAL



PBC107643

TABLE 12

**OKLAHOMA CITY**

**Salaries and Benefits**

| Season | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|
| **Salaries:** | | | | | |
| Staff | $7,136,000 | $7,279,000 | $7,425,000 | $7,574,000 | $7,726,000 |
| Team Operations | $8,578,000 | $8,750,000 | $8,925,000 | $9,104,000 | $9,287,000 |
| Players | $63,193,000 | $66,403,000 | $70,388,000 | $74,613,000 | $79,091,000 |
| -Escrow | ($5,000,000) | ($5,300,000) | ($5,618,000) | ($5,956,000) | ($36,314,000) |
| Net Player | $58,193,000 | $61,103,000 | $64,770,000 | $68,657,000 | $72,777,000 |
| % Players Change | | 5.00% | 6.00% | 6.00% | 6.00% |
| | | | | | |
| **Benefits:** | | | | | |
| Staff & Team Mgmt | 26.32% | 27.37% | 28.47% | 29.61% | 30.79% |
| Players | 9.02% | 9.38% | 9.76% | 10.15% | 10.55% |
| Escalator | 4% | 4% | 4% | 4% | 4% |
| | | | | | |
| **Benefits:** | | | | | |
| Staff & Team Mgmt | $4,136,035 | $4,387,703 | $4,654,594 | $4,937,890 | $5,238,557 |
| Players | $5,249,142 | $5,732,096 | $6,319,142 | $6,966,304 | $7,679,715 |
| Total | $9,386,000 | $10,120,000 | $10,974,000 | $11,905,000 | $12,919,000 |

CONFIDENTIAL

PBC107644



**Other Expenses:**

Other expenses incurred by the Team include general and administrative expenses, practice facility rent, selling and promotional, arena rent, insurance and other such expenses. These expenses have been increased by 2.0% per year.

Team Operations expenses are assumed to increase 2% per year.

Table 13 provides a summary of key assumptions for other expenses.

TABLE 13

**OKLAHOMA CITY** — Key Assumptions for Other Expenses

| Season | Escalator | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 |
|---|---|---|---|---|---|---|
| Operating Expenses: | | | | | | |
| Practive Facility | 2.0% | $200,000 | $202,000 | $205,000 | $208,000 | $211,000 |
| Arena Rent | 0.0% | $1,770,000 | $1,770,000 | $1,770,000 | $1,770,000 | $1,770,000 |
| Advertising & Promotion | 2.0% | $1,010,000 | $1,031,000 | $1,052,000 | $1,074,000 | $1,096,000 |
| Insurance | 2.0% | $375,000 | $383,000 | $391,000 | $399,000 | $407,000 |
| G&A: | | | | | | |
| Broadcast Production | 2.0% | $210,000 | $215,000 | $220,000 | $225,000 | $230,000 |
| Office Supplies | 2.0% | $239,000 | $244,000 | $249,000 | $254,000 | $260,000 |
| Printing | 2.0% | $421,000 | $430,000 | $439,000 | $448,000 | $457,000 |
| Professional Services | 2.0% | $418,000 | $427,000 | $436,000 | $445,000 | $454,000 |
| Services | 2.0% | $533,000 | $544,000 | $555,000 | $567,000 | $579,000 |
| Taxes | 2.0% | $123,000 | $126,000 | $129,000 | $132,000 | $135,000 |
| Team Game Expenses | 2.0% | $591,000 | $603,000 | $616,000 | $629,000 | $642,000 |
| Telephone | 2.0% | $233,000 | $238,000 | $243,000 | $248,000 | $253,000 |
| Travel & Entertainment | 2.0% | $862,000 | $880,000 | $898,000 | $916,000 | $935,000 |
| Other | 2.0% | $1,473,000 | $1,503,000 | $1,534,000 | $1,565,000 | $1,597,000 |
| Total G&A | | $5,103,000 | $5,210,000 | $5,319,000 | $5,429,000 | $5,542,000 |

CONFIDENTIAL

PBC107645

# EXHIBIT 2



SEATTLE SUPERSONICS ARENA PROJECT
KEY FACTS AND MESSAGES

January 3, 2007

CONFIDENTIAL

DEFENDANT'S EXHIBIT

CASE NO. C07-1620MJP

EXHIBIT NO. 541

# CONTENTS

- Why a New Arena?

- How Much Will it Cost?

- What are the Funding Sources?

- How Should the Arena be Operated?

- What are the Potential Deal Structures?

- What Other Issues Need to be Considered?

- Recommended Messages

CONFIDENTIAL



# WHY A NEW ARENA?




- Seattle Area needs a 21st Century Indoor Entertainment Venue

- Key Arena Not Viable as Long Term Solution

- Window is now to Solve Entertainment Center Need & Retain NBA / WNBA as Anchor Tenant

- Create Opportunity for NHL Tenant

- College Athletics could include NCAA Tourneys

- Available for Convention Center Use

- National and International Concert Tours

- Circuses, Family Shows, etc.

CONFIDENTIAL



# HOW MUCH WILL IT COST?

| | Bellevue | Renton |
|---|---|---|
| Arena Land Cost | $38,200,000 | $23,530,000 |
| Arena Design and Construction | $307,272,000 | $283,272,000 |
| Arena Systems and Equipment | $30,500,000 | $30,500,000 |
| Other Arena Costs (Including Contingency) | $23,433,500 | $20,306,850 |
| Total Arena | $399,405,500 | $357,608,850 |



CONFIDENTIAL



# HOW MUCH WILL IT COST?
### (CONT.)



|  | Bellevue | Renton |
|---|---|---|
| Parking Land Cost | $26,300,000 | $12,780,000 |
| Parking Design and Construction | $62,500,000<br>(2,400 Spaces) | $131,250,000<br>(5,000 Spaces)<br>(Ind. Contingency) |
| Other Development Costs | $20,000,000 | $20,000,000 |
| Total Parking and<br>Other Development Costs | $108,800,000 | $164,030,000 |

|  | Bellevue | Renton |
|---|---|---|
| Total Project Costs | $508,205,500 | $521,638,850 |

CONFIDENTIAL



# WHAT ARE THE FUNDING SOURCES?

- King County Tax Revenues
  - Requires State Legislature to Authorize Use
  - Requires County Action to Allocate
  - Other Interests Desire Same Revenue Sources
  - Sales Tax Credit
  - Restaurant Tax
  - Hotel / Motel Tax
  - Rental Car Tax
- Tenant Contributions
  - Equity Contribution
  - Rent / COI
  - Admissions Tax / Parking



CONFIDENTIAL



ICON VENUE GROUP

PBC_5398

# WHAT ARE THE FUNDING SOURCES?
(CONT.)

- City Contributions - Previously Discussed
  - Bellevue: Parking Land and Structures and Connector to Downtown ($119M)
  - Renton: Land for Arena and Parking ($36M)
- City Contributions – Additional Requests
  - Bellevue: Arena Land / Convention Center Funding?
  - Renton: Parking Structures / Other Infrastructure?

CONFIDENTIAL



PBC_5399

# HOW SHOULD THE ARENA BE OPERATED?

- First Option: NBA Team Affiliate as Operator
  - All Arena Revenues Accrue to Team or Team Affiliate
  - Team Affiliate Covers all Arena Operating Expenses
  - Team Affiliate Must Cover Arena Operating Losses, and Retains any Operating Income
  - Potential Increase of $10M-$15M Combined Net Operating Income

- Second Option: PFD / City As Operator
  - Team Receives Scheduling Priority
  - All Team Related Revenues Accrue to Team
  - Team Also Receives All or Most Naming Rights, Founding Sponsorships, Premium Seating
  - Team Contributes Only Operating Expenses Directly Related to Team's Events
  - PFD/City Covers Operating Losses and Retains Operating Income
  - Potential for Greater Increase in Team Net Operating Income based on Assumption that Arena Would incur Losses
  - No Rental Payment

CONFIDENTIAL



# WHAT ARE POTENTIAL DEAL STRUCTURES?

- Public Building / Public Developer
  - Owned by Public Arena Authority
  - Developed by Authority with Input / Approval from NBA Anchor Tenant
  - Public Responsible for Cost Overruns
  - NBA Tenant Might Accept Certain Overrun Risks in Exchange for Specific Project Design and Construction Controls

- Public Building / Private Developer
  - Owned by Public Arena Authority
  - Developed by Tenant with Oversight by PAA
  - NBA Tenant Responsible for Cost Overruns

- Private Building / Private Developer
  - Owned by Private Entity
  - Developed by Private Entity
  - Arena Could be Depreciable Asset for Tax Purposes assuming it is subject Property or Leasehold Tax
  - Not Financially Viable in Seattle market

CONFIDENTIAL



# WHAT OTHER ISSUES NEED TO BE CONSIDERED?

- Status of Key Arena Lease Assuming New Arena Deal
  - City of Seattle May Seek Compensation
  - Sonics May Need Extension (1-2 years)
  - Opportunity to Seek Short Term Lease Adjustments?
- Potential for Public Vote Requirement
  - Unclear Whether State or County Will be Willing to Act Without Public Vote
  - If Public Vote is Required, Public Support Should also be a Precondition, i.e., Not a Referral without Recommendation
- Property Tax and Leasehold Interest Tax
  - Legislation Can Provide that Neither Property Tax nor Leasehold Interest Tax Would Apply to Arena Operator

CONFIDENTIAL



# WHAT OTHER ISSUES NEED TO BE CONSIDERED?
## (CONT.)

- Possibility of Relocation
  - Clearly No Obligation for Sonics to Remain after End of 2010 Season
  - If No Deal for a New NBA Arena that Would be Available after 2010, Team Would Need to Begin Relocation Discussions

- Aspects of Public/Private Arena Deal
  - Public Disclosure of Arena Financial Information Would Certainly be Required, and Public Disclosure of Team Financials is Likely to be Requested
  - Public Representatives Could seek Profit Share on Sale of Team
  - Public Use of Arena for Civic Events, Conventions and/or Charitable Activities
  - Both Development and Operation of Arena Could Require Prevailing Wage, Labor Concessions, etc.

CONFIDENTIAL



# RECOMMENDED MESSAGES

- PBC Offers to Participate in Public/Private Development of 21st Century Arena
  - PBC Contribution Commensurate with Recent New Public NBA Arenas – Approx. $50 million (Cash and/or Rent)
  - County Tax Revenues – Approx. $250 million
  - Funding Gap Could be $100 million or more
- Governor Must Show Leadership with State, County and City Authorities
  - Help Maximize Arena Funding Capacity from County Tax Revenues
  - Seek County and City Support to Bridge Funding Gap
  - Support Arena Development Without Public Vote
  - Support PBC in Renegotiating Key Arena Lease

CONFIDENTIAL



# RECOMMENDED MESSAGES
## (CONT.)

- PBC Willing to Act as Arena Developer
  - Arena Developer Responsible for Design and Construction
  - Arena Developer to Cover Related Cost Overruns
  - Public Arena Authority to Exercise Oversight but not Control
  - County, City or PAA Responsible for Land Acquisition and Off-site Infrastructure, including Parking

- PBC Willing to Act as Arena Operator
  - Arena Operator Responsible for all Arena Operating Expenses
  - Arena Operator to Pay PAA Rent or Share of Arena Revenues in Support of Funding Obligation
  - Admissions Tax Possible Source of Funding for Capital Repairs and Improvements
  - Arena Operations to be Exempt from Property Tax and Leasehold Interest Tax
  - Only Arena Operator's Financial Statements Required to be Publicly Disclosed, not NBA Team Financials

CONFIDENTIAL



PBC_5405

# EXHIBIT 3

DEFENDANT'S
EXHIBIT

CASE
NO. C07-1620MJP

EXHIBIT
NO. 503

PBC_14405

PRIVATE ARENA



# Key Assumptions

- Site: Renton, with Boeing Parking
- Open: 2010-2011 Season
- Funding: 100% Private
- Capital Structure: $100 MM Equity, $340MM Debt
- Debt: Term 25 Years, Rate 7%



# Summary Results

- 10 Year EBITDA: $55 MM
- 10 Year Debt Service:$327 MM
- 10 Year Net Cash Flow: ($284 MM)
- 10 Year Net Investment: ($384 MM)
- IRR: Negative, excludes value of tax losses



PBC_14408

# Summary 10 Year Financials

| Pro-Forma Financials (Dollars in Millions) | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 | 2018-2019 | 2019-2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | | | | |
| Premium Revenue | | | | | | | | | | |
| Team Ticket Revenues | $7.8 | $7.9 | $7.8 | $8.0 | $7.9 | $8.2 | $8.2 | $8.2 | $8.3 | $8.5 |
| Local Media | $48.9 | $50.4 | $51.6 | $53.0 | $54.3 | $55.8 | $56.9 | $58.4 | $60.2 | $61.8 |
| NBA Revenues | $10.0 | $10.3 | $10.7 | $11.1 | $11.5 | $11.9 | $12.3 | $12.7 | $13.1 | $13.5 |
| Advertising Revenue | $10.5 | $10.6 | $11.3 | $11.7 | $12.1 | $12.5 | $12.9 | $13.3 | $13.7 | $14.2 |
| Concession Net | $4.5 | $4.6 | $4.7 | $4.8 | $4.9 | $5.1 | $5.2 | $5.3 | $5.5 | $5.6 |
| Merchandise (net) | $0.8 | $0.8 | $0.8 | $0.8 | $0.8 | $0.9 | $0.9 | $0.9 | $0.9 | $0.9 |
| Restaurant & Bar (net) | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 |
| Parking | $1.8 | $1.9 | $1.9 | $2.0 | $2.1 | $2.1 | $2.2 | $2.3 | $2.4 | $2.4 |
| Ticket Surcharge | $3.1 | $3.1 | $3.1 | $3.1 | $3.1 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 |
| Naming Rights | $4.4 | $4.1 | $4.4 | $4.4 | $4.5 | $4.7 | $4.5 | $4.6 | $4.8 | $5.1 |
| Founding Sponsors | $5.0 | $5.2 | $5.4 | $5.6 | $5.8 | $6.1 | $6.3 | $6.6 | $6.8 | $7.1 |
| Event Income (Non Team) | $2.6 | $2.6 | $2.7 | $2.8 | $2.9 | $3.0 | $3.1 | $3.1 | $3.2 | $3.3 |
| Arena Corporate Rental | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 |
| Miscellaneous Revenue (box Office Rebates, ... | $0.6 | $0.6 | $0.6 | $0.7 | $0.7 | $0.7 | $0.7 | $0.7 | $0.7 | $0.7 |
| **Total Operating Revenue** | $146.2 | $148.3 | $152.5 | $157.2 | $161.6 | $167.4 | $171.9 | $176.9 | $185.5 | $191.2 |
| *Operating Revenue Growth* | | 1% | 3% | 3% | 3% | 4% | 3% | 4% | 4% | 3% |
| | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | |
| Staff Salaries | $19.4 | $20.1 | $20.8 | $21.5 | $22.3 | $23.1 | $23.9 | $24.8 | $25.6 | $25.6 |
| Team Salaries | $70.5 | | $77.0 | $80.5 | $84.1 | $88.1 | $91.8 | $95.9 | $100.3 | $104.8 |
| Benefits | $11.2 | $11.2 | $13.1 | $14.1 | $15.2 | $16.5 | $17.8 | $19.2 | $20.7 | $22.4 |
| Team Operations | $6.0 | $6.3 | $6.6 | $6.9 | $7.3 | $7.6 | $8.0 | $8.4 | $8.8 | $9.3 |
| Tax | $3.0 | $3.0 | $3.1 | $3.2 | $3.3 | $3.3 | $3.4 | $3.5 | $3.6 | $3.7 |
| Utilities | $1.0 | $1.7 | $1.0 | $1.0 | $1.1 | $1.1 | $1.1 | $1.1 | $1.2 | $1.2 |
| Co-generation (HVAC) | $1.6 | $1.7 | $1.7 | $1.7 | $1.8 | $1.8 | $1.8 | $1.9 | $1.9 | $1.9 |
| General and Administrative | $10.3 | $10.6 | $10.9 | $11.1 | $11.4 | $11.7 | $12.0 | $12.4 | $12.7 | $13.0 |
| Maintenance and Repair | $1.4 | $1.4 | $1.5 | $1.5 | $1.5 | $1.5 | $1.5 | $1.5 | $1.5 | $1.5 |
| Insurance | $1.8 | $1.8 | $1.9 | $1.9 | $2.0 | $2.0 | $2.1 | $2.2 | $2.2 | $2.3 |
| Management Fee | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Selling and Promotional Expenses | $3.0 | $3.1 | $2.2 | $2.3 | $2.4 | $2.5 | $2.7 | $2.7 | $3.8 | $4.1 |
| Business & Occupation Taxes | $2.2 | $2.3 | $2.3 | $2.3 | $2.4 | $2.5 | $2.6 | $2.7 | $2.8 | $2.9 |
| Rent | $1.0 | $1.0 | $1.0 | $1.1 | $1.1 | $1.1 | $1.1 | $1.1 | $1.2 | $1.2 |
| Property Tax | | | | | | | | | | |
| **Total Operating Expense** | $131.3 | $137.0 | $143.5 | $149.2 | $155.8 | $162.7 | $169.8 | $177.4 | $185.4 | $193.7 |
| *Operating Expense Growth* | | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| | | | | | | | | | | |
| **EBITDA** | $14.8 | $11.3 | $9.5 | $8.0 | $5.8 | $4.7 | $2.1 | $1.5 | $0.1 | $(2.5) |

# Summary 10 Year Financials

| | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 | 2018-2019 | 2019-2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Debt Service | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Expense | $ (23.4) | $ (22.5) | $ (21.5) | $ (20.5) | $ (19.6) | $ (18.6) | $ (17.7) | $ (16.7) | $ (15.8) | $ (14.8) |
| Principal Payment | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) | $ (13.6) |
| Ongoing CapX | $ - | $ - | $ (0.6) | $ (1.0) | $ (1.2) | $ (1.4) | $ (1.6) | $ (1.8) | $ (2.0) | $ (2.2) |
| Change in NWC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Estimated Cash Flow | $ (22.2) | $ (24.9) | $ (26.4) | $ (27.2) | $ (28.6) | $ (29.0) | $ (30.8) | $ (30.7) | $ (31.3) | $ (33.2) |
| Distributions | | | | | | | | | | |
| Cash Balance | $ (22.2) | $ (47.0) | $ (73.4) | $ (100.6) | $ (129.2) | $ (158.1) | $ (189.0) | $ (219.7) | $ (251.0) | $ (284.1) |

PBC_14409



# Summary 10 Year Financials

| Equity Return | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 | 2018-2019 | 2019-2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Investment | -$100.0 | | | | | | | | | |
| Cash Distributions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Tax Benefit (Liability) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Estimated Cash Flow | $ (22.2) | $ (24.8) | $ (26.4) | $ (27.2) | $ (28.6) | $ (29.0) | $ (30.8) | $ (30.7) | $ (31.3) | $ (33.2) |
| Net Cash Flows | $ (122.2) | $ (24.8) | $ (26.4) | $ (27.2) | $ (28.6) | $ (29.0) | $ (30.8) | $ (30.7) | $ (31.3) | $ (33.2) |
| **IRR** | NA | | | | | | | | | |
| Cumulative Cash Investment | -$122.2 | -$147.0 | -$173.4 | -$200.6 | -$229.2 | -$258.1 | -$289.0 | -$319.7 | -$351.0 | -$384.1 |
| Annual Simple Cash Return on Investment | -22.2% | -24.8% | -26.4% | -27.2% | -28.6% | -29.0% | -30.8% | -30.7% | -31.3% | -33.2% |
| Cumulative Simple Cash Return Investment | -22.2% | -47.0% | -73.4% | -100.6% | -129.2% | -158.1% | -189.0% | -219.7% | -251.0% | -284.1% |

PBC_14410

ICON

# Funding Summary



FUNDING

|  | Renton Base | % |
|---|---|---|
| TOTAL DEVELOPMENT BUDGET | $ 440,043,853 | 100.0% |
| STATE | $ - | 0.0% |
| Funding Required | $ 440,043,853 | 100.0% |
| | | |
| Sound Transit | $ - | 0.0% |
| Local Municipality | $ - | 0.0% |
| Funding required | $ 440,043,853 | |
| | | |
| Team Development | $ 100,000,000 | 22.7% |
| Land | $ - | |
| | | |
| Total Team Equity | $ 100,000,000 | 22.7% |
| | | |
| Debt | $ 340,043,853 | 77.3% |

# Summary Site Arena Costs

| | |
|---|---|
| ARENA, PARKING LAND ACQUISITION & SITE DEVELOPMENT | $39,712,000 |
| DESIGN / PROFESSIONAL SERVICES | $18,295,544 |
| PROJECT ADMINISTRATION | $9,228,953 |
| CONSTRUCTION | $252,584,000 |
| CONSTRUCTION: PARKING | $57,500,000 |
| OTHER DEVELOPMENT | $10,000,000 |
| SYSTEMS & EQUIPMENT | $30,500,000 |
| PERMITS, TESTING, FEES, TAXES & OTHER | $3,688,626 |
| SUB TOTAL | $420,953,997 |
| PROJECT CONTINGENCY (5%) | $19,089,856 |
| TOTAL | $440,043,853 |

