# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE<br>Plaintiff/Petitioner | Cause #: C07-1620MJP |
| vs.<br>THE PROFESSIONAL BASKETBALL CLUB, LLC<br>Defendant/Respondent | Declaration of Service of:<br>WITNESS FEE CHECK; LETTER; SUBPOENA IN A CIVIL CASE |
| | Hearing Date: Jun 16 2008 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 10 2008 6:40PM at the address of 827 32ND AVE S SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon WILLIAM ALVES by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with WILLIAM ALVES.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 13, 2008 at Seattle, WA

by _____
T. Hermansen   0561574

Service Fee Total: $ 75.95



07-CV-01620-RCPT

RIGINAL
F OF SERVICE

Page 1 of 1

Byrnes & Keller
1000 2nd Avenue 38th Floor
Seattle, WA 98104
206 622-2000