The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>                Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>                Defendant. | No. C07-1620MJP<br><br>DECLARATION OF CHRIS WALTERS |

Chris Walters declares as follows:

1. I am a partner of McKinsey& Company, in McKinsey's New York office. I have personal knowledge of and am competent to testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the New Orleans/Oklahoma City Hornets Review, dated March 18, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Oklahoma City vs. Seattle Market Comparison Report, dated March 18, 2008.

4. McKinsey & Company provided consulting services relating to the documents attached as Exhibits 1 and 2.

DECLARATION OF Chris Walters
(C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

5. As part of its business, and in the ordinary course of its business, I helped prepare the Oklahoma City vs. Seattle Market Comparison Report and the New Orleans/Oklahoma City Hornets Review for the National Basketball Association.

6. The copies attached hereto as Exhibits 1 and 2 are maintained by McKinsey & Company in its business records as part of its normal record keeping procedures.

I declare under penalty of perjury that the foregoing is true and correct.

DATED at 11:00, New York this 13th day of June, 2008.



BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

DECLARATION OF CHRIS WALTERS (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

EXHIBITS 1 & 2
FILED UNDER SEAL
PURSUANT TO
PROTECTIVE ORDER
DATED 3/13/08