The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city, )
)
       Plaintiff, ) No. C07-1620MJP
)
 v. ) DEFENDANT'S MOTION TO SEAL
) EXHIBITS TO WALTERS
THE PROFESSIONAL BASKETBALL CLUB,) DECLARATION
LLC, an Oklahoma limited liability company, )
) NOTE ON MOTION CALENDAR:
       Defendant. ) JUNE 26, 2008
)
)
)
_____)

  Pursuant to Paragraph 13 of the Protective Order, a party filing "Confidential Materials/Attorneys Only Material" must move to seal the filing. Accordingly, defendant hereby moves to seal Exhibits 1 and 2 to the Declaration of Chris Walters.

  DATED this 17th day of June, 2008.

               BYRNES & KELLER LLP

               By: /s/ Steven C. Minson
                 Bradley S. Keller, WSBA #10665
                 Paul R. Taylor, WSBA #14851
                 Steven C. Minson, WSBA #30974
                 Byrnes & Keller LLP

DEFENDANT'S MOTION TO SEAL EXHIBITS TO WALTERS
DECLARATION (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

| | |
|---|---|
| 1 | 1000 Second Avenue, 38th Floor |
| 2 | Seattle, WA 98104 |
| | Telephone:(206) 622-2000 |
| 3 | Facsimile: (206) 622-2522 |
| | Email: bkeller@byrneskeller.com |
| 4 | ptaylor@byrneskeller.com |
| | sminson@byrneskeller.com |
| 5 | Attorneys for Defendant |
| | The Professional Basketball Club, LLC |

DEFENDANT'S MOTION TO SEAL EXHIBITS TO WALTERS
DECLARATION (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Thomas A. Carr (thomas.carr@seattle.gov)
      Gregory C. Narver (gregory.narver@seattle.gov)
      Seattle City Attorney
      600 Fourth Avenue, 4th Floor
      P.O. Box 94769
      Seattle, WA  98124-4769

      Slade Gorton (slade.gorton@klgates.com)
      Paul J. Lawrence (paul.lawrence@klgates.com)
      Jeffrey C. Johnson (jeff.johnson@klgates.com)
      Michelle Jensen (michelle.jensen@klgates.com)
      K&L Gates
      925 4th Avenue, Suite 2900
      Seattle, WA  98104

      /s/ Steven C. Minson
      Steven C. Minson, WSBA #30974
      Byrnes & Keller LLP
      1000 Second Avenue, 38th Floor
      Seattle, WA  98104
      Telephone:  (206) 622-2000
      Facsimile:  (206) 622-2522
      ptaylor@byrneskeller.com

DEFENDANT'S MOTION TO SEAL EXHIBITS TO WALTERS
DECLARATION (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000