1
2
3
4
5
6
7

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 23 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON     DEPUTY

The Honorable Marsha J. Pechman

07-CV-01620-ORD

8       UNITED STATES DISTRICT COURT
9       WESTERN DISTRICT OF WASHINGTON

10   CITY OF SEATTLE, a first-class charter city,    )
11                                     Plaintiff,    )   No. C07-1620MJP
                                                     )
12        v.                                         )   [PROPOSED] ORDER GRANTING
                                                     )   DEFENDANT'S MOTION TO SEAL
13   THE PROFESSIONAL BASKETBALL CLUB, )                 TRIAL BRIEF
     LLC, an Oklahoma limited liability company, )
14                                                   )   NOTE ON MOTION CALENDAR:
                                     Defendant.      )   JUNE 20, 2008
15                                                   )
                                                     )
16   _____ )

17        THIS MATTER came before the Court on Defendant's Motion to Seal Trial Brief.

18   Proper notice of said motion having been given to all counsel of record, the Court having

19   considered the pleadings, and being fully advised, it is hereby

20        ORDERED that Defendant's Motion to Seal Trial Brief is hereby GRANTED.

21        DATED this 21 day of June, 2008.

22
23                                          _____
                                            Honorable Marsha J. Pechman
24                                          United States District Court Judge

25
26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
SEAL TRIAL BRIEF (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Presented by:

2  BYRNES & KELLER LLP

3

4  By: /s/ Paul R. Taylor
5      Bradley S. Keller, WSBA #10665
       Paul R. Taylor, WSBA #14851
6      Steven C. Minson, WSBA #39074
    Byrnes & Keller LLP
7   1000 Second Avenue, 38th Floor
    Seattle, WA 98104
8   Telephone:    (206) 622-2000
    Facsimile:    (206) 622-2522
9   Email: bkeller@byrneskeller.com
           ptaylor@byrneskeller.com
10          sminson@byrneskeller.com
11  Attorneys for Defendant
    The Professional Basketball Club
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
SEAL TRIAL BRIEF (C07-1620MJP) - 2

1

2

## CERTIFICATE OF SERVICE

3    I hereby certify that on the 11th day of June, 2008, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

4    such filing to the following:

5

6    Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)

Seattle City Attorney

7    600 Fourth Avenue, 4th Floor
P.O. Box 94769

8    Seattle, WA  98124-4769

9

10    Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)

11    Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates

12    925 4th Avenue, Suite 2900
Seattle, WA  98104

13

14

15

16    /s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665

17    Byrnes & Keller LLP
1000 Second Avenue, 38th Floor

18    Seattle, WA  98104
Telephone:  (206) 622-2000

19    Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
SEAL TRIAL BRIEF (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000