The Honorable Marsha J. Pechman

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 23 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-01620-PET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city, )
                                              )
                    Plaintiff,                )  No. C07-1620MJP
                                              )
        v.                                    )  [PROPOSED] ORDER GRANTING
                                              )  DEFENDANT'S MOTION TO SEAL
THE PROFESSIONAL BASKETBALL CLUB,)  EXHIBITS TO WALTERS
LLC, an Oklahoma limited liability company,   )  DECLARATION
                                              )
                    Defendant.                )  NOTE ON MOTION CALENDAR:
                                              )  JUNE 26, 2008
                                              )

THIS MATTER came before the Court on Defendant's Motion to Seal Exhibits to the Walters Declaration. Proper notice of said motion having been given to all counsel of record, the Court having considered the pleadings, and being fully advised, it is hereby

ORDERED that Defendant's Motion to Seal Exhibits to Walters Declaration is hereby GRANTED.

DATED this 24 day of June, 2008.

_____
Honorable Marsha J. Pechman
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
SEAL EXHIBITS TO WALTERS DECLARATION (C07-1620MJP)
- 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Presented by:

2  BYRNES & KELLER LLP

3

4  By: /s/ Steven C. Minson
5      Bradley S. Keller, WSBA #10665
    Paul R. Taylor, WSBA #14851
6      Steven C. Minson, WSBA #39074
  Byrnes & Keller LLP
7    1000 Second Avenue, 38th Floor
  Seattle, WA  98104
8    Telephone:   (206) 622-2000
  Facsimile:   (206) 622-2522
9    Email: bkeller@byrneskeller.com
10         ptaylor@byrneskeller.com
       sminson@byrneskeller.com
11  Attorneys for Defendant
  The Professional Basketball Club

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
SEAL EXHIBITS TO WALTERS DECLARATION (C07-1620MJP)
- 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Carr (thomas.carr@seattle.gov)
Gregory C. Narver (gregory.narver@seattle.gov)
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769

Slade Gorton (slade.gorton@klgates.com)
Paul J. Lawrence (paul.lawrence@klgates.com)
Jeffrey C. Johnson (jeff.johnson@klgates.com)
Michelle Jensen (michelle.jensen@klgates.com)
K&L Gates
925 4th Avenue, Suite 2900
Seattle, WA 98104

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS TO WALTERS DECLARATION (C07-1620MJP) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000