The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE, a first-class charter city,

Plaintiff,

v.

THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,

Defendant.

No. C07-1620MJP

**DECLARATION OF PAUL R. TAYLOR IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF TIM CEIS**

**NOTE ON MOTION CALENDAR FOR IMMEDIATE CONSIDERATION**

Paul R. Taylor declares as follows:

1. I am co-counsel for the defendant The Professional Basketball Club, LLC in this matter. The following is true and correct and based upon my own personal knowledge.

2. I deposed Tim Ceis. At no time either on the record or off the record did the City tell me that they were waiving any attorney-client privilege with regard to Mr. Ceis. Had they done so, I would have immediately served a request for production seeking documents that would otherwise have been covered by the attorney-client privilege.

3. I certify that the attached is a true and correct copy of a portion of the deposition of Tim Ceis.

DECLARATION OF PAUL R. TAYLOR (C07-1620MJP) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1     I declare under penalty of perjury under the laws of the State of Washington that this
2 declaration is true and correct.
3     DATED in Seattle, Washington, this 25th day of June, 2008.

/s/ Paul R. Taylor
Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email: ptaylor@byrneskeller.com

DECLARATION OF PAUL R. TAYLOR (C07-1620MJP) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

     I hereby certify that on the 25th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Thomas A. Carr (thomas.carr@seattle.gov)
       Gregory C. Narver (gregory.narver@seattle.gov)
       Seattle City Attorney
       600 Fourth Avenue, 4th Floor
       P.O. Box 94769
       Seattle, WA 98124-4769

       Slade Gorton (slade.gorton@klgates.com)
       Paul J. Lawrence (paul.lawrence@klgates.com)
       Jeffrey C. Johnson (jeff.johnson@klgates.com)
       Michelle Jensen (michelle.jensen@klgates.com)
       K&L Gates
       925 4th Avenue, Suite 2900
       Seattle, WA 98104

       K. Michael Fandel (mfandel@grahamdunn.com)
       Graham & Dunn PC
       Pier 70
       2801 Alaskan Way ~ Suite 300
       Seattle, WA 98121-1128

       /s/ Paul R. Taylor
       Paul R. Taylor, WSBA #14851
       Byrnes & Keller LLP
       1000 Second Avenue, 38th Floor
       Seattle, WA 98104
       Telephone: (206) 622-2000
       Facsimile: (206) 622-2522
       ptaylor@byrneskeller.com

DECLARATION OF PAUL R. TAYLOR (C07-1620MJP) - 3

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000