FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 27 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

07-CV-01620-NTC

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>                      Plaintiff,<br><br>v.<br><br>PROFESSIONAL BASKETBALL CLUB LLC,<br><br>                      Defendant. | No. C07-01620-MJP<br><br>**TRIAL WITNESS LISTS** |

    Pursuant to Local Rule CR 16.1, Plaintiff City of Seattle (the "City") and Defendant The Professional Basketball Club, LLC ("PBC") hereby submit the Pretrial Order in the above-captioned case:

## JURISDICTION

    This Court has jurisdiction of this civil action under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the value of the amount in controversy exceeds $75,000.

## CLAIMS AND DEFENSES

    The City will pursue the following claim:

    1.    A declaratory judgment that the City is entitled to specific performance of

PRETRIAL ORDER - 1
Case No. C07-01620-MJP
K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Dockets.Justia.com

the Sonics' tenancy is unique, but it is also difficult to value, thus money cannot adequately compensate the City if PBC fails to fulfill its obligations as promised.

7. Filing suit to enforce contractual rights is not unclean hands as a matter of law.

## DEFENDANT'S ISSUES OF LAW

1. PBC agrees with the City's Issues of Law Nos. 1 and 2 subject to interpretation of the Lease by the Court.

2. PBC disagrees with the City's Issues of Law Nos. 3 through 7.

## EXPERT WITNESSES

(a) Each party shall be limited to _____ expert witnesses on the issues of _____.

(b) The names and addresses of the expert witnesses to be used by each party at the trial and the issue upon which each will testify are:

(1) On behalf of plaintiff:

**Andrew Zimbalist**
**c/o K&L Gates**
**925 Fourth Ave, Suite 2900**
**Seattle, WA 98104**

Mr. Zimbalist will testify that there are substantial intangible benefits to having a local sports team, but that these benefits are difficult to quantify. Mr. Zimbalist's opinions are set forth in his expert report.

**Todd Menenberg**
**c/o K&L Gates**
**925 Fourth Ave, Suite 2900**
**Seattle, WA 98104**

Mr. Menenberg will testify regarding various opinions as set forth in his expert report. He will describe that the Sonics had significant operating losses prior to the 2005-06 season;

PRETRIAL ORDER - 10
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

JUN 17 2008

the Sonics losses in 2006-07 increased substantially from 2005-06 due to declines in attendance and ticket revenue, and substantial increases in player salaries; and the Sonics losses in 2007-08 are projected to be substantially higher, driven by the same factors (lower attendance, higher salaries). He also will explain that PBC's operating losses are likely offset by capital appreciation (10-15% annually) and tax benefits from purchase (around $50 million).

**Lon Hatamiya**
c/o K&L Gates
925 Fourth Ave, Suite 2900
Seattle, WA 98104

Mr. Hatamiya will testify regarding the substantial economic benefits the Sonics bring to Seattle both directly and indirectly. Mr. Hatamiya's opinions are set forth in his expert report.

(2) On behalf of defendant.

**Danny Barth**
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Barth is the Interim President and CEO of the Sonics. He will testify about the matters set forth in his expert report, the Sonics' financial performance, the decline in fan interest in the team, the decline in sponsorships, the inadequacies of KeyArena, and all matters detailed in his deposition.

PRETRIAL ORDER - 11
Case No. C07-01620-MJP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | Deborah Jay |
| 2 | c/o Byrnes & Keller |
|   | 1000 Second Avenue |
| 3 | 38th Floor |
|   | Seattle, WA 98104 |
| 4 | |

Ms. Jay will testify as to the matters detailed in her expert report about the survey of Seattle residents regarding their views about the impact on their lives if the Sonics leave Seattle.

Mitchell Ziets
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Ziets will testify about the matters detailed in his expert report, including the financial impact of the Sonics playing in Seattle for the final two years of the lease as a "lame-duck franchise."

Brad Humphreys
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Humphreys will testify as to the matters detailed in his expert report, including the fact that there will be no net economic impact on Seattle if the Sonics leave Seattle.

PRETRIAL ORDER - 12
Case No. C07-01620-MJP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | **OTHER WITNESSES** |
| 2 | The names and addresses of witnesses, other than experts, to be used by each party at |
| 3 | the time of trial and the general nature of the testimony of each are: |
| 4 | (a) On behalf of plaintiff: |
| 5 | |
| 6 | **Virginia Anderson** |
| 7 | c/o K&L Gates<br>925 Fourth Ave, Suite 2900 |
| 8 | Seattle, WA 98104 |
| 9 | Ms. Anderson will testify regarding the negotiation of KeyArena Lease, including the |
| 10 | City's purposes in negotiating a 15 year term. She also will offer testimony regarding the |
| 11 | benefits to the Seattle Center of having the Sonics play in KeyArena. |
| 12 | |
| 13 | |
| 14 | **Bob Watt**<br>c/o K&L Gates |
| 15 | 925 Fourth Ave, Suite 2900<br>Seattle, WA 98104 |
| 16 | |
| 17 | Mr. Watt may testify regarding the benefits stemming from the presence of the Sonics |
| 18 | in Seattle. |
| 19 | |
| 20 | **Jyo Singh**<br>c/o K&L Gates |
| 21 | 925 Fourth Ave, Suite 2900<br>Seattle, WA 98104 |
| 22 | Mr. Singh will testify regarding the renovations of KeyArena, the characteristics of |
| 23 | KeyArena and its functionality as a venue for professional basketball, and the nature of the |
| 24 | working relationships between Seattle Center and Sonics staff. |
| 25 | |
| 26 | |

PRETRIAL ORDER - 13
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1     **Clayton Bennett**
    c/o Byrnes & Keller
2     1000 Second Avenue
3     38th Floor
    Seattle, WA 98104

Mr. Bennett will testify regarding the Lease, PBC's obligations, negotiations, due diligence efforts, and understanding of the BCOS operating losses. He will describe the various acknowledgements (public and otherwise) in which PBC claimed intended to honor the Lease through 2010 and find a suitable location for a new arena in the Seattle metropolitan area. Mr. Bennett will testify regarding broad economic and non-economic benefits NBA teams provide to their home city. He will testify regarding various admissions PBC made in response to discovery requests. Mr. Bennett will testify that the terms of the Lease and the condition of KeyArena are the same as they were when PBC bought the team. Mr. Bennett may also testify by deposition as designated by the City.

**Danny Barth**
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Barth will testify regarding PBC's intent to run the Sonics in same way if specific performance is ordered, including PBC's compliance with its obligations under the Lease. He will explain the various ways in which losing the Sonics will impact the Seattle community negatively, including the opportunity to see NBA games live. He will describe the Sonics' rich history, history of fan support, and strong community and charitable involvement. He will testify regarding the causes of the Sonics' losses (uncertainty and team performance). Mr. Barth will also testify by deposition as designated by the City.

PRETRIAL ORDER - 14
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  James Donaldson
   c/o K&L Gates
2  925 Fourth Ave, Suite 2900
   Seattle, WA 98104
3

4      Mr. Donaldson will testify regarding the Sonics' involvement in community, charitable

5  activities, and general benefits to the City from the presence of the Sonics.

6

7  Matthew Wade
   c/o K&L Gates
8  925 Fourth Ave, Suite 2900
   Seattle, WA 98104
9

10     Mr. Wade may testify regarding the Sonics' involvement in community and charitable

11 activities.

12

13 Sherman Alexie
   c/o K&L Gates
14 925 Fourth Ave, Suite 2900
15 Seattle, WA 98104

16     Mr. Alexie will testify regarding the Sonics' role in the Seattle metropolitan

17 community from the perspective of a Season Ticket holder, the diverse nature of Sonics'
18
   crowds, the impact of the Sonics on minority communities, and the impact of sports on family
19
20 relationships.

21

22 Greg Nickels
   c/o K&L Gates
23 925 Fourth Ave, Suite 2900
24 Seattle, WA 98104

25     Mayor Nickels will testify regarding the contributions of professional sports, including

26 the Sonics, in making Seattle a great city. He will describe how the health and vitality of

PRETRIAL ORDER - 15
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

KeyArena affects the general health and vitality of the larger Seattle Center campus, including the Seattle Opera, the Pacific Northwest Ballet, etc. Mayor Nickels will describe the non-economic benefits the Sonics bring to Seattle, including: community spirit and pride; City exposure; cultural vitality; enhanced ability to attract new residents; and charitable activities with Seattle organizations and institutions.

**Nick Licata**
c/o K&L Gates
925 Fourth Ave, Suite 2900
Seattle, WA 98104

Mr. Licata will testify regarding the extent to which the Sonics provide the City with a cultural and civic benefit, and his interactions with constituents regarding this issue.

**Aubrey McClendon (will testify by deposition)**
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. McClendon will testify via deposition regarding his understanding that the opportunity to purchase Sonics was unique. He describe that as a representative of PBC, he did not focus on financial elements of the Sonics acquisition and is able to handle any losses related to the team's operation. Mr. McClendon will testify regarding PBC's expectations for moving the Sonics to Oklahoma City. Mr. McClendon will also testify by deposition as designated by the City. (If Mr. McClendon agrees to testify in person, the City may also present testimony by deposition.)

PRETRIAL ORDER - 16
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

James Couch (will testify by deposition)
Office of the City Manager
200 N Walker, 3rd Floor
Oklahoma City, OK 73102

Mr. Couch is the City Manager of Oklahoma City. He will testify regarding the matters addressed in the deposition excerpts designated by the City, including the economic and intangible benefits to Oklahoma City of having an NBA team, communications with PBC regarding the Sonics and relocation of the Sonics, and the terms of the Ford Center lease between PBC and Oklahoma City. (If Mr. Couch agrees to testify in person, the City may also present testimony by deposition.)

Brent Gooden (will testify by deposition)
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Gooden is a public relations consultant hired by PBC. He may testify regarding the matters addressed in the deposition excerpts designated by the City, including Mr. Gooden's work for and his communications with PBC and its members.

Joel Litvin (will testify by deposition)
NBA 30(b)(6) deponent
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Mr. Litvin is the 30(b)(6) deponent from the NBA. He will testify about the matters addressed in the deposition excerpts designated by the City (Mr. Litvin's deposition has been identified as Confidential Material by the NBA).

PRETRIAL ORDER - 17
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Roy Williams (will testify by deposition)
The Greater Oklahoma City Chamber of Commerce 30(b)(6) deponent
c/o Crowe & Dunleavy
20 North Broadway
Suite 1800
Oklahoma City, OK 73012

Mr. Williams will testify regarding the matters addressed in the deposition excerpts designated by the City, including the economic and intangible benefits to Oklahoma City of having an NBA team, the campaign for approval of a tax to pay for the renovations of the Ford Center in Oklahoma City, PBC's contributions to that campaign, the tax break provided to PBC by Oklahoma State, and the NBA relocation committee's visit to Oklahoma City.

If PBC elects to offer the testimony of Tim Ceis, Richard Conlin, or Robert Nellams solely through deposition, the City reserves the right to call them as live witnesses for purposes of rebuttal. The City reserves the right to call other rebuttal witnesses as necessary.

(b) On behalf of defendant:

Clay Bennett (will testify)
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. Bennett is the Chair of the PBC. He will testify concerning the PBC, the PBC's acquisition of the team, its efforts to obtain a new arena in the greater Seattle area, the losses it anticipates if it continues to play at KeyArena relative to the financial impact of playing in Oklahoma City, the reasons for relocating the team to Oklahoma City, and all matters addressed in his deposition.

PRETRIAL ORDER - 18
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Aubrey McClendon** (will testify)
c/o Byrnes & Keller
1000 Second Avenue
38th Floor
Seattle, WA 98104

Mr. McClendon is a member of the PBC. He will testify about the PBC's intention to secure a new arena in the Seattle area.

**James Couch** (will testify)
Office of the City Manager
200 N Walker, 3rd Floor
Oklahoma City, OK 73102

Mr. Couch is the City Manager of Oklahoma City. He will testify about when the PBC first contacted the City about relocating to Oklahoma City, efforts the City made to accommodate relocation, the steps that have been taken to prepare for the Sonics in Oklahoma City, including local and state legislation and remodeling of Ford Center, the interest among Oklahoma City residents in having the Sonics move to Oklahoma City, and the matters addressed in his deposition.

**Walter Walker** (will testify)
c/o Michael A. Goldfarb
Peterson Young Putra
2800 Century Square
1501 4th Avenue
Seattle, WA 98101

Mr. Walker may testify about his involvement in the City's efforts to use specific performance to force the PBC to sell the Sonics, his involvement with potential buyers of the Sonics, the problems with KeyArena as a venue for NBA basketball, and efforts to persuade the NBA not to permit the PBC to relocate the Sonics to Oklahoma City.

JUN 20 2008

PRETRIAL ORDER - 19
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Mathew Griffin** (will testify)

Mr. Griffin will testify about his involvement in the City's efforts to use specific performance to force the PBC to sell the Sonics, and his efforts to secure city and state support of a new arena.

**Tim Ceis** (may testify)

Mr. Ceis may testify about the City's efforts to lobby against the PBC's attempt to secure legislative support for a new arena in the greater Seattle area. He may also testify about the City's efforts to use specific performance to force the PBC to sell the Sonics, and the City's efforts to obtain legislative support for remodeling KeyArena, and efforts to persuade the NBA not to permit the PBC to relocate the Sonics to Oklahoma City.

**Richard Conlin** (may testify) (by deposition)

Mr. Conlin may testify about the City's efforts to lobby against the PBC's attempt to secure legislative support for a new arena in the greater Seattle area. He may also testify about the City's efforts to use specific performance to force the PBC to sell the Sonics, and the City's efforts to obtain legislative support for remodeling KeyArena. Mr. Conlin may also testify about the lack of any cultural or economic impact of the Sonics on the City of Seattle.

**Nick Licata** (will testify)
c/o K&L Gates
925 Fourth Ave, Suite 2900
Seattle, WA 98104

Mr. Licata may testify about the City's efforts to lobby against the PBC's attempt to secure legislative support for a new arena in the greater Seattle area. He may also testify about the City's efforts to use specific performance to force the PBC to sell the Sonics, and the City's

PRETRIAL ORDER - 20
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

efforts to obtain legislative support for remodeling KeyArena. Mr. Licata may also testify about the lack of any economic or cultural impact of the Sonics on the City of Seattle, and his role in Initiative 91, which limits the use of public funds for sports facilities in Seattle.

**Larry Nichols** (may testify)

Mr. Nichols may testify about the PBC's intention to attempt to obtain a new arena in the greater Seattle area, and the impact of that intention on potential investors in the PBC.

**Robert Nellams** (may testify) (by deposition)

Mr. Nellams may testify about the economics of KeyArena from the perspective of the City, why those economics render the lease unworkable from the City's perspective, and his involvement with potential buyers of the Sonics.

**Greg Nickels** (may testify)
c/o K&L Gates
925 Fourth Ave, Suite 2900
Seattle, WA 98104

Mr. Nickels may testify about the cultural impact of the Sonics leaving Seattle, the City's efforts to obtain legislative support for remodeling KeyArena, the inadequacies of KeyArena, the City's goal in bringing this lawsuit, and all matters addressed in his deposition.

**Terry McLaughlin** (may testify)

Mr. McLaughlin is a former executive with the Sonics, both when they were owned by the PBC and previously by the Schultz group. Prior to that, he worked for the Seattle City Center. Mr. McLaughlin may testify about efforts by the Schultz ownership group and the PBC to obtain support from the legislature for either a remodel of KeyArena or a new multipurpose arena. He may also testify about the circumstances of the negotiation of the

PRETRIAL ORDER - 21
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

original lease, and the inadequacies of KeyArena.

**James Kneeland** (may testify)

Mr. Kneeland is the principal of Pacific Public Affairs, a public relations and lobbying firm. He may testify about the efforts made by the PBC and his company to obtain a new multipurpose arena in the greater Seattle area.

**Gerry Johnson** (may testify)
**c/o K&L Gates**
**925 Fourth Ave, Suite 2900**
**Seattle, WA 98104**

Mr. Johnson is a lawyer with K&L Gates. He will only be called to authenticate documents if the City does not stipulate to authenticity of such documents.

**Slade Gorton** (may testify)
**c/o K&L Gates**
**925 Fourth Ave, Suite 2900**
**Seattle, WA 98104**

Mr. Gorton is a lawyer with K&L Gates. He will only be called to authenticate documents in the event that the City does not stipulate to the authenticity of such documents.

**Cushman & Wakefield Document Custodian** (may testify)

The custodian will only testify in the event that the City disputes the authenticity of Cushman & Wakefield documents.

PRETRIAL ORDER - 22
Case No. C07-01620-MJP

K:\2065932\00001\20743_KLV\20743P20HP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022