FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

JUN 27 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

PBC, LLC
USDC, W.D. WASH. 07-1620MJP
DEFENDANT'S TRIAL EXHIBITS

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 500 | 2/15/2006 | KeyArena Subcommittee Final Report and Recommendations | KALD_ | 2858 | 2941 | X | | R; H; ER 702 | 06-16 GN | |
| 501 | 00/00/0000 | 2006-2007 Clay Bennett Travel log and itineraries | PBC_ | 12078 | 12089 | X | | R | 06-17 CB | |
| 502 | 00/00/0000 | 2007-2008 Wally Walker's desk calendar | WW | 13 | 69 | | X | R; H | | |
| 503 | 00/00/0000 | Icon report for a private arena | PBC_ | 14405 | 14412 | | X | R; H | | |
| 504 | 00/00/0000 | Spreadsheet: City Share of Sonics/ Storm KeyArena Revenue | PBC | 104988 | 104988 | | | A; H | 06-18 DB | |
| 505 | 00/00/0000 | Spreadsheet: Fox Sports Northwest Seattle Sonics - Nielsen Ratings 2004-05 through 2007-08 and spreadsheet: 2007-08 Seattle SuperSonics on FSN Northwest Seattle DMA | PBC | 107953 | 107954 | X | | | 06-18 DB | |
| 506 | 00/00/0000 | Spreadsheet: National Basketball Association Net Gate Receipts/ And Paid Attendance (Tickets Sold) Comparison | PBC | 107959 | 107964 | X | | | | |
| 507 | 00/00/0000 | Spreadsheet: Season Ticket Holders as of 2002-03 Seat Attrition Rate | PBC | 107955 | 107955 | | | A | 06-18 DB | |
| 508 | 00/00/0000 | Spreadsheet: Seattle Sonics Paid Attendance - No Show Rate 2003-04 | PBC | 107956 | 107956 | | | A | 06-18 DB | |
| 509 | 00/00/0000 | Spreadsheet: Suite Revenue/ Contractual Payment Analysis 2002-03 through 2009-10 | PBC | 107965 | 107965 | | | A | 06-18 DB | |
| 510 | 00/00/0000 | Spreadsheet: Ticket Sales Comparison Seattle Sonics 2000-01 through 2007-08 | PBC | 107957 | 107958 | | | A | 06-18 DB | |
| 511 | 00/00/0000 | Spreadsheets: The Professional Basketball Club, LLC Estimated 2008-09, 2009-10 City of Seattle Taxes Pro Forma-Based upon Table 12 (Low End of Range) and Pro Forma-Based upon Table 13 (High End of Range) | PBC | 107949 | 107952 | X | | | | |
| 512 | 9/30/2003 | The Basketball Club of Seattle, LLC Financial Statements for the Years Ended September 30, 2003 and 2002 and Independent Auditors' Report | PBC | 104948 | 104966 | | | | | |
| 513 | 7/1/2004 | Draft for Internal Discussion Only Seattle Center Loan Legislation Update | KALD_ | 6000339 | 6000339 | | X | R | | |

1



07-CV-01620-EXH

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 514 | 9/29/2004 | Gerry Johnson email to Terry McLaughlin, Danny Barth and Stan Barer re Talking Points, with Sonics Talking Points attached | PBC | 104426 | 104428 | | X | R | 06-18 DB | |
| 515 | 9/30/2005 | The Basketball Club of Seattle, LLC Financial Statements for the Years Ended September 30, 2005 and 2004 and | PBC | 104908 | 104927 | X | | | | |
| 516 | 00/00/2006 | Mayor's Task Force The Accumulated Debt | KALD_ | 12534 | 12537 | | X | R | | |
| 517 | 00/00/2006 | The Sonics Welfare and that of the Seattle Center's KeyArena are Not Linked | KALD_ | 1002729 | 1002730 | | X | R; H; ER 702 | 06-16 GN | |
| 518 | 00/00/2006 | Web page: 2006 Seattle Elections, Initiative 91 - Below Value Leases to Sports Teams, http://www2.seattle.gov/ethics/voi/20061107/sportsbt.htm | | | | | X | R; H | 6-20 NL | |
| 519 | 2/1/2006 | MSNBC.com article: "Sonics owner: Team looking at arena alternatives" | | 2 pages | | | X | R; H | | |
| 520 | 2/8/2006 | Nick Licata memo to Rep. Jim McIntire re HB 3233 | KALD_ | 10002498 | 10002500 | | X | R; H; ER 702 | 6-20 NL | |
| 521 | 2/9/2006 | Richard Conlin newsletter: Making It Work, Vol. VIII, Issue 1, http://wwww.seattle.gov/Council/Conlin/miw/0601miw.htm | | 4 pages | | | X | R; H; ER 702 | | |
| 522 | 2/9/2006 | Sen. Pat Thibaudeau email to Nick Licata re HB 3233, SB 6849 | KALD_ | 10009990 | 10000992 | | X | R; H; ER 702 | 6-20 NL | |
| 523 | 2/9/2006 | Web page by Nick Licata: Urban Politics #210, The Sonics & Your Tax Dollars, http://www.seattle.gov/council/licata/up_210.htm | | 2 pages | | | X | R; H; ER 702 | | |
| 524 | 2/10/2006 | Rep. Sherry Appleton email to Nick Licata re HB 3233, SB 6849 | KALD_ | 1002456 | 1002460 | | X | R; H; ER 702 | 6-20 NL | |
| 525 | 3/1/2006 | Outline of Central Staff presentation to PELL Committee on KeyArena Economic Impact Assessment | KALD_ | 5437 | 5440 | | X | R; H; ER 702 | 6-20 NL | |
| 526 | 3/9/2006 | Richard Conlin newsletter: Making It Work, Vol. VIII, Issue 2, http://www.seattle.gov/Council/Conlin/miw/0602miw.htm | | 5 pages | | | X | R | 06-16 GN | |
| 527 | 4/17/2006 | Greg Nickels and Seattle City Council letter to Gov. Christine Gregoire | | 2000379 | 2000380 | | X | R | | |

PBC, LLC
USDC, W.D. WASH. 07-1620MJP
DEFENDANT'S TRIAL EXHIBITS

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 528 | 4/26/2006 | The Seattle Center/ KeyArena Proposal for Economic, Development & Sustainability | PBC_ | 6356 | 6366 | | X | R; H; ER 702 | | |
| 529 | 05/00/2006 | Report by Mayor's Task Force for Seattle Center Sustainability | | | | | | R; H | 06-16 GN | |
| 530 | 6/13/2006 | Seattle P-I article: "A tax bailout? Let Sonics go, Seattleites say" | | 2 pages | | | X | R; H; ER 702 | | |
| 531 | 7/20/2006 | Gerry Johnson email to Terry McLaughlin re Lunch with the Mayor | PBC_ | 102682 | 102683 | | X | R; H | | |
| 532 | 7/28/2006 | Web page by Nick Licata: Urban Politics #217, Sonics Sold, Now What?, http://www.seattle.gov/council/licata/up/217.htm | | 3 pages | | | X | R; H | | |
| 533 | 8/26/2006 | Seattle P-I article: "Sonics owners eye Memorial Stadium" | | 2 pages | | | X | R; H | | |
| 534 | 9/19/2006 | KING-TV sponsored poll by SurveyUSA News | | 3 pages | | | | A; R; H; ER 702 | JUN 2 6 2008 | |
| 535 | 11/1/2006 | Cushman & Wakefield report: Selected Property Tour | PBC_ | 5704 | 5727 | | X | R; H | 06-17 CB | |
| 536 | 11/10/2006 | Cushman & Wakefield report: King County Preliminary Arena Site Selection Survey | PBC_ | 5728 | 6146 | | X | R; H | | |
| 537 | 11/13/2006 | New York Times article: "As Sonics Pack to Leave Town, Seattle Shrugs" | | 3 pages | | | X | R; H | | |
| 538 | 11/29/2006 | News release: HOK Sport Selected As Architect and Design Firm for New Multi-Purpose Arena in Puget Sound Region | PBC_ | 12035 | 12036 | | X | R; H | | |
| 539 | 12/00/2006 | The Elway Poll Proprietary Report, Citizens for More Important Things, King County Stadium Financing | KALD_ | 1002673 | 1002682 | | X | R; H; ER 702 | | |
| 540 | 12/31/2006 | NBA Combined Financial Statements of NBA Member Teams 2005-2006 Season | GRIFF_ | 210 | 217 | | X | R; H | | |
| 541 | 1/3/2007 | Icon report: Seattle SuperSonics Arena Project Key Facts and Messages | PBC_ | 5393 | 5405 | | X | R; H; ER 702 | | |
| 542 | 1/4/2007 | Citizens for More Important Things News Conference: Results of New County-Wide Poll Measuring Support for Seattle Initiative 91, Barring Tax Subsidies to Pro-Sports Teams | KALD_ | 1002669 | 1002672 | | X | R; H; ER 702 | | |

3

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 543 | 1/18/2007 | Clay Bennett memo to The Professional Basketball Club Partners re Report to Investors | PBC_ | 9315 | 9319 | | X | R | | |
| 544 | 1/20/2007 | Jim Walters email to Tim Romani re Microsoft meeting | PBC_ | 13628 | 13629 | | X | R; H | 06-17 CB | |
| 545 | 1/29/2007 | Clay Bennett memo to The Professional Basketball Club Partners re Brief Investor Update | PBC_ | 9313 | 9314 | | X | R | | |
| 546 | 2/5/2007 | Jim Kneeland memo to Clay Bennett re The road ahead | PBC_ | 8181 | 8183 | | X | R; H | | |
| 547 | 2/5/2007 | The Transpo Group report: New Arena Preliminary Traffic/ Parking Analysis | PBC_ | 7901 | 7914 | | X | R; H; ER 702 | | |
| 548 | 2/15/2007 | Email thread between Clay Bennett and Steve Ballmer re Update II | PBC_ | 13802 | 13803 | | X | R; H | 06-17 CB | |
| 549 | 2/20/2007 | HOK report: KeyArena Comparative Analysis | | | | | X | R; H; ER 702 | | |
| 550 | 2/25/2007 | Aubrey McClendon email to Dan Mahoney, Jeff Records, Tom Ward, et al., re Update | PBC | 106609 | 106610 | | X | R | | |
| 551 | 2/25/2007 | Email thread between Clay Bennett and Steve Ballmer re Images | PBC_ | 13847 | 13848 | | X | R; H | | |
| 552 | 3/23/2007 | Bill Rhoda/ Conventions Sports & Leisure memo to Clay Bennett & Jim Cronin re NHL Market Demographic Comparison | PBC_ | 8140 | 8163 | | X | R; H; ER 702 | | |
| 553 | 3/29/2007 | Nick Licata testimony before Subcommittee on Domestic Policy, Committee on Oversight and Government Reform, State of Urban America | PBC_ | 8099 | 8102 | | X | R; H; ER 702 | JUN 26 2008 | |
| 554 | 4/6/2007 | Email thread between Jim Kneeland and Clay Bennett re Mayor | PBC_ | 13947 | 13948 | | X | R; H | 06-17 CB | |
| 555 | 4/7/2007 | Email thread between Steve Ballmer and Clay Bennett re Thinking | PBC_ | 13949 | 13950 | | X | R; H | 06-17 CB | |
| 556 | 4/10/2007 | Jim Kneeland email to Clay Bennett re Status Report | PBC_ | 13953 | 13953 | | X | | 06-17 CB | |
| 557 | 4/11/2007 | Clay Bennett email to Jim Kneeland re Chopp | PBC_ | 14048 | 14048 | | X | | | |
| 558 | 4/12/2007 | Jim Kneeland email to Clay Bennett re Update (aren't giving up) | PBC_ | 13954 | 13954 | | X | | 06-17 CB | |
| 559 | 4/18/2007 | The News Tribune editorial: "The Sonics are headed for Oklahoma? Oh woe" | | 2 pages | | | X | | | |

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 560 | 4/28/2007 | Brent Gooden email to Clay Bennett re Las Vegas | PBC_ | 14003 | 14004 | | X | R; H | | |
| 561 | 5/22/2007 | Brent Gooden email to Clay Bennett re Danny Barth - tomorrow's meeting | PBC_ | 14236 | 14236 | | X | R; H | | |
| 562 | 6/11/2007 | Century 21 Committee Final Report: Alternative Plans for Seattle Center's future, http://seattlecenter.com/ century21/ A---Century21FinalReport.pdf | | 51 pages | | | X | R; H | | |
| 563 | 8/14/2007 | Email thread between Tom Ward and Mary Whitson re Seattle Sonics | PBC_ | 12076 | 12077 | | X | R; H | | |
| 564 | 8/23/2007 | Seattle P-I article: "Sonics stalemate requires a Stern approach" | | 3 pages | | | X | R; H | | |
| 565 | 9/30/2007 | The Professional Basketball Club, LLC Consolidated Financial Statements as of and for the Years Ended September 30, 2007 and Independent Auditors' Report | PBC | 104868 | 104886 | X | | | | |
| 566 | 10/6/2007 | File properties for PowerPoint documents: 1) The Sonics Challenge: Why A Poisoned Well Affords A Unique Opportunity; and 2) The Path Forward | | 4 pages | | | | A; R | | |
| 567 | 10/6/2007 | Gerry Johnson email to Mike McGavick and Wally Walker re Finals, with two PowerPoint documents attached: 1) The Sonics Challenge: Why A Poisoned Well Affords A Unique Opportunity; and 2) The Path Forward | WW | 194 | 240 | | X | R | 6-20 WW | |
| 568 | 10/15/2007 | Confidentiality Agreement between The NBA, The PBC and the City of Seattle | | 2 pages | | | X | R | 06-24 per Stip | |
| 569 | 10/16/2007 | Email thread between Steve Ballmer and Matt Griffin re Next Steps | GRIFF_ | 1185 | 1188 | | X | R; H | 06-24 per Stip | |
| 570 | 10/18/2007 | Email thread between Steve Ballmer and Matt Griffin re Update of next steps (spoke with Joel Litvin today and will summarize) | SB-AEO | 242 | 244 | | X | R; H | 6-20 WW | |
| 571 | 11/1/2007 | Email thread between Matt Griffin and Wally Walker re Sonics (found better document comparing revenue and expenses) | GRIFF_ | 1887 | 1887 | | | R | | |
| 572 | 11/11/2007 | Matt Griffin email to Steve Ballmer re Status 07-11-11(NBA Comb Fin) | GRIFF | 1036 | 1036 | | | R | | |

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 573 | 11/25/2007 | Matt Griffin email to Steve Ballmer re Status 07-11-25 | GRIFF_ | 1622 | 1623 | | | R; H | 6-20 MG | |
| 574 | 12/2/2007 | Matt Griffin email to Steve Ballmer re Status 07-12-02 | GRIFF_ | 1048 | 1048 | | | R;H | 6-20 MG | |
| 575 | 12/16/2007 | Matt Griffin email to Steve Ballmer re status 07-12-16 | GRIFF_ | 1051 | 1055 | | | R;H | 6-20 MG | |
| 576 | 12/19/2007 | Email thread between Matt Griffin and Slade Gorton re Where to now? (reflections on yesterday's events) | GRIFF_ | 1518 | 1520 | | X | R; H | 6-20 MG | |
| 577 | 1/00/2008 | SRG Partnership and 360 Architecture report: NewArena Imagine the Future | ICON | 5656 | 5721 | | X | R; H; ER 702 | | |
| 578 | 1/00/2008 | Comparable Lease Analysis KeyArena/ Seattle SuperSonics prepared for The City of Seattle by NorthMarq Advisors | GRIFF_ | 794 | 833 | | | R;H;ER 702 | | |
| 579 | 1/29/2008 | Gerald Johnson letter to Wally Walker (retained as non-testifying expert consultant) | GRIFF_ | 2133 | 2134 | | X | R | 6-20 WW | |
| 580 | 2/29/2008 | Conventions Sports & Leisure report: Oklahoma City Market | PBC | 107647 | 107746 | | X | R; H; ER 702 | | |
| 581 | 3/6/2008 | News release: Mayor Nickels announces local effort to buy Sonics, renovate KeyArena | KALD_ | 2000389 2000492 | 2000390 2000495 | | X | R; H | | |
| 582 | 3/6/2008 | Transcript: Mayor Nickel's Press Conference regarding Key Arena Improvement Proposal | | 30 pages | | | X | R; H | JUN 26 2008 | |
| 583 | 3/6/2008 | Richard Conlin newsletter: Making It Work, Vol. X, Issue 2, http://www.seattle.gov/council/conlin/miw/08 02miw.htm | | 5 pages | | | X | R; H | | |
| 584 | 3/7/2008 | Email thread between Wally Walker and Melinda Williams re sonics question | MWC_ | 389 | 389 | | | R;H;ER 702 | | |
| 585 | 3/8/2008 | Email thread between Mike McGavick and Slade Gorton re Sonics | MWC_ | 348 | 349 | | X | R; H | | |
| 586 | 3/17/2008 | Icon report: Financial Projections for Sonics Relocation to Ford Center Presented to The Professional Basketball Club, LLC | PBC | 107628 | 107645 | | X | R; H; ER 702 | | |
| 587 | 3/18/2008 | John Stanton email to Matt Griffin re WA Voters and the KeyArena, with Moore Information Opinion Research attached | GRIFF_ | 1979 | 1981 | | X | R; H; ER 702 | | |

6

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 588 | 3/18/2008 | McKinsey & Co. report: New Orleans/Oklahoma City Hornets Review | NBA | 3875 | 3888 | X | | R; H; ER 702 | | |
| 589 | 3/18/2008 | McKinsey & Co. report: Oklahoma City vs. Seattle Market Comparison Report | NBA | 3799 | 3822 | X | | R; H; ER 702 | | |
| 590 | 3/21/2008 | Melinda Williams email to Matt Griffin re Seattle SuperSonics (Key Arena and the Sonics) | GRIFF_ | 1917 | 1920 | X | | R; H | | |
| 591 | 3/30/2008 | Matt Griffin email to Steve Ballmer re SCI Status 08-03-23a, with a cc to John Stanton and Jim Sinegal | GRIFF_ | 1984 | 1985 | X | | R | | |
| 592 | 4/8/2008 | KeyArena Proposal News Conference Potential Questions and Suggested Responses | KALD_ | 2000371 | 372 | X | | R | | |
| 593 | 4/11/2008 | Email thread between Wally Walker and Slade Gorton, Matt Griffin, Melinda Williams, Mike McGavick and Gerry Johnson re Sonics (Gregoire "shocked") | MWC_ | 2 | 2 | X | | R; H | | |
| 594 | 5/9/2008 | Seattle P-I article: "Oklahoma City wants the Sonics there - or else" | | 3 pages | | | | R;H | | |
| 595 | 00/00/0000 | Spreadsheet: PBC Financial Obligation 2008-2010 | PBC | 107934 | 107935 | | | H; ER 702 | | |
| 596 | 1/16/2004 | New Arena Imagine The Future: Charrette Report by SRG Partnership, Inc. | GRIFF_ | 267 | 304 | | | R; H, ER 702 | 06-18 DB | |
| 597 | 6/18/2004 | The Basketball Club of Seattle Employee Handbook | | 80 pages | | | | R; H | | |
| 598 | 00/00/0000 | Excerpts from Parks, Education, Libraries and Labor Committee (Pell Committee) March 1, 2006, available at http://seattlechannel.org/ videos/video.asp?ID=2050604 and March 29, 2006, available at http://seattlechannel.org/ videos/video.asp?ID=2050603 | | N/A | | | | A; R; H | | |
| 599 | 7/24/2007 | Email from Walter Walker to John Stanton - Attorneys' eyes only | JS | 241 | 243 | | X | | 06-16 GN | |
| 600 | 00/00/0000 | The Professional Basketball Club, LLC Lease Agreements | | 372 pages | | | | | 06-17 JS | |
| 601 | 0000/00/00 | Wally Walker calendar pages | | 122 pages | | | | | 6-20 WW | |

PBC, LLC
USDC, W.D. WASH. 07-1620MJP
DEFENDANT'S TRIAL EXHIBITS

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/ Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 602 | 11/21/2005 | Report Estimating Damages/ Lost Opportunities to the City of Anaheim from Breach of 1996 Lease Agreement by the Angels Baseball Franchise by Andrew Zimbalist | | 7214 | 7239 | | | | | |
| 603 | 12/9/2005 | Deposition of Andrew Zimbalist from City of Anaheim v. Angels Baseball, No. 05CC01902, Orange County Sup. Ct. | | 61 pages | | | | | | |
| 604 | 00/00/0000 | Comparison of Zimbalist's 2005 to 2008 report | | 15 pages | | | | | | |
| 605 | 00/00/0000 | Publication dates of several sports economics treatises | | 15 pages | | | | | | |
| 606 | 1/7/2008 | Opinion and Order from Kentucky Speedway vs. NASCAR, No. 05-138(WOB), USDC E.D. KY | | 14 pages | | | | | | |
| 607 | | Exhibit Number not used | | | | | | | | |
| 608 | | Exhibit Number not used | | | | | | | | |
| 609 | | Ravi Dhar article: Consumer Preference for A No-Choice Option | | 17 pages | | | | | | |
| 610 | 06/00/2008 | MZ Sports: Financial Anaysis: Playing Out the Last Two Seasons of the Lease at Key Arena | | 14 pages | | | | | | |
| 611 | 11/7/2006 | Article from The Stranger, "Net Profit" | | 11 pages | | | | | | |
| 612 | 3/26/2008 | Article from The Stranger, "Sonics Death Watch" | | 1 page | | | | | | |
| 613 | | Brad Humphrey's report | | | | | | | | |
| 614 | 00/00/0000 | Charts re Surveys | | 3 pages | | | | | | |
| 615 | 2/6/2006 | Sports Illustrated article: "On The Block?" | | 3 pages | | | | | 6-19 for Illus only | |
| 616 | 1/10/2007 | Wally Walker email to John Stanton re Arena discussion (City pledge to help in Olympia) | WW | 316 | 317 | | | | 6-20 WW | |
| 617 | 7/20/2007 | Wally Walker email to Mike McGavick re slade (Machiavellian stuff) | WW | 380 | 380 | | | | | |
| 618 | 7/25/2007 | Wally Walker email to John Stanton re Chris Vance column on Crosscut.com | WW | 393 | 396 | | | | 6-20 WW | |

| Exhibit No. | Date | Description | Prefix | Beg Doc | End Doc | No obj. | Authenticity stipulated but objectionable | Objection | Admitted | Refused/Reserved |
|---|---|---|---|---|---|---|---|---|---|---|
| 619 | 9/23/2007 | Wally Walker email to Mike McGavick (draft looks very good) | WW | 429 | 430 | | | | 6-20 WW | |
| 620 | 10/5/2007 | Wally Walker email to Linda Jacobs re Blackurn PowerPoint | WW | 485 | 485 | | | | 6-20 WW | |
| 621 | 11/2/2007 | Matt Griffin email to Mike McGavick re PowerPoint | GRIFF | 1881 | 1881 | | | | | |
| 622 | 11/17/2007 | Steve Ballmer email to Matt Griffin re status | SB-AEO- | 218 | 219 | | | | 6-20 MG | |
| 623 | 12/11/2007 | Steve Ballmer email to Matt Griffin re Status 07-12-08 | SB-AEO- | 190 | 191 | | | | 6-20 MG | |
| 624 | 1/2/2008 | Wally Walker email to Gerry Johnson re | WW | 610 | 611 | | | | 6-20 WW | |
| 625 | 1/29/2008 | Gerald Johnson letter to Wally Walker Draft Letter (retained as non-testifying expert consultant) | KALD | 25755 | 25756 | | | | 6-20 WW | |
| 626 | 2/13/2008 | Slade Gorton email to Matt Griffin, Melinda Williams, Mike McGavick, Wally Walker and Gerry Johnson re Sonics | MWC_ | 904 | 904 | | | | 6-20 MG | |
| 627 | 3/4/2008 | Wally Walker email to Matt Griffin, Gerry Johnson, Melinda Williams, Slade Gorton and Mike McGavick re SCI status | MWC_ | 474 | 475 | | | | 6-20 MG | |
| 628 | 3/5/2008 | Wally Walker email to John Stanton re SCI status | JS | 156 | 160 | | | | | |
| 629 | 00/00/0000 | Chart: excerpts from various exhibits | | 1 page | | | | | | |
| 630 | 9/21/2007 | K&L Gates retention letter with City of Seattle | | 9 pages | | | | | | |
| 631 | 10/8/2007 | Wally Walker email to Gerry Johnson re tomorrow | WW | 511 | 511 | | | | JUN 2 0 2008 | |
| 632 | 00/00/0000 | Powerpoint: The Sonics Challenge: Why A Poisoned Well Affords A Unique Opportunity | — | 158 | 199 | | | | | |