FILED
LODGED
ENTERED
RECEIVED

JUN 27 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY              DEPUTY

## Seattle v. PBC
### USDC WD WA 07-1620
### 2065932-00001
### PLAINTIFF TRIAL EXHIBIT LIST

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 1 | X | | Seattle Sonics Executive Summary by Goldman Sachs | PBC_ | 10723 | 10777 | 329 | Bennett 06/18/2008 Barth 06/18/2008 Substituted out to Ex 035 | |
| 2 | | | Exhibit A: Key Arena Impact Studies | PBC_ | 10930 | 11004 | 332 | | |
| 3 | | | The Economic Impact of Seattle Sonics and Seattle Storm Basketball Franchises in WaSinghton State | PBC | 103613 | 103646 | | | |
| 4 | | | Draft E-mail from C. Bennett to M. Nelson | PPA | 1371 | 1371 | | | |
| 5 | X | | Icon Venue Group - Sonics 3 Year Outlook - **Confidential** | ICON | 3398 | 3411 | 153 | Bennett 06/17/2008 | Barth 06/18/2008 |
| 6 | | | Tier One Projects | OKCCC | 383 | 385 | 57 | | |
| 7 | | | Tier Two Projects | OKCCC | 386 | 387 | 58 | | |
| 8 | | | Tier Three Projects | OKCCC | 388 | 388 | 59 | | |
| 9 | | | *Exhibit number not used* | | | | | | |
| 10 | | | *Exhibit number not used* | | | | | | |
| 11 | | | The Professional Basketball Club, LLC Financial Statement Package September 30, 2007 - **Confidential** | PBC | 107767 | 107774 | | | |
| 12 | | | The Basketball Club of Seattle, LLC Financial Statements for the Years Ended September 30, 2004 and 2003, and Independent Auditors' Report. | PBC_ | 20 | 37 | | | |
| 13 | | | The Basketball Club of Seattle, LLC Audited Financial Statements as of and for the Years Ended September 30, 2005 and 2004. | PBC_ | 4729 | 4747 | | | |



**07-CV-01620-PET**

Dockets.Justia.com

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| <u>14</u> | | | The Basketball Club of Seattle, LLC Consolidated Financial Statements as of and for the Years Ended September 30, 2006 and 2005, and Independent Auditors' Report. | PBC | 104887 | 104907 | | | |
| <u>15</u> | | | Financial Statements for the Fiscal Year Ended September 30, 2005. | PBC_ | 4753 | 4753 | | | |
| <u>16</u> | | | *Exhibit number not used* | | | | | | |
| <u>17</u> | | | *Exhibit number not used* | | | | | | |
| <u>18</u> | | | *Exhibit number not used* | | | | | | |
| <u>19</u> | | | The Professional Basketball Club, LLC Consolidated Financial Statements as of and for the Year Ended September 30, 2007, and Independent Auditors' Report. | PBC | 104868 | 104886 | | | |
| <u>20</u> | | | Web Page Capture - www.nba.com/standings | | | | | | |
| 21 | | | Goldman Sachs Presentation: The NBA Opportunity Key Elements of Value and Upside. | PBC_ | 4689 | | | | **Bennett 06/17/2008** |
| <u>22</u> | | | Goldman Sachs Presentation: Benchmarking the Sonics: An Empirical Assessment. | PBC_ | 4702 | | | | |
| 23 | X | | Goldman Sachs Presentation: The NBA Opportunity Key Elements of Value and Upside. | PBC_ | 4686 | | | **Bennett 06/17/2008** | |
| <u>23.001</u> | | | The Basketball Club of Seattle LLC Consolidated Income Statement Income Statement for the Twelve Months Ending September 30, 2003 TBCS: Summary | PBC_ | 4763 | | | | |
| <u>24</u> | | | The Basketball Club of Seattle, LLC Consolidated Income Statement Annual Budget for the Fiscal Year Ended September 30, 2006. | PBC_ | 104670 | 104674 | | | |
| <u>25</u> | | | The Basketball Club of Seattle LLC Consolidated Income Statement Income Statement for the Twelve Months Ending September 30, 2004 TBCS: Summary | PBC_ | 4759 | | | | |
| <u>26</u> | | | The Basketball Club of Seattle LLC Consolidated Income Statement Income Statement for the Three Months Ending December 31, 2005 TBCS: Summary | PBC_ | 4751 | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 27 | | | The Professional Basketball Club LLC Consolidated Income Statement (Including Playoff Budget) for the Eleven Months Ended September 30, 2007 **Confidential** | PBC | 107769 | | | | |
| 28 | | | E-mail string between Aubrey McClendon and Tom Ward re: Sonics. | PBC | 106596 | | 26 | | |
| 29 | | 8/22/2007 | NBA's Joel Litvin to Aubrey McClendon imposing a fine of $250,000 for McClendon's statements to the press. | PBC_ | 6854 | | | | |
| 30 | | | *Exhibit number not used* | | | | | | |
| 31 | X | | **Seattle City Council Ordinance 122492** | | | | | **Nickels 06/16/2008** | **Licata 06/26/2008** |
| 32 | X | | **Seattle City Council Ordinance 117049** | | | | | **Nickels 06/16/2008** | **Anderson 06/16/2008** |
| 33 | X | | **Seattle City Council Ordinance 117050** | | | | | **Anderson 06/16/2008** | |
| 34 | | | ICON Venue Group - Sonics PowerPoint presentation - **Confidential** | ICON | 10004 | 10013 | | | |
| 35 | X | | Seattle Sonics/Goldman Sachs Report - **Confidential** | ICON | 3512 | 3566 | | **Barth 06/18/2008 Substituted in for Ex 001** | |
| 36 | | | Draft E-mail from C. Bennett to M. Nelson - No subject | PPA | 1371 | 1371 | | | |
| 37 | | | Statement by Clayton I. Bennett, Chairman The Professional Basketball Club LLC | PPA | 4961 | 4961 | | | |
| 38 | | | Memo from J. Kneeland to C. Bennett re: Thoughts on Monday's meeting messages (Duplicate of PBC_14385-14387; Dep Ex. 126) | PPA | 5003 | 5005 | | | |
| 39 | | | Strategy for Next 60 Days - Clay Bennett (Duplicate of PBC_06309-06310; Dep. Ex. 140) | PS_ | 237 | 237 | | | |
| 40 | X | 1/11/1993 | **Letter from V. Anderson to N. Rice re: Sonics Lease Negotiations** | PBC | 100446 | 100450 | | **Anderson 06/16/2008** | |
| 41 | X | 3/18/1993 | **Memorandum of Understanding between the City of Seattle/Seattle Center and Ackerley Communications, Inc./SSI Sports, Inc.** | PBC | 100286 | 100295 | | **Anderson 06/16/2008** | **Singh 06/17/2008** |
| 42 | X | 3/22/1993 | City Council Briefing - Coliseum Renovation Project | PBC | 101488 | 101579 | | **Stipulation 06/25/2008 Admitted 06/26/2008** | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 43 | | 4/23/1993 | Memorandum from D. Clausen, M. Lester, Council Central Staff to All Councilmembers re: Sonics Agreement, Coliseum Renovation | PBC | 101581 | 101628 | | | |
| 44 | | | Exhibit number not used | | | | | | |
| 45 | X | 3/2/1994 | Premises Use & Occupancy Agreement Between The City of Seattle and SSI Sports, Inc. ("Lease") | | | | | Nickels 06/16/2008 | Anderson 06/16/2008 |
| 46 | | 11/4/1995 | Video - 2006-David Stern LOVES Key Arena!!. http://www.youtube.com/watch?v=qV4QLK0HnOc | | | | | | Singh 06/16/2008 |
| 47 | | 11/5/1995 | Transcript - David Stern Loves Key Arena | | | | | | |
| 48 | | 5/18/1999 | Letter from H. Honig to P. Byrnes re: Seattle Supersonics Arbitration | PBC | 101648 | 101800 | | | |
| 49 | | 10/16/2003 | Section 7.0 of the October 16, 2003 Phase II Analysis of a Sacramento Sports & Entertainment District - Confidential | ICON | 9723 | 9752 | | | |
| 50 | | 7/20/2004 | Memorandum from James Couch to Mayor & Members of the City Council re: Solicitation of Major League Sports Franchise | | | | 72 | | |
| 51 | | | Exhibit number not used | | | | | | |
| 52 | | 9/2005 | New Orleans Hornets Economic Impact City of Oklahoma City-Revised Analysis | OKCCC | 260 | 261 | 71 | | |
| 53 | | 6/28/1905 | Season 40, PowerPoint presentation | PBC | 104730 | 104756 | 306 | | |
| 54 | X | 6/28/1905 | Basketball Club of Seattle article: Sonics & Storm contribute to WaSinghton's communities | PPA | 3897 | 3897 | | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 55 | | 2/11/2006 | Media - USA Today. Oklahoma investors group seeks stake in NBA franchise | | | | 74 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 56 | | 2/23/2006 | TVW Audio CD: Event Date: February 23, 2006 1:30pm Event Description: Public: SB 6849 (Extending the extension of local taxes to fund arts, cultural & heritage institutions and programs, tourism promotion, publicly owned sports & entertainment facilities, other); possible executive session. http://www.tvw.org/media/mediaplayer.cfm?evid=2006020214&TYPE=A&CFID=3663359&CFTOKEN=270d757ade0c1aec-A97EB874-3048-349E-4E158D4B559D303C&bhcp=1 | | | | | | |
| 57 | | | *Exhibit number not used* | | | | | | |
| 58 | | 6/13/2006 | Letter from G. E. Evans to J. Cahilly - No Subject | PBC_ | 9854 | 9858 | | | |
| 59 | X | 6/18/2006 | NBA Cares tracking September 1 - December 21, 2006 | PBC_ | 106123 | 106127 | 321 | Barth 06/18/2008 | |
| 60 | X | 7/12/2006 | E-mail string from C. Bennett to T. Ward and A. McClendon re: Any news on the Sonics? | PBC | 106929 | 106929 | 19 | Bennett 06/17/2008 | |
| 61 | | 7/12/2006 | E-mail string between Audrey McClendon, Clayton Bennett and Tom Ward | PBC | 106821 | 106822 | 98 | | |
| 62 | X | 7/14/2006 | National Basketball Association Franchise Purchase Agreement by and among The Professional Basketball Club, LLC and The Basketball Club of Seattle, LLC. | PBC_ | 9346 | 9403 | 99 | Bennett 06/17/2008 | |
| 63 | | | *Exhibit number not used* | | | | | | |
| 64 | | | *Exhibit number not used* | | | | | | |
| 65 | X | 7/18/2006 | Letter from Clayton Bennett to Howard Schultz re: good faith efforts | | | | 101 | Bennett 06/17/2008 | Walker 06/20/2008 |
| 66 | X | 7/18/2006 | July 18, 2006, For Immediate Release: THE BASKETBALL CLUB OF SEATTLE LLC ANNOUNCES SALE OF SEATTLE SONICS & STORM New Ownership Intends to Keep the Sonics and the Storm in Seattle | PBC | 106547 | 106549 | 102 | Bennett 06/17/2008 | |
| 67 | | | *Exhibit number not used* | | | | | | |
| 68 | | 7/19/2006 | E-mail string from D. Khani to A McClendon re: did you participate in the group that is brining (sic) Seattle Supersonics to OKC? | PBC | 106644 | 106645 | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 69 | X | 7/20/2006 | E-mail from Ed Evans to Clayton Bennett; Brent Gooden re: Tim Ceis | PBC_ | 12863 | 12863 | 105 | **Bennett 06/18/2008** | |
| 70 | | 7/20/2006 | E-mail string from C. Bennett to A. McClendon, B. Gooden, jeff.records@midfirst.com; T. Ward and E. Evans re: from KING-TV poll | PBC | 107000 | 107002 | 23 | | |
| 71 | | 7/28/2006 | E-mail string between Tom Ward, Aubrey McClendon, Dory Wiley, Tex Gross, Jim Gardner and Sself@clgroup.org | PBC | 106577 | 106578 | | | |
| 72 | X | 7/29/2006 | July 29, 2006 NBC Oklahoma City Interview with Aubrey McClendon, CEO of Chesapeake Energy | PBC | 106763 | 106775 | 25 | **Stipulation 06/25/2008 Admitted 06/26/2008** | |
| 73 | | 8/9/2006 | E-mail from B. Gooden to C. Bennett re: Statement from Mayor Greg Nickels regarding meeting with new Seattle Sonics owner Clay Bennett | PBC_ | 12942 | 12942 | | | |
| 74 | | 9/9/2006 | Media - ESPN-New Sonics Owner-Key Arena won't cut it | | | | | | |
| 75 | X | 9/12/2006 | Memorandum from C. Bennett to Investors in the Professional Basketball Club, LLC re: Sonics - Investor Information with attached investor information and presentations | PBC_ | 10652 | 10925 | 27 | **Bennett 06/17/2008** | |
| 76 | | | *Exhibit number not used* | | | | | | |
| 77 | | 10/2/2006 | E-mail string from Brent Gooden to Clayton Bennett; Dan Mahoney re: FW: FW: Curious - How did Larry's interview with Chris go today? | PBC_ | 13154 | 13156 | 452 | | |
| 78 | X | 10/17/2006 | Seattle SuperSonics - Financial Projections - NBA Package - Confidential | ICON | 5091 | 5096 | 312 | **Zelts 06/19/2008** | **Barth 06/18/2008 Saved for MZ Sports** |
| 79 | X | 10/23/2006 | Instrument of Assumption among The City of Seattle, The Professional Basketball Club, and The Basketball Club of Seattle | | | | | **Bennett 06/17/2008** | |
| 80 | | 10/31/2006 | Valuation of Acquired Assets of the Seattle SuperSonics and Seattle Storm as of October 31, 2006 | PBC_ | 7770 | 7846 | 317 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 81 | X | 11/1/2006 | Letter from Harvey E. Benjamin to The Professional Basketball Club, LLC and CCed to David J. Stern; Adam Silver; Joel M. Litvin; Wayne D. Katz, Esq. re: confirming that the NBA has approved the sale of the Seattle SuperSonics from The Basketball Club of Seattle, LLC to The Professional Basketball Club, LLC | PBC_ | 6425 | 6464 | 111 | **Bennett 06/18/2008** | |
| 82 | | | *Exhibit number not used* | | | | | | |
| 83 | | 11/8/2006 | Seattle Post-Intelligencer: Initiative 91: Seattle Rejects Sports Subsidies by Angela Galloway | | | | | | |
| 84 | | 11/20/2006 | E-mail string from Clayton Bennett to Kendra Bridges re: FW: Final Budget Presentation.ppt, with attached Final Budget Presentation.ppt | PBC_ | 13399 | 13430 | 316 | | |
| 85 | | 12/6/2006 | E-mail string from Jim Kneeland to Clayton Bennett re: [SPAM] - Schedule | PBC_ | 13492 | 13493 | | | |
| 86 | | Jan-07 | 2007-08 Seattle Supersonics Marketing Overview Plan | PBC_ | 104969 | 104978 | | | |
| 87 | | 1/4/2007 | E-mail from B. Gooden to A. McClendon, T. Ward, C. Bennett, B. Cameron, and J. Garrison re: Hornets Game - National Television Tonight | PBC | 106379 | 106379 | 75 | | |
| 88 | | | *Exhibit number not used* | | | | | | |
| 89 | X | 1/18/2007 | Letter from Clayton Bennett to Gov. Christine Gregoire | PPA | 4973 | 4975 | | **Bennett 06/18/2008** | |
| 90 | X | 2/5/2007 | Letter from J. Kneeland to C. Bennett re: The road ahead | GOODEN | 123 | 125 | G422 | **Bennett 06/18/2008** | |
| 91 | | | *Exhibit number not used* | | | | | | |
| 92 | | 2/9/2007 | Transcript - WaSinghton State House Committee on Finance- HB 3233 | | | | | | |
| 93 | X | 2/11/2007 | E-mail from B. Gooden to B. Cameron; jay@balon.com; everettd@dobson.net; bob@mbokc.com, Cced: C. Bennett re: Update from Clay - Important Information and Overview of Activities This Week - Confidential | GOODEN | 119 | 120 | G424 | **Bennett 06/17/2008** | |
| 94 | X | 2/13/2007 | Transcript: Senate Ways & Means Committee - Clay Bennett | | | | 123 | **Bennett 06/17/2008** | |
| 95 | | | *Exhibit number not used* | | | | | | |
| 96 | | | *Exhibit number not used* | | | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| <u>97</u> | X | 2/13/2007 | TVW Video CD: Event Date: February 13, 2007 3:30pm Event Description: Public: SB 5184 (modifying sales/use tax provisions for public facilities districts), SB 5390 (extending the sales/use tax credit for certain public facilities districts), SB 5986 (concerning public facilities). http://www.tvw.org/media/mediaplayer.cfm?evid=2007020175&TYPE=V&CFID=3663359&CFTOKEN=270d757ade0c1aec-A97EB874-3048-349E-4E158D4B559D303C&bhcp=1 | | | | | **Bennett 06/17/2008** | |
| <u>98</u> | X | 2/14/2007 | E-mail string from Clayton Bennett to Jenny A. Durkan re: Arena | PBC_ | 8062 | 8063 | 124 | **Bennett 06/17/2008** | |
| <u>99</u> | | 2/14/2007 | Email from Clayton Bennett to Jim Kneeland re: P-I | PBC_ | 7472 | 7472 | | | |
| <u>100</u> | | 2/14/2007 | Email from Clayton Bennett to Jim Kneeland re: P-I | PBC_ | 13814 | 13814 | | | |
| <u>101</u> | | 2/23/2007 | Transcript - Senate Ways and Means Committee-SB6849 | | | | | | |
| <u>102</u> | | 2/27/2007 | E-mail string from A. McClendon to J. Kneeland, B. Gooden, T. Ward, C. Bennett, D. Mahony re: From the Seattle Times... this is a blog for now, but I'm certain it will be a story tomorrow | PBC | 107031 | 107032 | 33 | | |
| <u>103</u> | | 2/28/2007 | The Professional Basketball Club, LLC Explanation of Significant Variances - Year to date variance report. | PBC_ | 7870 | 7879 | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 104 | | 3/5/2007 | E-mail string from J. Roth to A. McClendon re: Letter to Editor - Seattle Times.doc | PBC | 106715 | 106716 | 76 | | |
| 105 | X | 3/14/2007 | Letter from D. Johnson to R. Dupree - No subject | PPA | 5686 | 5687 | | Barth 06/18/2008 | |
| 106 | | | *Exhibit number not used* | | | | | | |
| 107 | X | 3/16/2007 | Letter from Dianna Finnerty of the Ronald McDonald House Charities to Rick DuPree of the Seattle Sonics | PPA | 5630 | 5630 | | Barth 06/18/2008 | |
| 108 | | 4/3/2007 | E-mail from A. McClendon to B. Howard, K. Bridges, Everettd@dobson.net, jeff.records@midfirst.com, jay@balon.com, tward@edrge.com and bcameron@af-group.com re: From Clayton I. Bennett | PBC | 106454 | 106454 | 35 | | |
| 109 | | 4/4/2007 | *An Economic & Fiscal Benefits Assessment of the Proposed King County Events Center - Confidential* | ICON | 3660 | 3697 | | | |
| 110 | | 4/13/2007 | The Journal Record: Hard Work, Luck Make Billions | PBC_ | 11409 | 11415 | 42 | | |
| 111 | X | 4/17/2007 | E-mail string from Brent Gooden to Clayton Bennett re: Team "Boo Hoo" | PBC_ | 13973 | 13973 | 129 | Bennett 06/18/2008 | |
| 112 | | | *Exhibit number not used* | | | | | | |
| 113 | | 4/18/2007 | E-mail from Brent Gooden to Clayton Bennett re: FW: 2007-08 Talking Point | PBC_ | 13974 | 13974 | 130 | | |
| 114 | | | *Exhibit number not used* | | | | | | |
| 115 | X | 4/19/2007 | E-mail string from A. McClendon to T. Ward, C. Bennett and CCed to jeff.records@midfirst.com re: Seattle Times story posted tonight | PBC | 107016 | 107017 | 36 | Bennett 06/17/2008 | |
| 116 | X | 4/23/2007 | E-mail from Clayton Bennett to jlitvin@nba.com re: Question | PBC_ | 8127 | 8127 | 455 | Bennett 06/17/2008 | |
| 117 | | 4/25/2007- 4/26/2007 | *E-mail string between Clayton Bennett and Joel Litvin.* | PBC_ | 7353 | 7354 | | | |
| 118 | | 4/28/2007 | E-mail string from Clayton Bennett to Brent Gooden re: FW: Las Vegas | PBC_ | 14100 | 14100 | 459 | | |
| 119 | | | *Exhibit number not used* | | | | | | |
| 120 | X | 4/29/2007 | E-mail string from A. McClendon to C. Bennett re: Sonics eyeing early exit? | PBC_ | 11422 | 11423 | 38 | Bennett 06/17/2008 | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 121 | | 4/30/2007 | The Professional Basketball Club, LLC - Financial Statement Package - April 30, 2007 | PBC_ | 7645 | 7659 | 303 | | |
| 122 | | 4/30/2007 | The Professional Basketball Club, LLC operational results for the six months ended April 30, 2007 | PBC_ | 14106 | 14202 | 315 | | |
| 123 | | 5/7/2007 | Memo from Clayton Bennett to the Professional Basketball Club Partners re: Board Meeting | PBC | 106541 | 106541 | | | |
| 124 | | 5/22/2007 | E-mail string between Clayton Bennett and Brent Gooden | PBC_ | 7308 | | | | |
| 125 | | 5/22/2007 | E-mail from C. Bennett to B. Gooden re: Refined Standby Statement - Arena Lease Project | PBC_ | 7361 | 7361 | | | |
| 126 | | 5/25/2007 | E-mail from J. Cronin to C. Bennett and CCed to T. Romani, A. Aaron and F. Hill re: Market Delta Analysis for Kansas City and Oklahoma City with attached SonicsKCOKCDelta.ppt | PBC_ | 14245 | 14255 | 136 | | |
| 127 | | | *Exhibit number not used* | | | | | | |
| 128 | | 5/29/2007 | E-mail string from Dan Mahoney to Clayton Bennett and CCed to Brent Gooden re: Newsok | PBC_ | 7017 | 7018 | 460 | | |
| 129 | | 5/30/2007 | E-mail from D. Mahoney to C. Bennett re: Ch 9 | PBC_ | 7019 | 7019 | 83 | | |
| 130 | | | *Exhibit number not used* | | | | | | |
| 131 | | | *Exhibit number not used* | | | | | | |
| 132 | | 6/9/2007 | E-mail string from C. Bennett to T. Romani re: Tim Romani | PBC_ | 7366 | 7367 | 461 | | |
| 133 | | | *Exhibit number not used* | | | | | | |
| 134 | | | *Exhibit number not used* | | | | | | |
| 135 | | 6/11/2007 | E-mail string between Clayton Bennett and Tom Ward | PBC_ | 11440 | | | | |
| 136 | | 6/30/2007 | The Professional Basketball Club, LLC - Financial Statement Package - June 30, 2007 & Operational Results for the Eight Months ended June 30, 2007 | PBC_ | 6203 | 6216 | 304 | | |
| 137 | | 7/20/2007 | Video - 2007-07-20 Clay Bennett | | | | | | |
| 138 | X | 8/13/2007 | E-mail from Aubrey McClendon to Clayton Bennett and CCed to bgooden@goodengroup.com re: Interview | PBC_ | 6250 | 6250 | 142 | | Bennett 06/18/2008 |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 139 | X | 8/13/2007 | E-mail from A. McClendon to C. Bennett and CCed to bgooden@goodengroup.com re: Interview in Journal Record | PBC_ | 6752 | 6753 | 43 | | Bennett 06/18/2008 |
| 140 | | 8/13/2007 | Letter from Gould, Sport Restaurant & Bar, to Mayor Nickels re Sonics leaving town | | | | | | Nickels 06/16/2008 |
| 141 | | 8/13/2007 | E-mail exchange between Clayton Bennett, David Stern and Joel Litvin | PBC_ | 8043 | | | | Nickels 06/16/2008 |
| 142 | | 8/16/2007 | Letter from Aubrey McClendon to David Stern | PBC_ | 7132 | 7132 | | | |
| 143 | X | 8/18/2007 | E-mail string between David Stern and Clayton Bennet re: Personal | PBC_ | 11441 | 11443 | 143 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 144 | | 8/22/2007 | Letter from Joel Litvin to Mr. Aubrey K. McClendon and CCed to Clay Bennett, David Stern and Bob Criqui re: McClendon's comments detrimental to the NBA and Stern's subsequent imposing of $250,000 fine | PBC_ | 6854 | 6854 | 465 | | |
| 145 | X | 8/27/2007 | E-mail from C. Bennet to amcclendon@chkenergy.com re: Good evening | PBC_ | 7619 | 7619 | 44 | Bennett 06/18/2008 | |
| 146 | | 9/14/2007 | Seattle SuperSonics, Business Development Overview, 2007-2008 Season. | PBC_ | 14342 | 14343 | 318 | | |
| 147 | X | 9/19/2007 | The Professional Basketball Club's Arbitration Demand | | | | | Nickels 06/16/2008 | Walker 06/20/2008 |
| 148 | | 9/30/2007 | The Professional Basketball Club, LLC - YTD Detail by AP Name | PBC_ | 107765 | 107766 | 302 | | |
| 149 | | 9/30/2007 | The Professional Basketball Club, LLC - Consolidated Financial Statements as of and for the Year Ended September 30, 2007, and Independent Auditors' Report | PBC_ | 104868 | 104886 | 310 | | |
| 150 | | | *Exhibit number not used* | | | | | | |
| 151 | | 9/30/2007 | The Professional Basketball Club, LLC Consolidated Income Statement Annual Budget for the Fiscal Year Ended September 30, 2007 | PBC | 104664 | | | | |
| 152 | | | *Exhibit number not used* | | | | | | |
| 153 | | | *Exhibit number not used* | | | | | | |
| 154 | | 9/30/2007 | PBC Consolidated Income Statement for the Eleven Months Ended September 30, 2007 - Confidential | PBC | 107769 | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| <u>155</u> | | 9/30/2007 | The Professional Basketball Club, LLC YTD Detail by AP Name FYE - **Confidential** | PBC | 107765 | | | | |
| <u>156</u> | | | *Exhibit number not used* | | | | | | |
| <u>157</u> | | 10/31/2007 | The Professional Basketball Club, LLC Consolidated Income Statement (Regular Season & Playoffs) for the One Month Ended October 31, 2007 - **Confidential** | PBC | 107777 | | | | |
| <u>158</u> | | 11/16/2007 | Defendant's, The Professional Basketball Club's Answer and Affirmative Defenses | | | | | | |
| <u>159</u> | | 12/6/2007 | Media - FORBES.com -The Business of Basketball | | | | | | |
| <u>160</u> | | 12/17/2007 | Memo from Danny Barth to Clay Bennett re: Financial and Operational Update Q1 2008 | PBC_ | 12234 | 12238 | 308 | | |
| <u>161</u> | | | *Exhibit number not used* | | | | | | |
| <u>162</u> | | | NBA Operations Manual 2007-08 - **Attorneys Only Material** | NBA | 78 | 638 | | | |
| <u>163</u> | | | *Exhibit number not used* | | | | | | |
| <u>164</u> | | 1/30/2008 | Defendant's, The Professional Basketball Club's Responses to Plaintiff's First Set of Requests for Production of Documents | | | | | | |
| <u>165</u> | | 2/4/2008 | E-mail from Clay Bennett to Clay Bennett re: FW: revised talking pts for ORA Tuesday, with attached ORA_talkingpoints_2.doc; NewOrleansHornets_Economicl mpact06-07 | PBC_ | 12196 | 12200 | 147 | | |
| <u>166</u> | | 2/14/2008 | Jeff Duncan's article "Locals Hold Hornets' Fate, Stern Says" | | | | | | |
| <u>167</u> | | 2/16/2008 | Media - ESPN-2008-02-16-Stern-Sonics to leave Seattle-Hornets could stay in New Orleans | | | | | | |
| <u>168</u> | | 2/19/2008 | E-mail from Dan Mahoney to Greg Johns re: Comment? | PBC_ | 12205 | 12205 | | | |
| <u>169</u> | | | *Exhibit number not used* | | | | | | |
| <u>170</u> | X | 2/28/2008 | E-mail from david.holt@okc.gov to OCanfield@Oklahoman.com and CCed to mick.cornett@okc.gov, gayleen.keeton@okc.gov, C. Reid, C. Berney re: Op-Ed for the Oklahoman by Mayor Mick Cornett | OKC_E | 7314 | 7314 | 67 | **Offered Subject to Objection as Noted** | |
| <u>171</u> | | | *Exhibit number not used* | | | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 172 | | 2/29/2008 | The Professional Basketball Club, LLC Consolidated Income Statement for the Five Months Ended February 29, 2008 - Confidential | PBC | 107108 | | | | |
| 173 | | 2/29/2008 | The Professional Basketball Club, LLC YTD Detail by AP Name 2/29/2008 | PBC | 107766 | | | | |
| 174 | | | Exhibit number not used | | | | | | |
| 175 | X | 3/10/2008 | Letter signed by Christine Gregoire, Frank Chopp and Lisa Brown to Sims, Nickels and Conlin re: Key Arena Funding Proposal | MWC_ | 118 | 120 | | Nickels 06/16/2008 | |
| 176 | | 3/14/2008 | The Professional Basketball Club's letter to Oklahoma City Mayor Mick Cornett, expressing PBC's intent to relocate the Seattle SuperSonics to Oklahoma City. | | | | | | |
| 177 | | 3/17/2008 | Seattle SuperSonics Financial Analysis presented to Byrnes & Keller, LLP by MZ Sports LLC | PBC_ | 107518 | 107536 | 311 | | |
| 178 | | 3/18/2008 | Letter from Melinda Campbell to Brian Robinson re: March 11, 2008 Public Records Request - Public Disclosure Log#: 2008-21 | MWC_ | 108 | 109 | | | |
| 179 | | 3/25/2008 | Eric Williams' posting to the Tacoma News Tribune's "Sonics Insider" blog, entitled "Transcripts of OKC Press Conference" | | | | | | |
| 180 | | 3/26/2008 | Seattle Times article entitled "NBA Commissioner David Stern Says Key Arena Renovation Not an Option for Sonics" | | | | | | |
| 181 | | | Exhibit number not used | | | | | | |
| 182 | X | 4/1/2008 | Sonics Relocation Proposal: Estimated Total Economic Impact and State and Local Tax Revenues | PBC_ | 14399 | 14404 | 63 | Bennett 06/17/2008 | |
| 183 | | 4/7/2008 | Defendant's The Professional Basketball Club's Answers and Objections to Plaintiff's First Set of Interrogatories | | | | | | |
| 184 | | 4/11/2008 | The Professional Basketball Club's Response to Notice of Videotaped 30(b)(6) Deposition | | | | 300 | | |
| 185 | | 4/13/2008 | Video - After the last Sonics home game of 07-08 http://www.youtube.com/watch?v=6gjcp66Xmvc&NR=1 | | | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| <u>186</u> | | 4/13/2008 | Video - Chant at the Sonics' final home game http://www.youtube.com/watch?v=UAy7XcGn2U4 | | | | | | |
| <u>187</u> | | 4/13/2008 | Video - Save Our Sonics. | | | | | | |
| <u>188</u> | | 4/13/2008 | Video - Seattle Supersonics' Final Moments (1) Save Our Sonics http://www.youtube.com/watch?v=qFNoYFPwNF8&feature=related | | | | | | |
| <u>189</u> | | 4/13/2008 | Video - Seattle Supersonics' Final Moments (2) Save Our Sonics http://www.youtube.com/watch?v=p73Odpdf6_g&feature=related | | | | | | |
| <u>190</u> | | 4/13/2008 | Video - Seattle Supersonics' Final Moments (3) Save Our Sonics http://www.youtube.com/watch?v=-S47YFgInsc&feature=related | | | | | | |
| <u>191</u> | | 4/13/2008 | Video - Seattle Supersonics' Final Moments (4) Save Our Sonics http://www.youtube.com/watch?v=MO3vBPizWdU&feature=related | | | | | | |
| <u>192</u> | | 4/13/2008 | Video - Seattle Supersonics' Final Moments (5) Save Our Sonics http://www.youtube.com/watch?v=VwGqPHdcbSs | | | | | | |
| <u>193</u> | | 4/15/2008 | Memorandum from James D. Couch to Chairman and Trustees of the Oklahoma City Public Property Authority re: Arena Use Licensing and Agreement with the City of Oklahoma City, SMG and Professional Basketball Club, LLC.... | | | | | | |
| <u>194</u> | | 4/16/2008 | Video - 2008-04-16-ESPN-Stern Interview | | | | | | |
| <u>195</u> | | 4/18/2008 | Video - 2008-04-18-Stern and Bennett-OBJ added as to the Storm | | | | | | |
| <u>196</u> | | 4/28/2008 | Professional Basketball Club's Responses to the City of Seattle's Supplemental Interrogatories | | | | | | |
| <u>197</u> | X | 4/30/2008 | Professional Basketball Club's Answers to the City of Seattle's Requests for Admission 2008-06-24-Admissions Only | | | | | **Stipulation 06/25/2008 Admitted 06/26/2008** | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 198 | X | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics VOB Video CDs provided by OC Community Services | PBC | 108015-16 | | | **Barth 06/18/2008** | |
| 199 | | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics/community/ticketsforkids.html | | | | | | |
| 200 | | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics/community/appearances.html | | | | | | |
| 201 | X | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics/community/hip_tobe_fit.html | | | | | **Barth 06/18/2008** | |
| 202 | | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics/#/tickets/luxury | | | | | | |
| 203 | X | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics/community/readtoachieve.html | | | | | **Barth 06/18/2008** | |
| 204 | X | 5/1/2008 | Web Page Capture - http://www.nba.com/sonics__stor m_TEAM_Founda-56858-51.html | | | | | **Barth 06/18/2008** | |
| 205 | | 5/2/2008 | Expert Report of Andrew Zimbalist | | | | | | **Zimbalist 06/17/2008** |
| 206 | | 5/8/2008 | Expert Witness Report of Todd Menenberg | | | | | | |
| 207 | | 5/1/2008 | Expert Report of Lon Hatamiya | | | | | | |
| 208 | | 5/23/2008 | Rebuttal Expert Report of Lon Hatamiya | | | | | | |
| 209 | | 5/15/2008 | Professional Basketball Club's Supplemental Responses to Plaintiff's First Set of Interrogatories | | | | | | |
| 210 | | 5/15/2008 | Professional Basketball Club's Supplemental Response to Plaintiff's Supplemental Interrogatory No. 13 | | | | | | |
| 211 | | 5/15/2008 | Professional Basketball Club's Responses to the City of Seattle's Supplemental Requests for Production | | | | | | |
| 212 | | 5/15/2008 | Professional Basketball Club's Supplemental Response to Plaintiff's Supplemental Request for Production No. 17 | | | | | | |
| 213 | | 5/20/2008 | Web Page Capture - www.nba.com/sonics/schedule/results_2007.html | | | | | | |
| 214 | | 5/20/2008 | Web Page Capture - www.nba.com/sonics/schedule/results_2006.html | | | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 215 | X | Various | Key Arena/Construction Photos | | | | | Anderson 06/16/2008 | Singh 06/16/2008 06/17/2008 Bennett 06/18/2008 |
| 216 | | | Licata emails from constituents | KALA KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ KALD_ | 22471 01002851 01002840 01003297 01003278 01003122 01003264 01003040 01002889 01003281 01003047 01003477 01003025 | 2852 3124 3266 | | | |
| 217 | | | *Exhibit number not used* | | | | | | |
| 218 | X | | Letters from the Seattle Public Entities reflecting Seattle Sonics community services | | | | | Wade 06/19/2008 | |
| 219 | X | | Photos: Rashard Lewis - Opening of the Rashard Lewis Theater at Ronald McDonald House (2003) Ray Allen's Giving Tree Rashard Lewis Food Drive 1979 NBA Championship Sonics Team Photo Two Photos of Championship Banners Read to Achieve Make-A-Wish Foundation | | | | | Wade 06/19/2008 | |
| 220 | X | 8/2/2006 | E-mail from Aubrey McClendon to Tom Ward | PBC | 106596 | | 26 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 221 | | 4/10/2008 | Campaign Contributions and Expenditures Report | | | | 48 | | |
| 222 | | 3/4/2008 | E-mail from Reid to Hayes re huge debate in our office | OKC_E | 12092 | | 50 | | |
| 223 | | | New Orleans Hornets Economic Impact City of Oklahoma City | OKCCC | 00003 | 00005 | 68 | | |
| 224 | | | Notes from Tom Anderson | OKC | 00187 | | 92 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 225 | X | 8/14/2007 | Email from McClendon to Litvin re Journal Record | PBC_ | 11405 | 11406 | 463 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 226 | X | 9/3/2007 | Email from Clayton Bennett to David Stern | PBC_ | 14340 | 14341 | 467 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 227 | | 3/25/2008 | Relocation Committee Meeting | NBA | 3874 | 3888 | 469 | | |
| 228 | | | Be Part of It: Seattle Supersonics 2007 Summer Marketing Campaign | PBC_ | 7379 | 7387 | 322 | | |
| 229 | | 10/31/2006 | Press Release: Danny Barth Named Interim President & CEO of Sonics & Storm | PPA | 2173 | | 324 | | |
| 230 | | 7/31/2007 | Email from Terry McLaughlin to Clayton Bennett | PBC_ | 6690 | 6691 | 325 | | |
| 231 | X | | Exhibit F Final City of Seattle Proposal | PBC_ | 11140 | 11141 | 333 | Nickels 06/16/2008 | |
| 232 | | 7/17/2006 | Email from Brent Gooden to kbryant@sonics-storm.com, wherndon@starbucks.com, wjherndon@aol.com | PBC_ | 12840 | 12844 | G400 | | |
| 233 | X | 7/19/2006 | Email from Brent Gooden to Aubrey McClendon | PBC | 106944 | 106945 | G401 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 234 | X | 7/24/2006 | Memorandum from Jim Kneeland/Dave Fisher to Clayton Bennett - Confidential | Gooden | 434 | 439 | G402 | Offered Subject to Objection as Noted | |
| 235 | X | 8/6/2006 | Email from Jim Kneeland to Brent Gooden/Richard Milne | PPA | 2630 | 2631 | G407 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 236 | X | 8/6/2006 | Email from Jim Kneeland to Richard Milne | PPA | 2132 | 2133 | G408 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 237 | X | 8/21/2006 | Email from Brent Gooden to Jim Kneeland | PPA | 2564 | 2568 | G411 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 238 | X | 9/18/2006 | Email from Brent Gooden to Clayton Bennett | PPA | 2919 | 2921 | G413 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 239 | X | 9/26/2006 | Email from Brent Gooden to Clayton Bennett | PPA | 201 | | G414 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 240 | | 10/9/2006 | Email from Brent Gooden to Dan Mahoney - Confidential | Gooden | 470 | 471 | G415 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 241 | | 10/24/2006 | Email from Brent Gooden to Clayton Bennett, Jim Kneeland, Dan Mahoney, Richard Milne, Tom Salvage | PBC_ | 13182 | 13183 | G416 | | |
| 242 | | 10/29/2006 | Gooden Group Transcript - Confidential | Gooden | 297 | 318 | G417 | | |
| 243 | X | 11/7/2006 | Email from Brent Gooden to Jim Kneeland, Clayton Bennett, Richard Milne | PBC_ | 13328 | 13330 | G418 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 244 | | 12/6/2006 | Email from Richard Milne to Brent Gooden | PPA | 2404 | 2405 | G419 | | |
| 245 | X | 10/10/2006 | Email from Aubrey McClendon | PBC | 106605 | 106606 | G420 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 246 | | 7/10/2006 | E-mail string from T. Ward to A. McClendon re: Did Paul Mott get fired? | PBC | 106809 | 106810 | 18 | | |
| 247 | X | 7/13/2006 | E-mail string from E. Evans to A. McClendon re: Latest turn of the Purchase Agreement | PBC | 106831 | 106832 | 20 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 248 | X | 7/12/2006 | E-mail string from A. McClendon to KM8881@aol.com" re: FW: The Oklahoma City Sonic Boom (or maybe Sonic Boomers!) Baby!!!!!!!!!! | PBC | 106816 | 106816 | 21 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 249 | X | 10/15/2006 | Email from Martin Stringer to Aubrey McClendon regarding memo from Clay | PBC | 106597 | 106599 | 28 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 250 | X | 2/11/2007 | Email string from B. Gooden to A. McClendon re: Important information and documents for today's conference call | PBC | 106409 | 106410 | 32 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 251 | | | Seattle Sonics News Release: Clay Bennett Statement Regarding Possible Relocation Cities | PBC_ | 12040 | 12040 | 37 | | |
| 252 | | 6/18/2007 | E-mail string from C. Bennett to A. McClendon re: Checking in | PBC | 106626 | 106626 | 39 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 253 | X | 7/18/2007 | E-mail from B. Gooden to A. McClendon, B. Cameron, everettd@dobson.net, tward@tlwinv.com, jaybalon.com, B. Howard, J. Records, StringerM@McKinneyStringer.com, Frank.Hill@mcafeetaft.com, D. Mahoney and CCed to cbennett@dorcap.com re: Update from Clay - Seattle (E-mail Attachment: july18_19agenda_release[1].doc -- NOT included with document) | PBC | 106877 | 106877 | 40 | | |
| 254 | | 8/4/2007 | Email from Dan Mahoney to Clay Bennett regarding CNBC | PBC | 6225 | 6226 | 41 | | |
| 255 | | 7/19/2006 | E-mail string from bgooden@goodengroup.com to C. Reid re: Seattle Media | OKC_E | 022882 | 022883 | 51 | | |
| 256 | | | E-mail string from bgooden@goodengroup.com to C. Reid re: Seattle Media | OKC_E | 22882 | 22883 | 51 | | |
| 257 | | 4/27/2007 | E-mail from Tom Anderson to Gary Desjardins, bobcap@gameplanllc.com and CCed to Jim Couch re: Sonics Owner floats idea of Las Vegas Sonics | N/A | N/A | N/A | 78 | | |
| 258 | | 11/6/2007 | E-mail string from Gary Desjardins to Joe Jondahl, John Goetz and CCed to Hank1927@aol.com re: FW: Bottom Line | N/A | N/A | N/A | 88 | | |
| 259 | | | Project Summary Report: Ford Center Improvement Study | OKC | 000365 | 000365 | 94 | | |
| 260 | | 3/14/2008 | Letter from the Professional Basketball Club, LLC and signed by Clayton Bennett to Mick Cornett, Mayor of Oklahoma City re: Relocation of SuperSonics | N/A | N/A | N/A | 95 | | |
| 261 | | | Oklahoma City and Major League Sports Timeline | OKC | 000379 | 000379 | 97 | | |
| 262 | | 7/20/2006 | E-mail from Ed Evans to Clayton Bennett; Brent Gooden re: Draft talking points on the arena situation, with attached Arena Frameworkdoc | PBC_ | 12855 | 12858 | 104 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 263 | X | 11/10/2006 | E-mail string from Jim Kneeland to Clayton Bennett re: [SPAM] - Re: [SPAM] - Re: P-I story heads up - Bayesian Filter detected spam - Bayesian Filter detected spam | PBC_ | 13285 | 13286 | 112 | Bennett 06/18/2008 | |
| 264 | X | 12/1/2006 | E-mail string from Tim Romani to Clayton Bennett re: [SPAM] - RE: - Bayesian Filter detected spam | PBC_ | 13488 | 13489 | 113 | Bennett 06/17/2008 | Bennett 06/18/2008 |
| 265 | X | 12/30/2006 | E-mail string from Tim Romani to Clayton Bennett and CCed to 'Art Aaron'; 'Jim Cronin' re: ICON | PBC_ | 13608 | 13611 | 114 | Bennett 06/18/2008 | |
| 266 | | 1/6/2007 | E-mail string from Clayton Bennett to 'Tim Romani' re: FW: Sabey, with attached Edited Sabey-PBC Terms.doc | PBC_ | 07636 | 07636 | 115 | | |
| 267 | | 1/9/2007 | E-mail string from Art Aaron to Clayton Bennett and CCed to 'Hill, Frank D.'; 'Jim Cronin'; 'Tim Romani' re: RE: Financial Model, with attached Financial Model | PBC_ | 107138 | 107151 | 116 | | |
| 268 | X | 1/16/2006 | January 16, 2006 letter to Clay Bennett from Jim Kneeland re: Arena Conversations | PPA | 004988 | 004989 | 117 | Bennett 06/17/2008 | |
| 269 | X | 1/17/2007 | E-mail from Brent Gooden to 'Jim Kneeland' and CCed to 'Richard Mime'; 'Dan Mahoney'; Clayton Bennett re: PBC - Media/PR Thoughts, Strategy and Statements - Messaging | PBC_ | 13623 | 13625 | 118 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 270 | | | E-mail from Brent Gooden to 'Jim Kneeland' and CCed to 'Richard Mime'; 'Dan Mahoney'; Clayton Bennett re: PBC - Media/PR Thoughts, Strategy and Statements - Messaging | PBC_ | 13623 | 13625 | 118 | | |
| 271 | | 1/31/2007 | E-mail from Clayton Bennett to Brent Gooden and CCed to 'Jim Kneeland'; 'Dan Mahoney'; 'richard' re: RE: PBC - Frank Hughes and Percy Allen | PBC_ | 08058 | 08059 | 121 | | |
| 272 | X | 2/4/2007 | E-mail string from Steve Ballmer to Clayton Bennett re: RE: Update II | PBC_ | 13732 | 13733 | 122 | Bennett 06/18/2008 | |
| 273 | | 2/28/2007 | E-mail string from Jim Kneeland to Clayton Bennett re: FW: Sonics | PBC_ | 13853 | 13855 | 125 | | |
| 274 | | 3/20/2007 | E-mail string from Clayton Bennett to Jim Kneeland re: Letter | PBC_ | 07476 | 07476 | 127 | | |
| 275 | | 3/28/2007 | E-mail from Jim Kneeland to Clayton Bennett re: Sonics ask | PBC_ | 13873 | 13874 | 128 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 276 | X | 1/5/2006 | Governor messages - Meeting with Chris Gregoire, 1/5/06; Speaker Frank Chopp - Messages for 1/4/06 Meeting; Restaurant Association - Messages for 1/4/06 meeting | PPA | 004996 | 005002 | 131 | Bennett 06/17/2008 | |
| 277 | | 5/7/2007 | Memorandum from Clayton I. Bennett to The Professional Basketball Club Partners re: Board Meeting | PBC_ | 11431 | 11431 | 134 | | |
| 278 | | 6/11/2007 | E-mail string from Clayton Bennett to Tom L. Ward re: Sonics | PBC_ | 11440 | 11440 | 138 | | |
| 279 | X | 6/15/2007 | Memorandum from Clayton Bennett to Members of the Professional Basketball Club, LLC re: Investor Update | PBC | 106621 | 106624 | 139 | Bennett 06/18/2008 | |
| 280 | | | Clay Talking Points w/ Mayor Nickels | PBC_ | 07117 | 07119 | 141 | | |
| 281 | | 6/27/2007 | E-mail from Clayton Bennett to Jim.Couch@OKC.GOV re: Dates | PBC_ | 14317 | 14317 | 145 | | |
| 282 | | 2/29/2008 | Analysis of Oklahoma City Market Presented to The Professional Basketball Club, LLC presented by Convention Sports & Leisure | PBC_ | 107647 | 107746 | 150 | | |
| 283 | | 6/14/2007 | Be Part Of It - Seattle SuperSonics 2007 Summer Marketing Campaign | PBC_ | 007379 | 007387 | 322 | | |
| 284 | | 2/15/2008 | Offer of Judgment | N/A | N/A | N/A | 326 | | |
| 285 | | 5/15/2006 | Presentation Regarding the Basketball Club of Seattle, LLC - Goldman Sachs, 5-15-06 | PBC_ | 10778 | 10820 | 328 | | |
| 286 | | | Exhibit G: proforma assessment of city's $50 million upgrade proposal | PBC_ | 11142 | 11145 | 334 | | |
| 287 | | 4/10/2008 | NBA Relocation Committee Report | NBA PBC_ | 3772 13626 | 3873 03627 | 468 | | Bennett 06/17/2008 |
| 288 | | 4/18/2008 | Handwritten notes on NBA notepad dated 4/18/08 | NBA | 00003949 | 00003960 | 470 | | |
| 289 | | | Draft talking points with Governor - Confidential | Gooden | 427 | 428 | G421 | | |
| 290 | | 12/31/2006 | Draft talking points with Governor - Confidential | Gooden | 427 | 428 | G421 | | |
| 291 | | 2/10/2007 | E-mail from C. Bennett to B. Gooden re: Kneeland Memo | PBC_ | 00007369 | 00007369 | G423 | | |
| 292 | X | 2/25/2007 | E-mail from B. Gooden to C. Bennett; J. Kneeland; D. Mahoney; R. Milne re: PBC - Interview Request | PBC_ | 00013763 | 00013763 | G425 | Stipulation 06/25/2008 Admitted 06/26/2008 | |
| 293 | | | E-mail from B. Gooden to C. Bennett; J. Kneeland; D. Mahoney; R. Milne re: PBC - Interview Request | PBC_ | 00013763 | 00013763 | G425 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 294 | X | 4/15/2007 | Email from Clayton Bennett to Brent Gooden | PBC | 14061 | 14063 | G427 | **Bennett 06/18/2008** | |
| 295 | | 4/28/2007 | E-mail string from B. Gooden to C. Bennett re: Las Vegas | PBC_ | 00014003 | 00014004 | G428 | | |
| 296 | | | E-mail string from B. Gooden to C. Bennett re: Las Vegas | PBC_ | 00014003 | 00014004 | G428 | | |
| 297 | | 5/14/2007 | Email from Clayton Bennett to Brent Gooden regarding actionable ideas - tactics and strategies | PBC_ | 14219 | 14220 | G429 | | |
| 298 | | | Email from Clayton Bennett to Brent Gooden | PBC_ | 6606 | 6609 | G430 | | |
| 299 | | 5/19/2007 | Email from Clayton Bennett to Brent Gooden | PBC_ | 6606 | 6609 | G430 | | |
| 300 | | 5/28/2007 | Email from Clayton Bennett to Brent Gooden regarding SOS story | PBC_ | 7047 | | G431 | | |
| 301 | | 7/4/2007 | E-mail from B. Gooden to C. Bennett; D. Mahoney, Coed: M Stringer; F. Hill re: Action - Review - Press Release - Re-open discussions | PBC_ | 00006976 | 00006977 | G437 | | |
| 302 | | 7/21/2007 | E-mail from B. Gooden to C. Bennett re: BS | PBC_ | 00006664 | 00006664 | G438 | | |
| 303 | X | 8/20/2007 | Email from Clayton Bennett to Brent Gooden regarding investor communications | PBC_ | 6663 | | G440 | **Stipulation 06/25/2008 Admitted 06/26/2008** | |
| 304 | | | Seattle Supersonics Public Relations News Release re: Jim Kneeland and Pacific Public Affairs | Gooden- | 117 | 117 | | | |
| 305 | | 8/21/2006 | Letter from C. Bennett to J. Peoples - No subject | PBC | 13043 | 13043. | | | |
| 306 | X | 10/20/2006 | Memo to All Staff re: Sonics Welcome Cleveland High School to Tonight's Game | PPA | 00271 | 00273 | | **Stipulation 06/25/2008 Admitted 06/26/2008** | |
| 307 | | 1/29/2007 | Memo from J. Cronin, A. Aaron to C. Bennett, Coed: F. Hill; M. Stringer; T. Romani re: Microsoft Opportunity | ICON | 05280 | 05284 | | | |
| 308 | | 8/17/2007 | E-mail string from C. Bennett to M. Meagher, Coed: J. Martin; D. Lannelli re: [SPAM] - Public Strategies - Found word(s) survey marketing e-mail campaigns in the Text body | PBC | 08050 | 08052 | | | |
| 309 | | 10/19/2006 | Email from Richard Milne to Brent Gooden and Clayton Bennett | PBC_ | 13181 | | | | |
| 310 | X | | NBA Assistance Program Report - **Attorneys Only Materials** | PBC | 107999 | 108014 | | **Bennett 06/17/2008** | **Zeits 06/19/2008** |
| 311 | | 8/2/2006 | Metropolitan King County Council Regional Policy Committee - Staff Report | PBC_ | 9249 | 9263 | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 312 | | | Talking Points - Let the Real Solutions-Oriented Games Begin...Piecing Together a Compromise for the King County Events Center | PBC_ | 7418 | 7421 | | | |
| 313 | | | Arena Comparison | | 15722 | | | | |
| 314 | | 3/28/2007 | Email from Jim Kneeland to Clayton Bennett | PBC_ | 13942 | | | | |
| 315 | | 4/16/2007 | Email from Clayton Bennett to Pete von Reichbauer | PBC_ | 8046 | 8047 | | | |
| 316 | X | 4/20/2007 | Email from Clayton Bennett to Kathy Keolker regarding King County Events Center | PBC_ | 8053 | | | Bennett 06/18/2008 | |
| 317 | X | 4/21/2007 | Email from Clayton Bennett to Kathy Keolker regarding King County Events Center | PBC_ | 8054 | | | Bennett 06/18/2008 | |
| 318 | | 12/21/2006 | Options for Publicly Funded Arena Proposal - Confidential | ICON | 4937 | 4943 | | | |
| 319 | | 8/2/2007 | Email from Dan Mahoney to Terry McLaughlin | PBC_ | 6218 | 6220 | | | |
| 320 | | 1/7/2008 | Email from Tim Ceis to Joel Litvin regarding Key Arena Revenue Analysis | | | | | | |
| 321 | | 8/2/2007 | Email string from Martin Stringer to Clayton Bennett and Dan Mahoney, Cced Frank Hill; bgooden@goodengroup.com re: Mayor | PBC_ | 17179 | 17180 | | | |
| 322 | X | 4/7/2007 | Email string from Clayton Bennett to Steve Ballmer re: Thinking | PBC_ | 14007 | 14008 | | Bennett 06/18/2008 | |
| 323 | | 1/25/2007 | Email string from Clayton Bennett to Jim Kneeland re: CONFIDENTIAL with attachment: Arena Proposal draft 01242007.doc | PBC_ | 15486 | 15489 | | | |
| 324 | X | 11/9/2006 | Email string from Clayton Bennett to Brent Gooden re: I-91 and its progeny | PBC_ | 15251 | 15252 | | Bennett 06/18/2008 | |
| 325 | | 2/6/2007 | Email string from Art Aaron to Frank Hill; Cced: Martin Stringer, Clayton Bennett, Jim Cronin, Jack McCullough | PBC_ | 16066 | 16068 | | | |
| 326 | | 10/12/2006 | Email string from Frank Hill to Peter Wilhelm, Joel Litvin, Harvey Benjamin; Cced: Sloan Snow, Wayne Katz, mcallahan@proskauer.com, Clayton Bennett, Cheryl Vinall, Martin Stringer, Thomas Baker, David Haber, Mitchell Ziets re: SuperSonics - Financial Projections | PBC_ | 15027 | | | | |
| 327 | | 9/29/2006 | Letter of engagment between MZ Sports, LLC and PBC | PBC_ | 13148 | 13150 | 552 | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 328 | | 2/3/2008 | The Field Poll - California's Presidential primary strong late surfe for Obama. Trails Clintong by just two points. McCain leads Romney by eight points in the GOP primary. | | | | Jay Ex 4. | | |
| 329 | | | The Field Poll - Voters see state budget deficit as a serious matter. Small plurality thinks taxes will have to be raised. More confidence in Governor than the legislature in resolving the problem. | | | | Jay Ex 3. | | |
| 330 | | | The Field Poll - Vote trend running against Prop. 93 (term limits) and in favor of props, 94-97 (Indian Gaming). | | | | Jay Ex 4. | | |
| 331 | | | The Field Poll - Voters describe state as being in bad economic times and expect it to stay that way in 2008. Less gloomy assessments of their own financial well-being. | | | | Jay Ex 5. | | |
| 332 | | | *Exhibit number not used* | | | | | | |
| 333 | X | | Deborah Jay Expert Witness Report. Entire Report. | PBC | 107175 | 107517 | Jay Ex 1. | Deborah Jay 06/19/2008 | |
| 334 | | 6/3/2008 | Letter from Richard Yarmuth to Wiley Williams re: The Baskeball Club of Seattle, LLC and Canarsie Holdings, LLC v. The Professional Basketball Club, LL, Case No. CIV-08-00623MJP in the United States District Court, W.D. Wash. | | | | | | |
| 335 | X | | Page 2 of Plaintiff's Power Point Presentation. | | | | | Bennett 06/17/2008 | |
| 336 | X | | Season Ticket E-Mail re Nor selling Tickets | | | | | Alexie 06/19/2008 | |
| 337 | X | 4/18/2008 | Dear Fan E-Mail re Team Moving and Season Ticket Holders waiting until the end of the trial. | | | | | Alexie 06/19/2008 | |
| 338 | | | Powerpoint Slide WA Counties | | | | | | Humpherys 06/19/2008 |
| 339 | | | Spreadseet on city, state, zip and year-not sorted. From Barth/Taylor | | | | | | Humpherys 06/19/2008 |
| 340 | | | Spreadsheet on city, state, zip and year-sorted. From Barth/Taylor | | | | | | Humpherys 06/19/2008 |
| 341 | | 4/24/2008 | Sports Business Daily The Back of the Book Austin Karp | | | | | | |
| 342 | | | Sonics Recient History Chart | | | | | | |

| No. of Exhibit | Admitted | Date | Description | Prefix | Beg Doc | End Doc | Dep Ex No. | Introduced | Used With |
|---|---|---|---|---|---|---|---|---|---|
| 343 | X | | Sonics Performance Worksened And Attendance Declined | | | | | Stipulation 06/25/2008 Admitted 06/26/2008 | Humpherys 06/19/2008 |
| 344 | | 1/17/2007 | Walker Woolcot e-mail | WW | 329 | 330 | | | |
| 345 | | 3/24/2007 | Walker Ballmer e-mail | WW | 336 | | | | |
| 346 | | 6/29/2007 | Walker Stanton e-mail | WW | 373 | | | | |
| 347 | | 7/23/2007 | Walker Ssarkozy e-mail | WW | 384 | 385 | | | |
| 348 | | 10/17/2007 | McGavicl Walker e-mail | WW | 274 | 276 | | | |
| 349 | | 12/22/2007 | Walker Griffin e-mail | WW | 598 | 599 | | | |
| 350 | | 1/13/2008 | Walker Stanton e-mail | WW | 635 | | | | |
| 351 | | 1/27/2008 | Walker Stanton e-mail | WW | 653 | 654 | | | |
| 352 | | 2/14/2008 | Walker Stanton e-mail | WW | 664 | 665 | | | |
| 353 | | 2/14/2008 | Walker Ballmer e-mail | WW | 666 | | | | |
| 354 | | 3/106/2008 | Walker Stanton e-mail | WW | 747 | | | | |
| | O | 3/7/2008 | Ballmer Walker e-mail | WW | 10 | | | Offered Subject to Objection as Noted DENIED | |
| 356 | | 5/6/2008 | The News Tribune-Sonics lost no money in '05-'06 w/ hand written notes-Joel | WW | 153 | 155 | | | |
| 357 | | | 1979 Championship Photo | | | | | | |
| 358 | | 1/7/2007 | Ceis e-mail to Gerry Johnson re Key Arena Revenue Analysis | KALD | 2000953 | 2000967 | | | |
| 359 | X | 9/21/2007 | Letter from Gerry Johnson to Tom Carr. Signed Terms of Engagement for Legal Services | | | | | Exhibit from Defendant 06/26/2008 | |
| 360 | | | | | | | | | |
| 361 | | | | | | | | | |
| 362 | | | | | | | | | |
| 363 | | | | | | | | | |
| 364 | | | | | | | | | |