UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE, a first-class charter city,

　　　　　Plaintiff(s),

　　v.

PROFESSIONAL BASKETBALL CLUB LLC,
an Oklahoma limited liability company,

　　　　　Defendant(s).

NO. C07-1620MJP

ORDER

Following discussion with counsel for both parties, the Court issues the following order:

**The parties have settled the case. Details of the settlement will be released by the parties.**

The clerk is directed to provide copies of this order to all counsel of record.

Dated: July 2, 2008

Marsha J. Pechman
U.S. District Judge

ORDER - 1