UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a first-class charter city,<br><br>Plaintiff,<br><br>v.<br><br>THE PROFESSIONAL BASKETBALL CLUB, LLC, an Oklahoma limited liability company,<br><br>Defendant. | Case No. C07-1620MJP<br><br>ORDER OF DISMISSAL |

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that settlement is not perfected, any party may move to reopen the case within 30 days of the date of this order.

IT IS SO ORDERED this 7th day of July, 2008.

_[signature]_

Marsha J. Pechman

U.S. District Judge

ORDER OF DISMISSAL - 1